1  **COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP**
2  Gregory W. Poulos  (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.:  415-438-4600
   Facsimile No.:  415-438-4601
5
6  Attorneys for Plaintiff
   DEL MAR SEAFOODS, INC.
7

**ORIGINAL FILED**

E-filing JUN – 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
10

11  DEL MAR SEAFOODS, INC.                  )  Case No.  C 07 2952 WHA
                                            )
12                 Plaintiff,               )  **IN ADMIRALTY**
                                            )
13       vs.                                )  **NOTICE OF REQUEST FOR**
                                            )  **JUDICIAL REVIEW IN**
14  BARRY COHEN, CHRIS COHEN (aka           )  **ACCORDANCE WITH F.R.C.P.**
    CHRISTENE COHEN), *in personam* and     )  **SUPPLEMENTAL RULE C**
15  F/V POINT LOMA, Official Number         )
    515298, a 1968 steel-hulled, 126-gross ton, )
16  70.8- foot long fishing vessel, her engines, )
    tackle, furniture, apparel, etc., *in rem,* and )
17  Does 1-10,                              )
                                            )
18                 Defendants.              )
                                            )
19

20       Pursuant to Rule C of the Supplemental Admiralty Rules, as well as Rules 3-1(e) and 3-

21  2 of the Admiralty Rules of this Court, Plaintiff, DEL MAR SEAFOODS, INC. ("DEL

22  MAR"), hereby gives notice to the Clerk that it requests judicial review of the Verified

23  Complaint *in rem* that Plaintiff has filed in this matter, as well as Plaintiff's applications for

24  an order to issue a warrant for the arrest of the vessel F/V POINT LOMA, Official Number

25  515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines,

26  tackle, furniture, apparel, (the "Vessel") and other supporting documents.

27       As set out more fully in the Verified Complaint, there is a dispute under Rule C of

28  the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure as to the default

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

1 by *in personam* defendants BARRY COHEN and CHRIS COHEN (the "COHENS") under

2 a promissory note and Preferred Ship's Mortgage, the collateral for which is the Vessel.  A

3 Preferred Ship's Mortgage is a maritime lien against the Vessel under Rule C of the

4 Supplemental Admiralty Rules.

5      Review is requested because the Vessel is a transient fishing vessel that is presently

6 in San Francisco Bay but which may depart the Northern District at any time. Consequently,

7 Plaintiff requests that the assigned judge, or if the assigned judge is unavailable, any

8 available judge, review and issue the orders requested herein today.

9      Given the highly mobile nature of the Vessel, the departure of which from this

10 Court's jurisdiction would deprive the Court of *in rem* jurisdiction over the Vessel, time is

11 therefore of the essence.

12      Rule C (3) of the F.R.C.P., Supplemental Rules for Certain Admiralty and Maritime

13 Claims, provides for the judicial review of the Verified Complaint *in rem*, and

14      If the conditions for an action in rem <u>appear</u> to exist, an order
15      so stating and authorizing a warrant for the arrest of the vessel
        or other property that is the subject of the action shall issue
16      and be delivered to the clerk who shall prepare the warrant
        and deliver it to the marshal for service.
17

18 See also Northern District Admiralty Rule 3-1(a)(b)and (d).

19      The Verified Complaint filed concurrently herewith satisfies all of the requirements of

20 the Supplemental Rule C -- it is verified; describes "with reasonable particularity" the

21 Vessel; Plaintiff's claims of default under the Note and Preferred Ship's Mortgage, and

22 states that the Vessel is or will be within the district during the pendency of the action.

23 / / /

24

25 / / /

26 COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP

27 190 THE EMBARCADERO SAN FRANCISCO, CA 94105 TEL 415-438-4600 FAX 415-438-4601   / / /

28 DelMarSeafoods/2504

1    Plaintiff therefore requests pursuant to Rule C of the Supplemental Admiralty Rules

2  and Rules 3-1(e) and 3-2 of the Admiralty Rules of this Court that the judge assigned, or any

3  judge available if the assigned judge is not available, review Plaintiff's Verified Complaint

4  and ex parte applications for arrest of the Vessel and appointment of a substitute custodian

5  and issue the appropriate orders to effect the arrest and keeping of the Vessel.

6  Respectfully submitted,

7

8  Dated:  June ___, 2007                           COX, WOOTTON, GRIFFIN,
                                                     HANSEN & POULOS, LLP
9                                                    Attorneys for Plaintiff
                                                     DEL MAR SEAFOODS, INC.

10

11

12                          By: _____
                                         Max L. Kelley
13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN      26
& POULOS LLP

190 THE EMBARCADERO   27
SAN FRANCISCO, CA
94105
TEL 415-438-4600     28
FAX 415-438-4601

DelMarSeafoods/2504

Case No.:
NOTICE OF REQUEST FOR JUDICIAL REVIEW [F.R.C.P. SUPPLEMENTAL RULE C]

 **ECF-CAND@cand.usco**
**urts.gov**

06/07/2007 10:01 AM

To: efiling@cand.uscourts.gov
Subject: Activity in Case 3:07-cv-02952-WHA Del Mar Seafoods,Inc v. Cohen et
al Notice (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.
If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 6/7/2007 10:01 AM and filed on 6/7/2007

| | |
|---|---|
| **Case Name:** | Del Mar Seafoods,Inc v. Cohen et al |
| **Case Number:** | 3:07-cv-2952 |
| **Filer:** | Del Mar Seafoods,Inc |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
NOTICE of Request for Judicial Review in accordance with F.R.C.P. Supplemental Rule C filed by Del Mar Seafoods,Inc. (slh, COURT STAFF) (Filed on 6/7/2007)

**3:07-cv-2952 Notice has been electronically mailed to:**

Max L. Kelley    mkelley@cwghp.com, jwilkinson@cwghp.com

Gregory William Poulos    gpoulos@cwghp.com, amuzingo@cwghp.com

**3:07-cv-2952 Notice has been delivered by other means to:**