COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

ORIGINAL FILED

JUN - 7 2007

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: C 07 2952 WHA |
| Plaintiff, | IN ADMIRALTY |
| vs. | AFFIDAVIT OF SUBSTITUTE CUSTODIAN |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |

I, Mark Brown, am the Vice President of National Maritime Services, Inc. ("National Maritime Services"), and declare that:

1. I am familiar with the F/V POINT LOMA (Official No. 515298) (the "Vessel"), described in the Complaint accompanying this Affidavit, at least to the extent of her size, type, construction material, location in the District, and apparent condition, and attest that National Maritime Services can provide adequate facilities and supervision for, and can safely keep, the Vessel in the District in place of the U.S. Marshal during the pendency of this action and until further order of the Court; and, in this regard, National

-1-

AFFADAVIT OF SUBSTITUTE CUSTODIAN

Case No.: C 01 4356 CW

1. Maritime Services would exercise due care to preserve and protect the Vessel during the custodianship.

2. National Maritime Services is a professional substitute custodian for all types of vessels, including commercial fishing vessels such as the F/V POINT LOMA, and operates throughout the United States, its Territories and Possessions. National Maritime Services has been continuously in operation for over 10 years, and, as of 1995, the Wall Street Journal reported that National Maritime Services was the largest company of its kind in the United States. National Maritime Services has been approved to act as a vessel substitute custodian by the U.S. District Courts in over 1,000 cases.

3. As the appointed Substitute Custodian of the Vessel, National Maritime Services will:

   a. Attend the arrest of the Vessel with the U.S. Marshal;
   b. Immediately assume the Substitute Custodianship of the Vessel from the Marshal;
   c. Conduct an inventory of non-appurtenant personal property on the Vessel (the "Property");
   d. Turn the Property from the Vessel over to the Vessel's Owner (if present at arrest) in exchange for a detailed receipt of the Property or, if the Owner is not present at the time of the Vessel's arrest, then the Property will be placed in bonded storage until claimed by the Owner and a reasonable storage fee for the Vessel property is paid by the Owner (or, alternatively, the reasonable cost of such is added as a *custodia legis* expense);
   e. Be responsible for the safekeeping of the Vessel during the pendency of this action; and
   f. Comply with all Orders of this Court regarding the Vessel and National Maritime Services' Substitute Custodianship of the Vessel.

-2-

AFFADAVIT OF SUBSTITUTE CUSTODIAN

Case No.: C 01 4356 CW

4. The daily custody charges for National Maritime Services to keep the Vessel safe and afloat will be $200.00 per day, plus $425.00 per day for a U.S. Coast Guard licensed watch keeper. National Maritime Services also charges a one-time service fee of $1,500.00 and will seek Court approval of any extraordinary expenses relating to its Substitute Custodianship of the Vessel.

5. National Maritime Services has assets and insurance adequate to respond to damage for loss of, or injury to, the Vessel during custody and for damages sustained by third parties due to any negligence of National Maritime Services or its employees or agents during custody. National Maritime Services will hold harmless and indemnify the United States and the U. S. Marshal's Service from any claims against either of them arising out of the negligent performance of any duties it undertakes as Substitute Custodian. The cost of insurance is $25.50/day up to a maximum of $255/month.

6. Further, National Maritime Services agrees to accept Substitute Custodianship of the Vessel in accordance with the Order Appointing Substitute Custodian.

7. All costs and expenses incidental to the keeping of the Vessel will be paid initially by Plaintiff DEL MAR. The U.S. Marshal will not assume liability for any costs incurred incidental to a Court-appointed custodianship.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on June 6, 2007 at Fort Lauderdale, Florida.

_____
Mark Brown
*Vice President*
*National Maritime Services, Inc.*

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-3-   Case No.: C 01 4356 CW

AFFADAVIT OF SUBSTITUTE CUSTODIAN



ECF-CAND@cand.uscourts.gov
06/07/2007 10:04 AM

To: efiling@cand.uscourts.gov
Subject: Activity in Case 3:07-cv-02952-WHA Del Mar Seafoods,Inc v. Cohen et al Affidavit

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.
If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 6/7/2007 10:04 AM and filed on 6/7/2007

**Case Name:**       Del Mar Seafoods,Inc v. Cohen et al
**Case Number:**     3:07-cv-2952
**Filer:**           Del Mar Seafoods,Inc
**Document Number:** 5(No document attached)

**Docket Text:**
AFFIDAVIT of Substitute Custodian filed by Del Mar Seafoods,Inc. (slh, COURT STAFF) (Filed on 6/7/2007)

**3:07-cv-2952 Notice has been electronically mailed to:**

Max L. Kelley     mkelley@cwghp.com, jwilkinson@cwghp.com

Gregory William Poulos     gpoulos@cwghp.com, amuzingo@cwghp.com

**3:07-cv-2952 Notice has been delivered by other means to:**