UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Richard W. Wieking  
Clerk

www.cand.uscourts.gov

General Court Number  
415.522.2000

June 7, 2007

**CASE NUMBER:  CV 07-02952 EMC**
**CASE TITLE:  DEL MAR SEAFOODS INC-v-BARRY COHEN**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the SAN FRANCISCO division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/07/07

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 06/07/07 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel

Transferor CSA