```
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.
```



E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>  Defendants. | Case No.: 3:07 CV 02952 WHA<br><br>**ORDER ON PLAINTIFF DEL MAR SEAFOODS, INC.'S EX PARTE APPLICATION FOR ORDER PERMITTING SUBSTITUTE CUSTODIAN TO MOVE THE VESSEL**<br><br>[PROPOSED] |

**GOOD CAUSE** appearing therefor in the Ex Parte Application of Plaintiff Del Mar Seafoods, Inc. for an Order Permitting the Substitute Custodian to Move Vessel Once Within the District,

**IT IS HEREBY ORDERED** that National Maritime Services, Inc. ("NMSI"), the duly-appointed Substitute Custodian in this action, is hereby authorized to make a one-time movement of the Defendant F/V POINT LOMA, Official Number 515298, from its present location within the District (the Hyde Street Pier in San Francisco, California) to Svendsen's Boat Yard, 1851 Clement Avenue, Alameda, California 94501, with said Vessel movement to be accomplished by using the towage services of the Substitute Custodian's appointed

1  servant and tow boat operator as soon after the Vessel's arrest as NMSI deems it practicable
2  and safe; and
3      **IT IS FURTHER ORDERED** that the reasonable costs of so moving the Vessel
4  shall be deemed a cost of *custodia legis* under 28 U.S.C. §1921.

6  DATED: June 8, 2007



U.S. DISTRICT COURT JUDGE

-2-  Case No.:
ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO MOVE THE VESSEL