UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 7, 2007

Case No. C 07-02952 WHA

Title: DEL MAR SEAFOODS, INC v. BARRY COHEN

Plaintiff Attorneys: Max Kelley

Defense Attorneys: n/a

Deputy Clerk: Dawn Toland

Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Plt's Ex Parte Application - Granted

2)

Continued to __ for Motion

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court signed the orders granting the ex parte application for arrest of vessel.