1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Gregory W. Poulos (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  DEL MAR SEAFOODS, INC.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
10

11 | DEL MAR SEAFOODS, INC.                              ) Case No. 3:07 CV 02952 WHA
                                                         )
12 |             Plaintiff,                              ) **NOTICE OF ASSOCIATION OF**
                                                         ) **COUNSEL**
13 |      vs.                                            )
                                                         )
14 | BARRY COHEN, CHRIS COHEN (aka                       )
   | CHRISTENE COHEN), *in personam* and                 )
15 | F/V POINT LOMA, Official Number                     )
   | 515298, a 1968 steel-hulled, 126-gross ton,         )
16 | 70.8- foot long fishing vessel, her engines,        )
   | tackle, furniture, apparel, etc., *in rem*, and     )
17 | Does 1-10,                                          )
                                                         )
18 |             Defendants.                             )
                                                         )

19

20      PLEASE TAKE NOTICE THAT the Law Offices of COX, WOOTTON, GRIFFIN,

21 HANSEN & POULOS, LLP, attorneys for Plaintiff, DEL MAR SEAFOODS, INC., hereby

22 associates the law firm of McKASSON KLEIN & HOLMES LLP, attorney Mark D.

23 Holmes, located at 600 Anton Boulevard, Suite 650, Costa Mesa, California 92626, (714)

24 436-1470, as attorneys of record for Plaintiff DEL MAR SEAFOODS, INC.

25      All pleadings, responses, correspondence, and other matters should be additionally

26 served upon such counsel and such counsel are to be added to the service list.

27 ///

28 ///

-1-                                                                Case No.: 3:07 CV 02952 WHA
NOTICE OF ASSOCIATION OF COUNSEL

```
 1    DATED: June 11, 2007              COX, WOOTTON, GRIFFIN,
                                        HANSEN & POULOS, LLP
 2                                      Attorneys for Plaintiff
                                        DEL MAR SEAFOODS, INC.
 3

 4
                                        By: /s/ Max L. Kelley
 5                                          _____
                                            Max L. Kelley
 6

 7

 8    I agree to the above association.

 9

10    Dated: June 11, 2007

11                                          /s/ Joe Roggio
                                        _____
                                        Joe Roggio for
12                                      Plaintiff DEL MAR SEAFOODS, INC.

13

...

28
```

NOTICE OF ASSOCIATION OF COUNSEL                -2-                Case No.: 3:07 CV 02952 WHA