1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Gregory W. Poulos (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  DEL MAR SEAFOODS, INC.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
10

11 | DEL MAR SEAFOODS, INC.                          | Case No.: 3:07 CV 02952
12 |                     Plaintiff,                  | **ORDER ON PLAINTIFF DEL MAR SEAFOODS, INC.'S EX PARTE APPLICATION FOR ORDER APPOINTING NEW SUBSTITUTE CUSTODIAN AND TO MOVE THE VESSEL**
13 | vs.                                             |
14 | BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and |
15 | F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, | **[PROPOSED]**
16 | 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and |
17 | Does 1-10,                                      |
18 |                     Defendants.                 |

19

20   **GOOD CAUSE** appearing therefor in the Ex Parte Application of Plaintiff Del Mar

21   Seafoods, Inc. for an Order Permitting the Appointment of a New Substitute Custodian and

22   to Move Vessel to SugarDock,

23   **IT IS HEREBY ORDERED** that National Maritime Services, Inc. ("NMSI"), the

24   current Substitute Custodian in this action, is hereby authorized to make a one-time

25   movement of the Defendant F/V POINT LOMA, Official Number 515298, from its present

26   location within the District (the Hyde Street Pier in San Francisco, California) to

27   SugarDock, LLC, 800 Wharf Street, Richmond, California 94804, with said Vessel

28

movement to be accomplished by using the towage services of the Substitute Custodian's appointed servant and tow boat operator as soon as NMSI deems it practicable and safe; and

**IT IS FURTHER ORDERED** that upon the safe berthing of the Vessel at SugarDock, LLC, National Maritime Services will turn over the custodianship of the Vessel to SugarDock, LLC, and SugarDock, LLC will be the new Substitute Custodian of the Vessel until further order of the Court.

**IT IS FURTHER ORDERED** that the reasonable costs of moving the Vessel to SugarDock, LLC and the reasonable costs of the new Substitute Custodian, SugarDock, LLC's storage, preservation and safekeeping of the Vessel shall be deemed costs of *custodia legis* under 28 U.S.C. §1921.

DATED: June ___, 2007                    _____
                                          U.S. DISTRICT COURT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504