1  **COX, WOOTTON, GRIFFIN,**
    **HANSEN & POULOS LLP**
2  Gregory W. Poulos  (SBN 131428)
    Max L. Kelley (SBN 205943)
3  190 The Embarcadero
    San Francisco, CA  94105
4  Telephone No.: 415-438-4600
    Facsimile No.: 415-438-4601
5
    Attorneys for Plaintiff
6  DEL MAR SEAFOODS, INC.

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
10

11  DEL MAR SEAFOODS, INC.            )   Case No.: 3:07 CV 02952
                                      )
12              Plaintiff,            )   **ORDER ON PLAINTIFF DEL MAR**
                                      )   **SEAFOODS, INC.'S EX PARTE**
13        vs.                         )   **APPLICATION FOR ORDER**
                                      )   **APPOINTING NEW SUBSTITUTE**
14  BARRY COHEN, CHRIS COHEN (aka     )   **CUSTODIAN AND TO MOVE THE**
    CHRISTENE COHEN), *in personam* and )  **VESSEL**
15  F/V POINT LOMA, Official Number   )
    515298, a 1968 steel-hulled, 126-gross ton, )
16  70.8- foot long fishing vessel, her engines, )  [PROPOSED]
    tackle, furniture, apparel, etc., *in rem*, and )
17  Does 1-10,                        )
                                      )
18              Defendants.           )
                                      )
19

20        **GOOD CAUSE** appearing therefor in the Ex Parte Application of Plaintiff Del Mar

21  Seafoods, Inc. for an Order Permitting the Appointment of a New Substitute Custodian and

22  to Move Vessel to SugarDock,

23        **IT IS HEREBY ORDERED** that National Maritime Services, Inc. ("NMSI"), the

24  current Substitute Custodian in this action, is hereby authorized to make a one-time

25  movement of the Defendant F/V POINT LOMA, Official Number 515298, from its present

26  location within the District (the Hyde Street Pier in San Francisco, California) to

27  SugarDock, LLC, 800 Wharf Street, Richmond, California 94804, with said Vessel

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

1    movement to be accomplished by using the towage services of the Substitute Custodian's

2    appointed servant and tow boat operator as soon as NMSI deems it practicable and safe; and

3        **IT IS FURTHER ORDERED** that upon the safe berthing of the Vessel at

4    SugarDock, LLC, National Maritime Services will turn over the custodianship of the Vessel

5    to SugarDock, LLC, and SugarDock, LLC will be the new Substitute Custodian of the

6    Vessel until further order of the Court.

7        **IT IS FURTHER ORDERED** that the reasonable costs of moving the Vessel to

8    SugarDock, LLC and the reasonable costs of the new Substitute Custodian, SugarDock,

9    LLC's storage, preservation and safekeeping of the Vessel shall be deemed costs of *custodia*

10    *legis* under 28 U.S.C. §1921.

11

12    DATED: June _15_ , 2007



13

14

15

16

17

18

19

20

21

22

23

24

25

26    COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

27    190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

28

DelMarSeafoods/2504

Case No.:
ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO APPOINT NEW SUBSTITUTE CUSTODIAN AND TO MOVE THE VESSEL