1  James P. Walsh,. CSB. No. 184620
   Gwen Fanger, CSB No. 191161
2  DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-3611
4  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
5  budwalsh@dwt.com

6  Attorneys for Defendants
   BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), and F/V POINT LOMA, and
7  Claimant, F/V POINT LOMA Fishing Company, Inc.

8

9                       UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,               ) | |
|                                       ) | |
|               Plaintiff,              ) | No. C-07-2952-WHA |
|                                       ) | |
|     v.                                ) | **NOTICE OF APPEARANCE** |
|                                       ) | |
| BARRY COHEN, CHRIS COHEN (ada         ) | |
| CHRISTENE COHEN), *in personam* and,  ) | |
| F/V POINT LOMA, Official Number       ) | |
| 515298, a 1968 steel-hulled, 126-gross ton, ) | |
| 70.8 foot long fishing vessel, her engines, ) | |
| tackle, furniture apparel, etc., *in rem*, and ) | |
| Does 1-10,                            ) | |
|                                       ) | |
|               Defendants.             ) | |

21

22      TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

23      Please take notice that the undersigned counsel appear in this matter on behalf of Defendants,

24  BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN) and the F/V POINT LOMA, and on

25  behalf of the owner of the vessel, F/V POINT LOMA Fishing Company, Inc., as Claimant.

26  ///

27  ///

28  ///

Case No. C-07-2952-WHA  NOTICE OF APPEARANCE          1
SFO 363628v1 0050022-000338

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
(415) 276-6500 · Fax: (415) 276-6599

DATED this 15th day of June, 2007.

Respectfully submitted,

/s/ *James P. Walsh*
James P. Walsh (CSB No. 184620)
Gwen Fanger (CSB No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-3834
Telephone:  (415) 276-6556
Facsimile:   (415) 276-6599

Attorneys for F/V POINT LOMA and BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN)

Case No. C-07-2952-WHA  NOTICE OF APPEARANCE
SFO 363628v1 0050022-000338

2

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
(415) 276-6500 · Fax: (415) 276-6599