James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone:  (415) 276-6500
Facsimile:    (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and
Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | ) |
| Plaintiff, | ) No. C-07-2952-WHA |
| v. | ) **VERIFIED STATEMENT OF RIGHT** |
| BARRY COHEN, CHRIS COHEN (ada CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, | ) **OR INTEREST IN VESSEL** ) **PURSUANT TO ADMIRALTY RULE** ) **C(6)(a)** ) ) ) ) ) ) ) |
| Defendants. | ) |

**VERIFIED STATEMENT OF RIGHT OR INTEREST IN VESSEL PURSUANT TO**

**ADMIRALTY RULE C(6)(a)**

Pursuant to Rule C(6)(a) of the Supplementary Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, F/V POINT LOMA Fishing Company, Inc., a company organized under the laws of the State of California, hereby asserts its right of possession and ownership of the vessel referred to F/V POINT LOMA, which is the subject of a maritime arrest order issued by this Court in the case on June 7, 2007. The claim of F/V POINT LOMA Fishing Company is verified

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
(415) 276-6500 · Fax: (415) 276-6599

1 | by Barry Cohen, as agent.  As owner of the vessel, the corporation asserts all its rights of ownership
2 | and possession and will defend this action.
3 |      Please take notice that the undersigned counsel appear in this matter on behalf of the Claimant,
4 | F/V POINT LOMA Fishing Company, Inc.
5 |
6 |      DATED this 15th day of June, 2007.
7 |
8 |                                         Respectfully submitted,

*/s/  James P. Walsh*
James P. Walsh (CSB No. 184620)
Gwen Fanger (CSB No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-3834
Telephone:  (415) 276-6556
Facsimile:   (415) 276-6599

Attorneys for Claimant F/V POINT LOMA
Fishing Company, Inc.

Case No. C-07-2952-WHA  VERIFIED STATEMENT    2
SFO 363636v1 0019340-000001

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
(415) 276-6500  ·  Fax: (415) 276-6599

# VERIFICATION

I, Barry Cohen being first sworn on oath, state the follows:

1.    I am a resident of the State of California.

2.    F/V POINT LOMA Fishing Company, Inc., a company organized under the laws of the State of California, is the documented owner of the F/V POINT LOMA and is entitled to all ownership rights and possession.

3.    I have been authorized on behalf of the owner of the vessel to submit this verification of claim pursuant to Rule C(6)(a) of the Supplementary Rules for Certain Admiralty and Maritime Cases, Federal Rules of Civil Procedure.

Dated this _15_ day of June, 2007.


BY: _____
      Barry Cohen

Case No. C-07-2952-WHA   VERIFIED STATEMENT          3
SFO 363632v1 0050022-000338

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
(415) 276-6500 · Fax: (415) 276-6599