**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**McKASSON KLEIN & HOLMES LLP**
Mark D. Holmes (SBN 156660)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants. | Case No.: CV 07-02952 WHA<br><br>**IN ADMIRALTY**<br><br>**PROOF OF PUBLICATION OF THE NOTICE OF ARREST OF VESSEL** |

I, Max L. Kelley, declare:

1. I am an attorney duly admitted to practice before all of the courts of the State of California, and an associate in the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for DEL MAR SEAFOODS, INC., plaintiff in this action.

2. I am personally familiar with the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. Attached as **Exhibit A** hereto, is a true and correct copy of the proof of publication of the Notice of Arrest of the defendant Vessel, F/V POINT LOMA.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this Declaration was executed on June 27, 2007 at San Francisco, California.

_____
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

THE RECORDER    CAL LAW

The Recorder
10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102
(415) 749-5400



The Recorder
Legal Advertising

Please Remit To:

ALM
P.O. Box 18114
Newark NJ 07191-8114

COX, WOOTON, GRIFFIN, HANSEN & POUL
Attention to:   MAX L. KELLEY ESQ.
190 THE EMBARCADERO CENTER
SAN FRANCISCO CA 94105

| | |
|---|---|
| Customer #: | 133190 |
| Case / P.O. #: | CV 07-02952 WHA |
| Invoice #: | 0085149901 |
| Invoice Date: | 06/22/2007 |
| Due Date: | Due Upon Receipt |
| AMOUNT DUE: | $91.95 |

PLEASE RETURN THIS SECTION WITH PAYMENT.

Amount Remitted

The Recorder                                                                                              TEAR HERE

| Invoice #: 0085149901 | Invoice Date: 06/22/2007 | Customer #:133190 | Case / P.O. #:CV 07-02952 WHA |
|---|---|---|---|
| | Contact: Alexandra A. Elvitsky | | |

| Order # | Description | Ad Tag Line | Ad Size | Amount |
|---|---|---|---|---|
| | | #CV 07-02952 WHA | | |
| 0085149901 | Notice of Arrest of Vessel SF | | 1/5.35 | 91.95 |
| | Run Date(s)    06/22/2007 | | | |

Subtotal:   91.95

Total Amount Due:   $91.95

| Payment by Credit Card | ( ) Visa    ( ) MC    ( ) Amex |
|---|---|
| Account #:_____ | Exp.Date:___/___ |
| Card Holder Name: _____ | Signature:_____ |

For billing questions, please call:           415-749-5555           Fax  415-749-5435

PAST DUE BALANCES WILL BE CHARGED A 1.5% PER MONTH SERVICE CHARGE (18% PER ANNUM).



ALM
Law I Business

**THE RECORDER** 

The Recorder
10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102
(415) 749-5400

The Recorder
Legal Advertising

Please Remit To:

ALM
P.O. Box 18114
Newark NJ 07191-8114

COX, WOOTON, GRIFFIN, HANSEN & POUL
Attention to: MAX L. KELLEY ESQ.
190 THE EMBARCADERO CENTER
SAN FRANCISCO CA 94105

| | |
|---|---|
| Customer #: | 133190 |
| Case / P.O. #: | CV 07-02952 WHA |
| Invoice #: | 0085149901 |
| Invoice Date: | 06/22/2007 |
| Due Date: | Due Upon Receipt |
| AMOUNT DUE: | $91.95 |

PLEASE RETURN THIS SECTION WITH PAYMENT.

Amount Remitted

TEAR HERE

The Recorder

| Invoice #: 0085149901 | Invoice Date: 06/22/2007 | Customer #:133190 | Case / P.O. #:CV 07-02952 WHA |
|---|---|---|---|

Contact: Alexandra A. Elvitsky

| Order # | Description | Ad Tag Line | Ad Size | Amount |
|---|---|---|---|---|
| 0085149901 | Notice of Arrest of Vessel SF | #CV 07-02952 WHA | | |
| | Run Date(s) 06/22/2007 | | 1/5.35 | 91.95 |

Subtotal: 91.95

Total Amount Due: $91.95

| Payment by Credit Card | |
|---|---|
| | ( ) Visa  ( ) MC  ( ) Amex |
| Account #: _____ | Exp.Date: ___/___ |
| Card Holder Name: _____ | Signature: _____ |

For billing questions, please call:  415-749-5555    Fax 415-749-5435

PAST DUE BALANCES WILL BE CHARGED A 1.5% PER MONTH SERVICE CHARGE (18% PER ANNUM).



# THE RECORDER

10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

### NOTICE OF ARREST OF VESSEL
Case No. CV 07-02952 WHA

### STATE OF CALIFORNIA
COUNTIES OF SAN FRANCISCO
AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

06/22/2007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 22nd day of June, 2007
at San Francisco, California

_____
(Signature)

Record ID: 06/22/07-133190-851499-2823922-34491

---

**NOTICE OF ARREST OF VESSEL**
Case No. CV 07-02952 WHA
PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Northern District of California, entitled Del Mar Seafoods, Inc. v. Barry Cohen, Chris Cohen and F/V Point Loma Official No. 515298, and her engines, gear, tackle, appurtenances etc., in rem, Case No. CV 07-02952 WHA, the U.S. Marshal for the Northern District of California on or about June 7, 2007, arrested the F/V POINT LOMA in obedience of a Warrant of Arrest in this action. Attorneys for Plaintiff are Cox, Wootton, Griffin, Hansen & Poulos, LLP (Gregory W. Poulos), 190 The Embarcadero, San Francisco, California 94105, telephone 415-438-4600, fax 415-438-4601, and McKasson Klein & Holmes, LLP (Mark D. Holmes), 800 Anton Boulevard, Suite 650, Costa Mesa, California, 92626, telephone 714-436-1470, fax 714-436-1471. Any person or entity who claims to be entitled to possession of this vessel or who claims an interest in this vessel must, pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("FRCP"), file a verified statement of right or interest with the Clerk of the U.S. District Court for the Northern District of California and serve it on attorneys for Plaintiff within 30 days after the publication of this Notice, and such person must file and serve an answer to the Complaint within 20 days after the filing of the claim, or otherwise default may be entered and condemnation ordered, and the vessel may be sold. Applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests shall be filed within the time fixed by the Court. The name, address, and telephone number of the U.S. Marshal is Federico Rocha, U.S. Marshals Service, 450 Golden Gate Avenue, Room 15-2848, San Francisco, California 94102-3411; telephone 415-436-7677.
No. 851499     June 22 1t-R

# EXHIBIT A

# THE RECORDER

10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

### NOTICE OF ARREST OF VESSEL
### Case No. CV 07-02952 WHA

STATE OF CALIFORNIA
COUNTIES OF SAN FRANCISCO
AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

06/22/2007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 22nd day of June, 2007
at San Francisco, California

_____
(Signature)

Record ID: 06/22/07-133190-851499-2823922-34491

---

**NOTICE OF ARREST OF VESSEL**
Case No. CV 07-02952 WHA
PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Northern District of California, entitled Del Mar Seafoods, Inc. v. Barry Cohen, Chris Cohen and F/V Point Loma Official No. 515298, and her engines, gear, tackle, appurtenances etc., in rem, Case No. CV 07-02952 WHA, the U.S. Marshal for the Northern District of California on or about June 7, 2007, arrested the F/V POINT LOMA in obedience of a Warrant of Arrest in this action. Attorneys for Plaintiff are Cox, Wootton, Griffin, Hansen & Poulos, LLP (Gregory W. Poulos), 190 The Embarcadero, San Francisco, California 94105, telephone 415-438-4600, fax 415-438-4601, and McKasson Klein & Holmes, LLP (Mark D. Holmes), 600 Anton Boulevard, Suite 660, Costa Mesa, California, 92626, telephone 714-436-1470, fax 714-436-1471. Any person or entity who claims to be entitled to possession of this vessel or who claims an interest in this vessel must, pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("FRCP"), file a verified statement of right or interest with the Clerk of the U.S. District Court for the Northern District of California and serve it on attorneys for Plaintiff within 30 days after the publication of this Notice, and such person must file and serve an answer to the Complaint within 20 days after the filing of the claim, or otherwise default may be entered and condemnation ordered, and the vessel may be sold. Applications for intervention under FRCP Rule 24 by persons claiming maritime liens or other interests shall be filed within the time fixed by the Court. The name, address, and telephone number of the U.S. Marshal is Federico Rocha, U.S. Marshals Service, 450 Golden Gate Avenue, Room 15-2848, San Francisco, California 94102-3411; telephone 415-436-7677.
No. 851499                   June 22 1t-R

---

EXHIBIT " A "