James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone:  (415) 276-6500
Facsimile:    (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME FOR HEARING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST** <br><br> **Date: August 16, 2007** <br> **Time: 8:00 a.m.** <br> **Place: Courtroom 9, 19th Floor** |

TO ALL PARTIES AND THEIR ATTORNEYS:

Having considered the Administrative Motion for Relief To Shorten Time for Hearing Defendants' Motion to Vacate Order of Arrest ("Motion to Vacate") filed by Defendants BARRY A. COHEN and CHRIS COHEN, the vessel F/V POINT LOMA, and its owner THE F/V POINT LOMA FISHING COMPANY, INC. ("Defendants") and the Declaration of James P. Walsh in support thereof, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Vacate shall be heard on shortened time, with opposition briefs due August ___, 2007, reply briefs due August ___, 2007, and hearing on the matter at ____ on _____, 2007.

DATED this ___ day of _____, 2007.

By: _____
William Alsup
UNITED STATES DISTRICT JUDGE