# Exhibit A

DHS, USCG, CG-1270 (REV. 06-03)   OMB APPROVED 2115-0110



# UNITED STATES OF AMERICA

DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD

NATIONAL VESSEL DOCUMENTATION CENTER

## CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| POINT LOMA | 515298 | 7049354 | 1968 |
| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
| PORT SAN LUIS, CA | STEEL | | YES |
| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
| 126 GRT | 86 NRT | 70.8 | 21.5 | 11.7 |

PLACE BUILT
SIRACUSAVILLE, LA

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| F/V POINT LOMA FISHING COMPANY INC | FISHERY |

MANAGING OWNER
F/V POINT LOMA FISHING COMPANY INC
7121 FERN FLAT ROAD
APTOS, CA 95003

RESTRICTIONS
NONE

ENTITLEMENTS
NONE

REMARKS
NONE

ISSUE DATE
DECEMBER 15, 2006

THIS CERTIFICATE EXPIRES
JANUARY 31, 2008

VDS
6456934

*Thomas L. Willis*
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED

# Exhibit B

NOAA #88-156a (Sept. 2003)



**U.S. DEPARTMENT OF COMMERCE**
National Oceanic and Atmopsheric Administration
National Marine Fisheries Service
7600 Sand Point Way NE Building #1
Seattle, WA 98115-0070
Telephone: (206) 526-4353



## 2007 FEDERAL PACIFIC COAST GROUNDFISH PERMIT

Issued Pursuant to: 50 CFR Part 320 Subpart G 16 U.S.C. 1801

| Vessel No. | 515298 | Name | POINT LOMA | Actual Length | 70.66 feet |
|---|---|---|---|---|---|

| Permit No. | Valid From/Through | Permit Holder and Address |
|---|---|---|
| GF0023 | 01-Jan-07   31-Dec-07 | |

ENDORSEMENTS:
  TRAWL GEAR
  ENDORSED LENGTH: 70.80 FEET

**PERMIT OWNER**   F/V POINT LOMA FISHING COMPANY, INC
7121 FERN FLAT ROAD
APTOS, CA 95003

**PERMIT HOLDER (vessel owner)**

F/V POINT LOMA FISHING COMPANY, INC
7121 FERN FLAT ROAD
APTOS, CA 95003

**PERMIT CONDITIONS AND INFORMATION**

Groundfish permits and associated endorsements confer a privilege to participate in the groundfish fishery off the coasts of Washington, Oregon and California with limited entry gear, in accordance with the limited entry system established under the Groundfish Fishery Management Plan (FMP) as amended. Future amendments to the FMP or implementing regulations may modify privileges associated with this permit, or may abolish the limited entry system.

1. This permit is for the vessel as named and described above and such vessel owner(s) as named. This permit must be kept on such vessel at all times. 2. This permit authorizes fishing operations to be conducted by the vessel registered as noted above.

3. This permit is effective on the date indicated above. It continues in effect until the expiration date printed above. Any change in ownership information (including address, vessel name, or vessel length) must be reported to the Regional Administrator. Application permit must be made if the permit expires or if ownership changes.

4. This permit may be sanctioned (including suspension or revocation) if the vessel is not operated in accordance with the laws and for a new regulations pertaining to fisheries for which the vessel is permitted.

5. Loss or theft of this permit should be reported to the Special Agent in Charge, NMFS Law Enforcement (206-526-6133) or the Fisheries Permit Office (206-526-4353).

6. This permit may not be registered for use with a different vessel more than once every calendar year except in the case of death of permit holder, or if the permitted vessel is totally lost.

7. Annual renewal of the permit is required by November 30 of each year.
[Euagkbgkdifb]

# Exhibit C

UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Sustainable Fisheries Division F/NWR2
7600 Sand Point Way N.E., Bldg. 1
Seattle, WA 98115-0070

July 3, 2007

Mr. Barry Cohen
P.O. Box 40
Avila Beach, CA  93424

Dear Mr. Cohen

As we discussed today, the National Marine Fisheries Service (NMFS), Northwest Region does not accept requests to place liens on Pacific Coast Groundfish Limited Entry Permits ("A" endorsed). As I noted, the Sustainable Fisheries Act (Public Law 104-297) contained a provision that directed NMFS to implement a central lien registry system for all NMFS fishing permits. However, NMFS has not implemented a central lien registry system. The Northwest Region policy has been not to implement a regional lien registry system and feels it best that such a system should be national in scope.

We have advised other permit owners that a financial entity may become an owner or co-owner of a trawl permit to insure their interests.

If you have any further questions regarding this matter, please call me at 206-526-4353.

Sincerely,

Kevin Ford
Fisheries Permit Office



# Exhibit D

BANK OF _____ NATIONAL BANK;

Account: 102500296
Check: 9146
Amount: 5000.00
Date Cleared: 12/31/04

F/V POINT LOMA
LIC M0349598
PH 805-474-8719
899 N 2ND STREET
GROVER BEACH, CA 93433

90-4252/1222
102500296

9146

DATE 12/22/04

PAY TO THE ORDER OF  Del Mar Seafoods    $ 5,000 00/100

Five Thousand &                                00/100 DOLLARS

1599 Grand Avenue
Arroyo Grande, CA 93420

MEMO  On Account

:122425261: 9146 102 500296   /0000500000/

WFB NA FREM 12302004
3877   03710117700   4
>1221-0527-8<
-1411:   14 ESU 47

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
DEL MAR SEAFOODS, INC.
4427067053

# Exhibit E

Web Client-Redwood Coast National Bank

| | | | |
|---|---|---|---|
| Account Number | 102000579 | Tracer Number | R:1 B:7 S:15 |
| Amount | 175,000.00 | | |
| Posting Date | 11/14/2005 | | |
| Check Number | 7689 | | |
| TranCode | 7689 | | |
| Routing Number | | | |

Find / Clear / Print / Log Off

View Query Results   View Front   View Back   View Front AND Back



https://itemresearch.intercept.net/ItemViewer.ASP?WCI=Modify&WCU=BankID%3dfi021coastnational...   6/21/2007

Exhibit F

11-15-2005 08:55AM FROM-DEL MAR SEAFOODS INC  T-131 P.002/008 F-230

**Del Mar Seafoods, Inc.**
**Schedule of Payments**

| | Michael Cringn | Chris Festino | Inydcorp | Peter Lewis | Barry | Total |
|---|---|---|---|---|---|---|
| Beginning Balance | 13,820.40 | 18,080.10 | 10,580.24 | 16,021.51 | 227,735.08 | 286,428.33 |
| 12/22/2003 Barry Payment | | | | | (5,202.00) | (5,000.00) |
| 05/15/2005 Amstons Payment | | | (1,474.75) | | | (1,474.75) |
| 01/14/2005 Chris Fest Pymt | | | (1,000.00) | | | (1,000.00) |
| 11/15/2005 Inv. Adj | | | (1,500.00) | | | (1,500.00) |
| 11/10/2005 Payment from Barry | (13,820.40) | (18,080.10) | (5,807.48) | (16,021.51) | (122,180.70) | (176,000.00) |
| Ending Balance | | | | | 111,854.78 | 111,854.78 |

Exhibit G

Item Viewer-Details                                                    Page 1 of 1

Web Client-Natimago Coast National Bank

| | | |
|---|---|---|
| Find | Account Number: 102509277 | Tracer Number: R:1 B:6 S:1370 |
| Clear | Amount: 3,000.00 | |
| Print | Posting Date: 02/23/2007 | |
| Log Off | Check Number: 4020 | |
| | TranCode: 4020 | |
| | Routing Number: | |

○ View Query Results  ○ View Front  ○ View Back  ● View Front AND Back

```
F/V POINT LOMA                                                    4020
PO BOX 40
AVILA BEACH CA 93424                              DATE 2/15/07   90-4252/1222

PAY TO THE
ORDER OF    DEL MAR SEAFOODS              $ 3000 00/100

    Three Thousand                              00/100  DOLLARS

           1199 Grand Avenue
           Arroyo Grande, CA 93420
           888-746-2530

MEMO  ON ACCOUNT                            Barry [signature]

⑈122242526⑈4020  102 509277⑈      ⑈0000300000⑈
```

ENDORSE HERE

VFB NA FREN 02212007
3625    83610658090  4
        >1221-0527-8<
664:    14 ESU 53

https://itemresearch.intercept.net/ItemViewer.ASP?WCI=Modify&WCU=BankID%3dfi02...  6/21/2007

Web Client-NetImage Coast National Bank

| | |
|---|---|
| Account Number | 102509277 |
| Amount | 2,000.00 |
| Posting Date | 02/12/2007 |
| Check Number | 4008 |
| TranCode | 4008 |
| Routing Number | |

Tracer Number: R:1 B:4 S:330

○ View Query Results　○ View Front　○ View Back　⦿ View Front AND Back

---

**F/V POINT LOMA**
PO BOX 40
AVILA BEACH CA 93424

Check # 4008
90-4252/1222

DATE 1/30/07

PAY TO THE ORDER OF __Del Mar Seafoods__ $ 2,000.00

__Two Thousand & ——__ DOLLARS

1199 Grand Avenue
Arroyo Grande, CA 93420
888-746-2530

MEMO __On Account__   _Barry A. Cohen_

⑆122425262⑆4008  102 509277⑆  ⑆0000200000⑆

---

ENDORSE HERE X _____
PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
DEL MAR SEAFOODS, INC.
4427067053

WFB NA FRBM 02092007
3720   04010297695  4
　　　>1221-9537-9<
3412:　　14 ESU 52

## Web Client-NetImage Coast National Bank

| | |
|---|---|
| Account Number | 102509277 |
| Amount | 3,000.00 |
| Posting Date | 04/27/2007 |
| Check Number | 4063 |
| TranCode | 4063 |
| Routing Number | |
| Tracer Number | R:1 B:5 S:1290 |

Buttons: Find, Clear, Print, Log Off

○ View Query Results   ○ View Front   ○ View Back   ● View Front AND Back

---

**F/V POINT LOMA**
PO BOX 40
AVILA BEACH CA 93424

4063
90-4252/1222

DATE 4/23/07

PAY TO THE ORDER OF  Del Mar Seafoods     $ 3000 00/100

Three Thousand                                    DOLLARS

1199 Grand Avenue
Arroyo Grande, CA 93420
888-746-2530

MEMO  Pmt on Account          Barry L. Cohen

⑆122242526⑆ 4063  102 509277⑈   ⑆0000300000⑆

---

ENDORSE HERE
X
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 00592

WFB NA FRSR 04252007
3520   0371007625≥
          >1221-0527-8<
   2865:    14 ESO 40

---

https://itemresearch.intercept.net/ItemViewer.ASP?WCI=Modify&WCU=BankID%3dfi02...   6/21/2007