James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone:  (415) 276-6500
Facsimile:    (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST** |

This matter came before the Court on Defendants' Motion to Vacate Order of Arrest. The Court, having considered Defendants' Motion, the Declaration of Barry A. Cohen in Support of Defendants' Motion and exhibits thereto, any opposition filed by Plaintiff, the papers and files on record with the Court, and the oral argument presented by the parties, hereby orders as follows:

//

//

//

//

1  Defendants' Motion is hereby GRANTED.  The June 7, 2007 Order of Arrest is hereby
2  DISSOLVED and the U.S. Marshals Service is ORDERED to release the F/V POINT LOMA
3  from the order of arrest.
4  IT IS SO ORDERED.

DATED: _____

Hon. William Alsup
District Judge, U.S. District Court, Northern
District of California

DAVIS WRIGHT TREMAINE LLP