COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.<br><br>  Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>  Defendants. | Case No. 3:07 CV 02952 WHA<br><br>**DECLARATION OF GREGORY W. POULOS FILED IN OPPOSITION TO DEFENDANTS' MOTION FOR ADMINSTRATIVE RELIEF TO SHORTEN TIME FOR HEARING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST** |

I, Gregory W. Poulos, declare that I am a Partner at the firm of Cox, Wootton, Griffin, Hansen and Poulos, LLP and am the lead attorney on this matter. I have personal knowledge of the facts set forth below and could competently testified to the following if called upon:

1. Attached as Exhibit 1 to the Memorandum of Points and Authorities in Opposition to the defendants' motion for administrative relief is a true and correct copy of the Westlaw printout from the California Secretary of States office showing that the F/V POINT LOMA Fishing Company, Inc. is a suspended corporation.

Declaration of Gregory W. Poulos                    1

2. Attached as Exhibit 3 is a true and correct copy of an email that I sent to defendants' counsel on July 9, 2007 as part of the meet and confer process on the motion for administrative relief.

3. I will be leaving for a pre-planned family vacation on July 22, 2007 and will not return to the office until August 6, 2007. The entire vacation will be spent in Oregon, during part of which I will be unavailable even by cell or email. This trip has been planned for several months, and it is already paid for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
Gregory W. Poulos

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

Declaration of Gregory W. Poulos          2