COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

And

McKASSON KLEIN & HOLMES LLP
Mark D. Holmes, SBN 156660
600 Anton Blvd., Suite 650, Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff,
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants. | Case No. 3:07 CV 02952 WHA<br><br>**DECLARATION OF MARK D. HOLMES FILED IN OPPOSITION TO DEFENDANTS' MOTION FOR ADMINSTRATIVE RELIEF TO SHORTEN TIME FOR HEARING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST** |

I, Mark D. Holmes, declare that I am a partner at the firm of McKasson Klein & Holmes, LLP and am co-counsel with Gregory Poulos of Cox, Wootton, Griffin, Hansen & Poulos, LLP on this matter. I have personal knowledge of the facts set forth below and could competently testified to the following if called upon:

Declaration of Mark D. Holmes                                1

1. Attached as Exhibit 2 to the Memorandum of Points and Authorities in Opposition to Defendants' Motion For Administrative Relief is a true and correct copy of the letter I sent Defendants' counsel on July 2, 2007, in which I re-iterated and expanded on Plaintiff's position as discussed an early letter dated June 27 letter. In this letter I pointed out that the Cohens did not have standing to assert and interest in the Vessel; and the only person or entity with standing, F/V POINT LOMA Fishing Company, Inc. had been suspended by the Secretary of State since June 1, 2007. I also enclosed a copy of the corporation's status. I have never received a response from defendants' counsel setting forth any authority allowing the suspended corporation to assert defenses in this action contrary to California law.

2. Attached as Exhibit 4 to the Memorandum of Points and Authorities in Opposition to Defendants' Motion for Administrative Relief is a true and correct copy of the letter I received from defendants' counsel dated June 27, 2007 in which he admits that the defendants cannot obtain a bond for the release of the vessel.

3. I will be leaving for a pre-planned family vacation on July 28, 2007 and will not return to the office until August 12, 2007. The entire vacation will be spent traveling with my 80-year old mother-in-law to see relatives residing in Southern California and Arizona.

4. My mother-in-law was recently widowed; has suffered severe meningitis (resulting in short-term memory loss); and needs a walker and/or wheel chair to move about. As such, my mother-in-law will need my and my wife's care and attention in order for my mother-in-law to be able visit us, as well as our relatives, perhaps for the last time. She is unable to care for herself or transport herself without the assistance of my wife and myself. This trip has been planned for several months, and was specifically planned to allow my

Declaration of Mark D. Holmes    2

wife's sister, who normally takes care of my mother-in-law most of the year, a two-week break from her care-giving responsibilities for my mother-in-law.

5. Defendants' counsel did not inform me prior to filing his Motion that he would seek an expedited hearing date. I was first informed when Mr. Poulos contacted me and informed me of Defendants' counsel's intent to move on an expedited basis. If he had, I would have explained the foregoing to him and requested that he schedule the hearing date on the same date our Motions to Dismiss will be heard.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2007

By: _____
Mark D. Holmes

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

Declaration of Mark D. Holmes         3