COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

McKASSON KLEIN & HOLMES LLP
Mark D. Holmes (SBN 156660)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINSTRATIVE RELIEF TO SHORTEN TIME FOR HEARING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

The Court having reviewed the moving and opposing papers finds that the defendants, moving parties, lack the capacity or standing to bring the motion. The Court finds that the moving Corporation is a suspended Corporation under California law and therefore it may not defend this action unless and until its Corporate status is reinstated by the California Secretary of State. The Court further finds that the *in personam* defendants have failed to present any evidence that they have an interest in the vessel that would entitle them to the relief sought.

In addition, the Court also finds that the defendants have failed to establish the "substantial harm or prejudice" that would result from a hearing on the Court's normal calendar as required under Local Rule 6-3.

The Court also finds that the defendants failed to establish that they engaged in a full meet and confer process prior to the filing of the motion, and they further have failed to adequately explain the effort to set the hearing on a date when the plaintiffs' counsel is unavailable.

Based on these findings, the motion for administrative relief under Local Rules 6-3 (c) and 7-11 (b) is denied.

IT IS SO ORDERED:

_____
Honorable William Alsup
United States District Court, Northern District of California

Submitted by:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
Gregory W. Poulos

1