IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC, <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, et al., <br><br> Defendants. | No. C 07-02952 WHA <br><br> **ORDER DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME** |

The Court has received defendants' motion to shorten time for hearing defendants' motion to vacate order of arrest. The motion was not accompanied by a declaration that identified the "substantial harm or prejudice that would occur if the Court did not change the time," as required by Civil Local Rule 6-3(a). Moreover, two of plaintiff's counsel are unavailable on August 2, the date which defendants proposed for the hearing. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE