**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**McKASSON KLEIN & HOLMES LLP**
Mark D. Holmes (SBN 156660
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **PLAINTIFF AND COUNTER-DEFENDANT DEL MAR SEAFOOD, INC.'S ANSWER TO DEFENDANT F/V POINT LOMA AND CLAIMANT F/V POINT LOMA FISHING COMPANY, INC.'S COUNTERCLAIM** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | |

Plaintiff and Counter-Defendant, DEL MAR SEAFOODS, INC. ("Del Mar") hereby answers the Counterclaim filed by Defendant F/V POINT LOMA and Claimant F/V Point Loma Fishing Company, Inc. ("Counterclaimants") as follows:

ANSWER TO COUNTERCLAIM

-1-

Case No.: CV 07-02952 WHA

1. Responding to paragraph 39 of the Counterclaim, Del Mar denies each and every allegation contained in this paragraph.

2. Responding to paragraph 40 of the Counterclaim, Del Mar admits that Barry Cohen paid Del Mar $175,000 in November of 2005. However, Del Mar denies each and every other allegation contained in this paragraph.

3. Responding to paragraph 41 of the Counterclaim, Del Mar denies each and every allegation contained in this paragraph.

4. Responding to paragraph 41 of the Counterclaim, Del Mar denies each and every allegation contained in this paragraph.

5. The remainder of the Counterclaim contains a request for relief. Del Mar denies that Counterclaimants are entitled to any relief.

6. Del Mar denies each and every allegation in the Counterclaim, whether express or implied, that Del Mar has not previously or expressly admitted in this Answer.

### AFFIRMATIVE DEFENSES

1. The Counterclaim and each cause of action therein fail to state facts sufficient to constitute a cause of action or claim for relief.

2. Counterclaimants lack standing and capacity.

3. The Counterclaim and each cause of action against Del Mar therein are barred by the doctrines of estoppel and waiver.

4. To maintain an action for wrongful arrest of a maritime vessel, the detainee must show that the arrest was not merely due to negligence, but that the action arose from malice, bad faith, or reckless disregard of the other party's legal rights. Counterclaimants cannot maintain an action for wrongful arrest because Del Mar did not request that the Court arrest the Vessel out of malice, in bad faith or in disregard of anyone's rights, including Counterclaimants.

5. Counterclaimants are barred from asserting a wrongful arrest because the vessel was arrested with probable cause.

6. Counterclaimants are barred from asserting a wrongful arrest because a claim for

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-2-   Case No.: CV 07-02952 WHA
ANSWER TO COUNTERCLAIM

1  wrongful arrest may not be raised in a counterclaim under admiralty practice.

2      7.    Counterclaimants are barred from asserting the Counterclaim and each cause of
3  action therein under the doctrine of unclean hands -- their own conversion of the Vessel,
4  fraudulent conveyance, fraud or attempted fraud.

5      8.    If any Counterclaimant sustained any damages as alleged in Counterclaim, such
6  damages were proximately caused and contributed to by such Counterclaimant in failing to
7  mitigate its alleged damages, namely by posting a bond to secure the release of the Vessel.
8  Counterclaimant's failure to mitigate its alleged damages diminishes any recovery herein.

9  WHEREFORE, Del Mar prays as follows:

10     1.    That Counterclaimants take nothing by their action;
11     2.    That the Counterclaim and each claim therein be dismissed with prejudice;
12     3.    That Del Mar have judgment against Counterclaimants;
13     4.    That Del Mar recover its costs of suit incurred herein; and
14     5.    For such other and further relief as the Court deems just and proper.

Dated: July 19, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
Gregory W. Poulos

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

ANSWER TO COUNTERCLAIM     -3-    Case No.: CV 07-02952 WHA