**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**McKASSON KLEIN & HOLMES LLP**
Mark D. Holmes (SBN 156660
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants.<br><br>And Related Counterclaims | Case No.: CV 07-02952 WHA<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO VACATE ARREST**<br><br>Date: August 16, 2007<br>Time: 8:00 a.m.<br>Courtroom 9, 19th Floor<br>Hon. William H. Alsup |

I, Max L. Kelley, hereby declare:

1.   I am an associate in the firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for Plaintiff Del Mar Seafoods, Inc. ("Del Mar"). I submit this

1  declaration in support of Plaintiff Del Mar's Opposition to Defendants' Motion to Vacate the
2  Arrest of the Vessel F/V POINT LOMA. I have personal knowledge of the facts stated
3  below and if called to testify regarding those facts, I would and could competently testify
4  thereto.

5      2.  Attached to Plaintiff's concurrently filed Request for Judicial Notice as
6  **Exhibit 1** are true and correct copies of the relevant excerpts from the transcript of the
7  deposition testimony of Barry Cohen given in *Barry A. Cohen; Leonard A. Cohen; Olde*
8  *Port Inn, Inc; and Olde Port Fisheries, Inc. v. Port San Luis Harbor District*, San Luis
9  Obispo County Superior Court Case No. CV 040897.

10      3.  Attached to Plaintiff's concurrently filed Request for Judicial Notice as
11  **Exhibit 2** are true and correct copies of Exhibit 397 and 398 to the deposition of Barry
12  Cohen given in *Barry A. Cohen; Leonard A. Cohen; Olde Port Inn, Inc; and Olde Port*
13  *Fisheries, Inc. v. Port San Luis Harbor District*, San Luis Obispo County Superior Court
14  Case No. CV 040897.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Dated July 26, 2007 at San Francisco, California.

_____
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504