**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**McKASSON KLEIN & HOLMES LLP**
Mark D. Holmes (SBN 156660)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants.<br><br>And Related Counterclaims | Case No.: CV 07-02952 WHA<br><br>**PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO VACATE ORDER OF ARREST** |

Defendants' Motion to Vacate the Order for the Arrest of the F/V POINT LOMA was heard pursuant to Supplemental Admiralty Rule E (4)(f) on regularly noticed time on August 16, 2007 in Courtroom 9 of this Court, the Honorable William H. Alsup, presiding.

The Court, having reviewed the parties' moving and opposing papers, finds that the plaintiff has met its burden to make a *prima facie* showing that reasonable grounds and probable cause existed to order the arrest of the Vessel, and to keep the Vessel under arrest.

The Court finds that the moving papers and evidence therein submitted by plaintiff, including its Verified Complaint and the Declarations of Joe Cappuccio and Joe Roggio, and the exhibits contained therein, satisfy the plaintiff's evidentiary burden applicable to a post-arrest hearing under Supplemental Admiralty Rule E (4)(f). The Court further finds that the *in personam* defendants Barry and Christene Cohen have failed to present any evidence that they have any interest in the vessel that would entitle them to the relief sought.

Based on these findings, the defendants' motion to vacate the order of arrest is DENIED.

IT IS SO ORDERED:

_____
Honorable William Alsup
United States District Court, Northern District of California

Submitted by:

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
        Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504