IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS,<br><br>       Plaintiff,<br><br>  v.<br><br>BARRY CHEN, et al..,<br><br>       Defendant.       / | No. C 07-02952 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARINGS** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Defendants' Motion to Vacate Order of Arrest previously set for August 16, 2007 at 8:00 a.m. has been rescheduled for **August 16, 2007 at 2:00 p.m.** and the Plaintiff's Motion to Dismiss the Counterclaim previously set for August 23, 2007 at 8:00 a.m. has been rescheduled for **August 30, 2007 at 2:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  August 8, 2007                                         FOR THE COURT,

                                                                                  Richard W. Wieking, Clerk
                                                                                  By: _____
                                                                                     Dawn Toland
                                                                                     Courtroom Deputy to the
                                                                                     Honorable William Alsup