IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,           No. C 07-02952 WHA

    Plaintiff,

  v.                                                   **ORDER RE HEARING**

BARRY COHEN, et al,

    Defendants.
                                              /

       Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

    **IT IS SO ORDERED.**

Dated: August 14, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE