UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 16, 2007

Case No.  C 07-02952 WHA

Title: DEL MAR SEAFOODS  v. BARRY COHEN

Plaintiff Attorneys: Max Kelley; Gregory Poulos

Defense Attorneys: James Walsh

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Dfts' Motion to Vacate Order of Arrest - Granted

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**