**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos  (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.:  415-438-4600
Facsimile No.:  415-438-4601

**McKASSON KLEIN & HOLMES LLP**
Mark D. Holmes (SBN 156660)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile:  (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **[PROPOSED] ORDER STAYING ORDER TO VACATE ARREST** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | |

The Court, having considered the papers submitted by the parties, and the oral

argument of counsel, and having found that there may be grounds for reconsideration of the

Court's August 17, 2007 Order vacating the arrest of the Defendant Vessel F/V POINT

1   LOMA, and that the Plaintiff will likely be irreparably harmed by the imminent release of the

2   Vessel, finds that good cause exists for granting the exceptional relief requested by Plaintiff.

3        Therefore, IT IS ORDERED:

4        The Court's Order dated August 17, 2007 granting defendants' motion to vacate

5   arrest is hereby STAYED until the Court either denies Plaintiff's Motion for Leave to Move

6   for Reconsideration or, if the Court grants Plaintiff's Motion for Leave, until and if it denies

7   Plaintiff's Motion for Reconsideration.

8

9   Dated: _____        _____

10                                         Honorable William H. Alsup
                                    UNITED STATES DISTRICT COURT JUDGE

11

12  Submitted by:

13  COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS, LLP

14  Attorneys for Plaintiff
    DEL MAR SEAFOODS, INC.

15

16  By: _____
            Max L. Kelley

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

150 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

26

27

28

-2-        Case No.: CV 07-02952 WHA

ORDER STAYING ORDER VACATING ARREST