**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| BARRY COHEN, CHRIS COHEN (aka CHRISTINE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |

By **NOON** on **AUGUST 23, 2007**, defendants will please file a response to plaintiff's emergency application for a stay.

**IT IS SO ORDERED.**

Dated: August 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE