James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:   (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | ) |
| Plaintiff, | ) No. C-07-2952-WHA |
| v. | ) **NOTICE OF INSURANCE COVERAGE** |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, | ) |
| Defendants. | ) |

BARRY COHEN, CHRIS COHEN (aka Christene Cohen), sued in personam, the F/V POINT LOMA, sued in rem, and the F/V POINT LOMA FISHING COMPANY, INC., as Claimant (collectively, "Defendants"), hereby provide Notice of Insurance Coverage for the F/V POINT LOMA.

The F/V POINT LOMA is at present fully insured in the event of loss in the amount of $250,000 under a policy underwritten by Underwriters at Lloyd's, London. Declaration of James P. Walsh in Support of Notice of Insurance Coverage, ¶3-4; Exhibit A at p. 2-3. The current policy period began in December 23, 2006 and runs through December 23, 2007. *Id*. ¶3; Exhibit

1  A at p. 3.  Moreover, according to the documents, the account is "paid in full."  *Id*. ¶ 5; Exhibit A
2  at p. 1.

3
4  DATED:  August 21, 2007.                          Respectfully submitted,

6                                                    _____*/s/ James P. Walsh*_____
   James P. Walsh (CSB No. 184620)
7  DAVIS WRIGHT TREMAINE LLP
   05 Montgomery St., Suite 800
8  San Francisco, CA 94111-3727
   Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599

10 Attorneys for Defendants BARRY COHEN,
   CHRIS COHEN, F/V POINT LOMA and the
11 F/V POINT LOMA FISHING COMPANY,
   INC

DAVIS WRIGHT TREMAINE LLP