James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:   (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10,<br><br>             Defendants. | No. C-07-2952-WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER VACATING ARREST; EMERGENCY APPLICATION FOR STAY OF COURT'S ORDER VACATING THE ARREST OF THE VESSEL; AND CLARIFICATION OF THE ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS:

Having considered papers submitted by both parties, and having found that Plaintiff failed to show grounds in accordance with Local Rule 7-9(b) for leave to file a motion for reconsideration of the Court's Order Granting Motion to Vacate Order of Arrest ("the Order"), Plaintiff's Motion for Leave to File Motion for Reconsideration of Order Vacating Arrest and Emergency Application for Stay of Court's Order Vacating Arrest of the Vessel are DENIED.

1

1  Having found Plaintiff failed to show grounds that the terms of the Order are unclear, Plaintiff's
2  request for clarification of the Order is DENIED.
3      IT IS SO ORDERED.

5  DATED this _____day of August, 2007.

                                    William Alsup
                                    United States District Judge

DAVIS WRIGHT TREMAINE LLP

PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO
FILE MOTION FOR RECONSIDERATION     SFO 372125v1 0084289-000001
Case No. C-07-2952-WHA