**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 30, 2007

Case No.  C 07-02952 WHA

Title: DEL MAR SEAFOODS  v.  BARRY COHEN

Plaintiff Attorneys: Gregory Poulos; Max Kelly

Defense Attorneys: James Walsh

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 9/7/07

Discovery Cutoff: 1/11/08

Designation of Experts: 1/11/08

Last Day to File Motion: 2/28/08


Continued to _ for Further Case Management Conference

Continued to  5/5/08 at 2:00pm  for Pretrial Conference

Continued to  5/19/08 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.