United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

Del Mar Seafoods,Inc,

          Plaintiff(s),

      v.

Cohen,

          Defendant(s).

07-02952 WHA MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

                    **Matthew P. Vafidis**
                    Holland & Knight LLP
                    50 California Street Suite 2800
                    San Francisco, CA 94111
                    415-743-6950
                    mvafidis@hklaw.com

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: September 14, 2007

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:     Claudia M. Forehand

7

8                                          _____
                                           ADR Case Administrator
9                                          415-522-2059
                                           Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02952 WHA MED                    - 2 -