1 | COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
2 | Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
3 | 190 The Embarcadero
San Francisco, CA 94105
4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

5

McKASSON KLEIN & HOLMES LLP
6 | Mark D. Holmes (SBN 156660 )
600 Anton Boulevard, Suite 650
7 | Costa Mesa, CA 92626
Telephone: (714) 436-1470
8 | Facsimile: (714) 436-1471

9 | Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.
10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA
13                          SAN FRANCISCO DIVISION

14

| DEL MAR SEAFOODS, INC. | ) | Case No.: CV 07-02952 WHA |
|---|---|---|
15 | | ) | |
| Plaintiff, | ) | **REQUEST FOR APPROVAL OF** |
16 | | ) | **SUBSTITUTION OF ATTORNEY** |
| vs. | ) | |
17 | | ) | |
| BARRY COHEN, CHRIS COHEN (aka | ) | |
18 | CHRISTENE COHEN), *in personam* and | ) | |
| P/V POINT LOMA, Official Number | ) | |
19 | 515298, a 1968 steel-hulled, 126-gross ton, | ) | |
| 70.8- foot long fishing vessel, her engines, | ) | |
20 | tackle, furniture, apparel, etc., *in rem*, and | ) | |
| Does 1-10, | ) | |
21 | | ) | |
| Defendants. | ) | |
22 | | ) | |
23 | | ) | |
| | ) | |
24 | And Related Counterclaims | ) | |
| | ) | |

25

26 | ///

27 | ///

28 | ///

-1-

Case No.: CV 07-02952 WHA

1    Plaintiff DEL MAR SEAFOODS, INC. ("Del Mar" or the "Plaintiff") hereby requests

2  that the Court approve the substitution of the Law Offices of Richard P. Wagner as attorney

3  of record in place and stead of McKasson Klein & Holmes LLP.

4

5  Dated: _____ /0-30-07 _____    _____

6                                            Joe Roggio on behalf of Del Mar Seafoods, Inc.

7    I have given proper notice pursuant to Local Rule 11-5 and further consent to the

8  above substitution.

9  Dated: _____ 10-30-07 _____    McKasson Klein & Holmes LLP

10

11                                          _____

12                                          Mark D. Holmes

13

14    I am duly admitted to practice in this District pursuant to Local Rule 11-1.

15

16  Dated: _____ 10-30-07 _____    Law Offices of Richard P. Wagner

17

18                                          _____

19                                          Richard P. Wagner
                                            State Bar No. 166792
20

21

22

23

24

25

26

27

28

-2-
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Case No.: CV 07-02952 WHA

1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS LLP
2  Gregory W. Poulos (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   McKASSON KLEIN & HOLMES LLP
6  Mark D. Holmes (SBN 156660)
   600 Anton Boulevard, Suite 650
7  Costa Mesa, CA 92626
   Telephone: (714) 436-1470
8  Facsimile: (714) 436-1471

9  Attorneys for Plaintiff
   DEL MAR SEAFOODS, INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14
   DEL MAR SEAFOODS, INC.          )   Case No.: CV 07-02952 WHA
15                                 )
                Plaintiff,         )   ORDER ON REQUEST FOR
16                                 )   APPROVAL OF SUBSTITUTION OF
          vs.                      )   ATTORNEY
17                                 )
   BARRY COHEN, CHRIS COHEN (aka   )
18 CHRISTENE COHEN), in personam and )
   F/V POINT LOMA, Official Number )
19 515298, a 1968 steel-hulled, 126-gross ton, )
   70.8- foot long fishing vessel, her engines, )
20 tackle, furniture, apparel, etc., in rem, and )
   Does 1-10,                      )
21                                 )
                Defendants.        )
22                                 )
                                   )
23 _____ )
                                   )
24 And Related Counterclaims       )
                                   )
25

26  ///

27  ///

28  ///

                                        -1-                    Case No.: CV 07-02952 WHA
          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1       The Court hereby orders that the request of DEL MAR SEAFOODS, INC. to

2   substitute the Law Offices of Richard P. Wagner, whose address is 400 Oceangate, Suite 700,

3   Long Beach, CA 90802; telephone number (562) 216-2946; fax number (562) 216-2960;

4   email address richwagner@wagnerattorneys.com; California State Bar No. 166792 , as

5   attorney of record in place and stead of McKasson Klein & Holmes LLP is hereby

6   GRANTED.

7   Dated:   November 5, 2007.

8       U.S. District

IT IS SO ORDERED

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28