
1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS LLP
2  Gregory W. Poulos (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601

5  McKASSON KLEIN & HOLMES LLP
6  Mark D. Holmes (SBN 156660)
   600 Anton Boulevard, Suite 650
7  Costa Mesa, CA 92626
   Telephone: (714) 436-1470
8  Facsimile: (714) 436-1471

9  Attorneys for Plaintiff
   DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | |

///
///
///

-1-
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY                    Case No.: CV 07-02952 WHA

Plaintiff DEL MAR SEAFOODS, INC. ("Del Mar" or the "Plaintiff") hereby requests that the Court approve the substitution of the Law Offices of Richard P. Wagner as attorney of record in place and stead of McKasson Klein & Holmes LLP.

Dated: 10-30-07

_____
Joe Roggio on behalf of Del Mar Seafoods, Inc.

I have given proper notice pursuant to Local Rule 11-5 and further consent to the above substitution.

Dated: 10-30-07

McKasson Klein & Holmes LLP

_____
Mark D. Holmes

I am duly admitted to practice in this District pursuant to Local Rule 11-1.

Dated: 10-30-07

Law Offices of Richard P. Wagner

_____
Richard P. Wagner
State Bar No. 166792

-2-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Case No.: CV 07-02952 WHA

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

McKASSON KLEIN & HOLMES LLP
Mark D. Holmes (SBN 156660)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Telephone: (714) 436-1470
Facsimile: (714) 436-1471

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | |

///
///
///

-1-
ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    Case No.: CV 07-02952 WHA

1  The Court hereby orders that the request of DEL MAR SEAFOODS, INC. to
2  substitute the Law Offices of Richard P. Wagner, whose address is 400 Oceangate, Suite 700,
3  Long Beach, CA 90802; telephone number (562) 216-2946; fax number (562) 216-2960;
4  email address richwagner@wagnerattorneys.com; California State Bar No. 166792, as
5  attorney of record in place and stead of McKasson Klein & Holmes LLP is hereby
6  GRANTED.
7  Dated: __November 5, 2007.__
8                                                    U.S. District Judge William Alsup

9  Granted but shall not be a basis for any
10 trial continuance.

-2-
ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY                Case No.: CV 07-02952 WHA