**FILED**

NOV 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Del Mar Seafoods, Inc, <br><br> Plaintiff(s), <br><br> v. <br><br> Cohen, <br><br> Defendant(s). | No. C 07-02952 WHA MED <br><br> **Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __NOVEMBER 15, 2007__

2. Did the case settle?    ☐ fully    ☐ partially    ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: __11/18/07__    _____M P V-_____
**Mediator, Matthew P. Vafidis**
Holland & Knight LLP
50 California Street Suite 2800
San Francisco, CA 94111

**Certification of ADR Session**
07-02952 WHA MED