James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSITION OF CHRISTENE COHEN PURSUANT TO FRCP 26(c)** <br><br> Date: January 24, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor |

This matter came before the Court on Defendants' Motion for a Protective Order Limiting the Deposition of Christene Cohen Pursuant to Fed. R. Civ. P. 26(c) (the "Motion"). The Court, having considered Defendants' Motion, the Declaration of Barry A. Cohen in Support of the Motion, the Declaration of Christene Cohen in Support of the Motion, the Declaration of Gwen Fanger in Support of the Motion and the attached exhibits, any opposition filed by Plaintiff, the papers and files on record with the Court, and the oral argument presented by the parties, hereby orders as follows:

//

1   Defendants' Motion is hereby GRANTED. In lieu of taking the oral testimony of
2  Christene Cohen by deposition, Plaintiff will pose no more than 15 interrogatories in writing for
3  her to answer under oath. Answers to the interrogatories will be due no later than fifteen (15) days
4  after served upon counsel for Defendants by Plaintiffs' counsel.
5   IT IS SO ORDERED.

8   DATED: _____

Hon. William Alsup
District Judge, U.S. District Court,
Northern District of California