1  James P. Walsh, CSB. No. 184620
2  Gwen Fanger, CSB No. 191161
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-3611
4  Telephone: (415) 276-6500
   Facsimile:  (415) 276-6599
5  budwalsh@dwt.com

6  Attorneys for Defendants and Claimant
   BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and
7  Claimant, F/V POINT LOMA Fishing Company, Inc.

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  DEL MAR SEAFOODS, INC.,            )
                                       )
13           Plaintiff,                )  No. C-07-2952-WHA
                                       )
14      v.                             )  [PROPOSED] ORDER GRANTING
                                       )  DEFENDANTS' MOTION FOR
15  BARRY COHEN, CHRIS COHEN (aka      )  ADMINISTRATIVE RELIEF TO
    CHRISTENE COHEN), in personam and, )  SHORTEN TIME FOR HEARING
16  F/V POINT LOMA, Official Number    )  DEFENDANTS' MOTION FOR A
    515298, a 1968 steel-hulled, 126-gross ton, )  PROTECTIVE ORDER LIMITING
17  70.8 foot long fishing vessel, her engines, )  DEPOSITION OF CHRISTENE
    tackle, furniture apparel, etc., in rem, and )  COHEN PURSUANT TO FRCP 26(c)
18  Does 1-10,                         )
                                       )  Date: January 3, 2008
19           Defendants.               )  Time: 8:00 a.m.
                                          Place: Courtroom 9, 19th Floor
20  _____

21      TO ALL PARTIES AND THEIR ATTORNEYS:

22      Having considered the Administrative Motion for Relief To Shorten Time for Hearing

23  Defendants' Motion for Protective Order Limiting Deposition of Christene Cohen Pursuant to

24  FRCP 26(c) ("Motion for Protective Order") filed by Defendants BARRY A. COHEN and CHRIS

25  COHEN, the vessel F/V POINT LOMA, and its owner THE F/V POINT LOMA FISHING

26  COMPANY, INC. (collectively "Defendants") and the Declaration of Gwen Fanger in support

27  thereof, and finding good cause therefore,

28

DAVIS WRIGHT TREMAINE LLP

1

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF TO SHORTEN TIME                    SFO 400608v1 0084289-000001
Case No. C-07-2952-WHA

1    IT IS HEREBY ORDERED that Defendants' Motion for Protective Order shall be heard
2 on shortened time, with opposition briefs due December 26, 2007 and hearing on the matter at
3 8:00 a.m. on January 3, 2008.

5    DATED this ___ day of _____, 2007.

6    December 19, 2007.

7                                                                By: _____
8                                                                William Alsup
                                                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*