IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC,

    Plaintiff,

  v.

BARRY COHEN,

    Defendant.

                                         /

No. C 07-02952 WHA

**ORDER RE ADMINISTRATIVE MOTION TO SHORTEN TIME**

      The Court has learned that plaintiffs would like to oppose the motion to shorten time. Any such opposition must be filed by **FRIDAY, DECEMBER 21, 2007**, at **NOON**. The Court will rule very shortly thereafter. In the meantime, the January 3 hearing date will stand.

      **IT IS SO ORDERED.**

Dated: December 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE