**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | |

Pursuant to L.R. 7-3(b), Plaintiff DEL MAR SEAFOODS, INC. hereby submits this Statement of Non-opposition to Defendants' Motion to Shorten Time to Hear Its Motion For Protective Order regarding the deposition of defendant/counterclaimant Chris Cohen.

-1-    Case No.: CV 07-02952 WHA

STATEMENT OF NON-OPPOSITION

## STATEMENT

Plaintiff DEL MAR SEAFOODS, INC. intended to file an Opposition Brief, pursuant to L.R. 7-3(a), asserting that Defendant's Motion to Shorten Time should be denied on the grounds that defense counsel had improperly failed to meet and confer in good faith per L. R. 37-1(a). Since the Court has already ruled on Defendants' Motion to Shorten Time, however, Plaintiff will not oppose that Motion, but will instead include its contention that defendants' failed to meet and confer in good faith in its Opposition to Defendants' Motion for a Protective Order regarding Chris Cohen's deposition.

Plaintiff acknowledges that the deadline for filing its Opposition Brief is December 26, 2007, and that the hearing on Defendants' Motion for Protective Order will be on January 3, 2008 at 8:00 a.m.

Respectfully submitted,

Dated: December 20, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
Max L. Kelley
Gregory W. Poulos