1

**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**

2

Gregory W. Poulos  (SBN 131428)
Max L. Kelley (SBN 205943)

3

190 The Embarcadero
San Francisco, CA  94105

4

Telephone No.:  415-438-4600
Facsimile No.:  415-438-4601

5

6

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)

7

700 Oceangate, Suite 700
Long Beach, CA 90802

Telephone: (562) 216-2946

8

Facsimile:  (562) 216-2960

9

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

13

14

DEL MAR SEAFOODS, INC.                    )    Case No.: CV 07-02952 WHA

15                                                                  )
                                                                     )

16                      Plaintiff,              )    **DECLARATION OF MAX L.**
                                                                     )    **KELLEY IN SUPPORT OF**
                                                                     )    **PLAINTIFF'S OPPOSITION TO**

17          vs.                                      )    **DEFENDANTS' MOTION FOR**
                                                                     )    **PROTECTIVE ORDER**

18      BARRY COHEN, CHRIS COHEN (aka     )
        CHRISTENE COHEN), *in personam* and   )

19      F/V POINT LOMA, Official Number          )
        515298, a 1968 steel-hulled, 126-gross ton, )

20      70.8- foot long fishing vessel, her engines, )
        tackle, furniture, apparel, etc., *in rem*, and  )

21      Does 1-10,                                           )
                                                                     )

22                      Defendants.           )
                                                                     )

23    _____ )    Date:  January 3, 2008
                                                                     )    Time:  8:00 a.m.

24      And Related Counterclaims            )    Courtroom 9, 19th Floor
                                                                     )    Hon. William H. Alsup

25    _____ )

26    I, Max L. Kelley, hereby declare:

27          1.      I am an associate in the firm of Cox, Wootton, Griffin, Hansen & Poulos,

28    LLP, attorneys of record for Plaintiff Del Mar Seafoods, Inc. ("Del Mar"). I submit this

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeaSoods/2504

-1-                                        Case No.: CV 07-02952 WHA
DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR PROTECTIVE ORDER

1    declaration in support of Plaintiff Del Mar's Opposition to Defendants' Motion for a

2    Protective Order Limiting the Deposition of Christene Cohen. I have personal knowledge of

3    the facts stated below and if called to testify regarding those facts, I would and could

4    competently testify thereto.

5         2.    Attached to this declaration as **Exhibit 1** is a true and correct copy of the

6    Verified Complaint filed in this matter.

7         3.    Attached to this declaration as **Exhibit 2** is a true and correct copy of the

8    Verified Statement of Right or Interest in the Vessel filed by the Claimant F/V Point Loma

9    Fishing Company, Inc. in this matter.

10        4.    Attached to this declaration as **Exhibit 3** is a true and correct copy of the

11   defendants' Answer and Counterclaim filed in this matter.

12        5.    Attached to this declaration as **Exhibit 4** is a true and correct copy of the

13   defendants' initial disclosures served on plaintiff's on August 21, 2007.

14        6.    Attached to this declaration as **Exhibit 5** is a true and correct copy of the

15   defendants' initial disclosures served on plaintiff on September 5, 2007.

16        7.    Attached to this declaration as **Exhibit 6** is a true and correct copy of the

17   plaintiff's Notice of the Deposition of Chris Cohen, served on December 6, 2007.

18        8.    Attached to this declaration as **Exhibit 7** is a true and correct copy of the e-

19   mail and attached letter plaintiff's counsel received from defense counsel on December 12,

20   2007 proposing Ms. Cohen's deposition be taken by way of written interrogatories.

21        9.    Attached to this declaration as **Exhibit 8** is a true and correct copy of the letter

22   sent by plaintiff's counsel to defense counsel, dated December 14, 2007, in response to

23   defense counsel's letter of December 12, 2007.

24        10.   Attached to this declaration as **Exhibit 9** is a true and correct copy of the letter

25   sent by defense counsel to plaintiff's counsel, dated December 17, 2007, in response to

26   plaintiff's counsel's letter of December 14, 2007.

27        11.   Attached to this declaration as **Exhibit 10** is a true and correct copy of the

28   letter sent by plaintiff's counsel to defense counsel, dated December 18, 2007, in response to

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMar.SanSoda2804

-2-                    Case No.: CV 07-02952 WHA
DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR PROTECTIVE ORDER

1    defense counsel's letter of December 17, 2007.

2        12.    By e-mail, I received electronic notice that defendants had filed their Motion

3    for Protective Order on December 18, 2007 at 5:28 p.m.

4

5        I declare under penalty of perjury under the laws of the United States of America that

6    the forgoing is true and correct. Dated December 26, 2007 at San Francisco, California.

7

8                                      _____

9                                       Max L. Kelley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

1JchMaxSanFnclw2104

26

27

28

            Case No.: CV 07-02952 WHA
DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR PROTECTIVE ORDER