IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

Plaintiff,

v.

BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1–10,

Defendants.

No. C 07-02952 WHA

**ORDER RE JANUARY 3, 2008, HEARING**

Please bring to the hearing tomorrow the Rule 26 disclosure referenced in the opposition. This is the Rule 26 disclosure by the defendants listing Ms. Cohen as a witness.

**IT IS SO ORDERED.**

Dated: January 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE