IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1–10,

    Defendants.

No. C 07-02952 WHA

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

For the reasons stated at the hearing on January 3, 2008, the motion for protective order is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE