**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos  (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.:  415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile:  (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. ) | Case No.: CV 07-02952 WHA |
| Plaintiff, ) | **JOINT REQUEST FOR** |
| ) | **STIPULATED EXTENSION OF** |
| vs. ) | **DISCOVERY CUT-OFF** |
| ) | |
| BARRY COHEN, CHRIS COHEN (aka ) | |
| CHRISTENE COHEN), *in personam* and ) | |
| F/V POINT LOMA, Official Number ) | |
| 515298, a 1968 steel-hulled, 126-gross ton, ) | |
| 70.8- foot long fishing vessel, her engines, ) | |
| tackle, furniture, apparel, etc., *in rem*, and ) | |
| Does 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| And Related Counterclaims ) | |

The parties jointly submit this request to the Court that it approve an extension to the

lay discovery deadline until January 31, 2008.  The current cut-off for non-expert discovery is

January 11, 2008.  The parties have stipulated to the extension.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

## I.    BASES FOR THIS REQUEST

The parties believe good cause exists to extend the discovery cut-off until January 31, 2008 for the following reasons:

1.    The parties believe they may be able to narrow the issues in this case based on information obtained at the deposition of defendant Barry Cohen, which is currently scheduled to take place next ***Wednesday, January 9, 2008***, two days before the discovery cut-off.

2.    The narrowing of the issues contemplated by the parties may substantially reduce the scope of the defendants' planned production of approximately 50 boxes of documents, as well as the scope of the plaintiff's subsequent inspection of those documents. The document production had been tentatively scheduled to take place tomorrow, Friday, January 4, 2008 in Avila Beach, California. Extending the discovery cut-off will allow the document production to go forward, if necessary, after Barry Cohen has been deposed next week.

3.    Defendant Barry Cohen's sons, Michael and Leonard, are currently scheduled to be deposed tomorrow in San Luis Obispo, California. Information learned at Barry Cohen's deposition, however, may obviate the need for the sons' depositions entirely, or at least limit their scope. Extending the discovery cut-off will allow the sons' depositions to be re-scheduled until after Barry Cohen has been deposed next week, if needed.

4.    Mr. Walsh, counsel for defendants, will be out of the country from January 14 through January 18, 2008.

5.    Inclement weather is expected throughout northern California tonight and through the weekend, which would make traveling to the San Luis Obispo tomorrow for the depositions and document production/inspection difficult.

6.    There have been no other requests to extend any other deadlines in this case.

## II.    AUTHORITY

Pursuant to the Court's Case Management Order ("Order") dated September 5, 2007,

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP

190 THE EMBARCADERO SAN FRANCISCO, CA 94105 TEL 415-438-1600 FAX 415-438-4601

DelMarSeafoods/2501

1  the deadline for non-expert discovery is January 11, 2008.  Declaration of Max L. Kelley

2  ("Kelley Dec."), **Exhibit 1**, ¶¶ 4, 5.  Paragraph 12 of the Order also requires prior Court

3  approval before the parties may stipulate around the discovery cut-offs set by the Order.

4  **III.    REQUEST FOR DISCOVERY CUT-OFF EXTENSION BASED ON GOOD
       CAUSE**

5

6         Plaintiff has noticed the depositions of Michael and Leonard Cohen, the sons of

7  defendant Barry Cohen, for tomorrow, Friday, January 4, 2008 in San Luis Obispo,

8  California. Kelley Dec., **Exhibit 2.**  Plaintiff has also noticed the deposition of defendant

9  Barry Cohen for next Wednesday, January 9, 2008. *Ibid.* at **Exhibit 3**.  Additionally, plaintiff

10 was informed on January 2, 2008, that defendants intend to produce approximately 50 boxes

11 of documents in Avila Beach, California, in response to plaintiff's F.R.C.P. Rule 34 requests

12 for production of documents.  *Ibid.* at ¶ 5.  As Michael and Leonard Cohens' depositions

13 would be going forward in San Luis Obispo on January 4, 2008, plaintiff intended to utilize

14 another attorney to inspect the defendants' documents on the same day.  *Ibid.* at ¶ 6.

15        After counsel for the parties met and conferred, however, it was agreed that

16 information obtained from Barry Cohen at his deposition next week might limit the

17 plaintiff's request for documents and the subsequent production and inspection thereof, and

18 might also significantly limit the scope of the Cohen sons' depositions.  *Id.* at ¶ 7.  That being

19 the case, it makes sense to wait until after Mr. Cohen has been deposed next week, before

20 following with the sons' depositions and the document production.  The deadline for non-

21 expert discovery, however, is Friday, January 11, 2008 and the parties will be in Arizona that

22 day to depose defendant Chris Cohen.  *Id.* at **Exhibit 3**.  Therefore, in order to allow the

23 parties sufficient time to schedule the depositions of Michael and Leonard Cohen and the

24 document production/inspection *after* Mr. Cohen is deposed next week, the parties have

25 stipulated to extend the non-expert discovery cut-off until January 31, 2008. The stipulation

26 is attached hereto as **Exhibit A.**

27        Additionally, allowing the parties to re-schedule the depositions and document

28 production after Mr. Cohen's deposition next week will allow the parties to forgo traveling to

1  San Luis Obispo tonight and/or tomorrow and back in inclement weather.  Kelley Dec., ¶ 8.

2  Based on the foregoing reasons, and because Mr. Walsh will be out of the country

3  from January 14 through January 18, 2008, the parties have agreed to an extension of the

4  non-expert discovery cut-off until January 31, 2008, and have so stipulated.  *Id.* at ¶ 9.

5  **IV.    CONCLUSION**

6  For the reasons discussed above, the parties believe good cause exists for approving

7  their request to extend the lay discovery cut-off.

8  Respectfully submitted,

9

10  Dated:  January 3, 2008                              Dated: January 3, 2008

11  COX, WOOTTON, GRIFFIN,                        DAVIS WRIGHT TREMAINE LLP
    HANSEN & POULOS, LLP                          Attorneys for Defendants BARRY
12  Attorneys for Plaintiff                        COHEN, CHRISTENE COHEN, the
    DEL MAR SEAFOODS, INC.                         F/V POINT LOMA and the F/V POINT
13                                                 LOMA FISHING COMPANY, INC.

14

15

16  By: _____             By: _____/s/_____
       Gregory W. Poulos                              James P. Walsh
17     Max L. Kelley

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

26

27

28

1 | **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**

2 | Gregory W. Poulos  (SBN 131428)
Max L. Kelley (SBN 205943)

3 | 190 The Embarcadero
San Francisco, CA  94105

4 | Telephone No.: 415-438-4600
Facsimile No.:  415-438-4601

5 

6 | **LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700

7 | Long Beach, CA 90802
Telephone: (562) 216-2946

8 | Facsimile:  (562) 216-2960

9 | Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

10

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

14

15 | DEL MAR SEAFOODS, INC.                    )    Case No.: CV 07-02952 WHA
                                                            )

16 |                         Plaintiff,                       )    **STIPULATION TO EXTEND NON-**
                                                            )    **EXPERT DISCOVERY CUT-OFF**

17 |          vs.                                            )
                                                            )

18 | BARRY COHEN, CHRIS COHEN (aka    )
CHRISTENE COHEN), *in personam* and  )
F/V POINT LOMA, Official Number           )

19 | 515298, a 1968 steel-hulled, 126-gross ton, )
70.8- foot long fishing vessel, her engines,  )

20 | tackle, furniture, apparel, etc., *in rem*, and )
Does 1-10,                                              )

21 |                                                          )

22 |                         Defendants.                  )
                                                            )
                                                            )

23 | _____ )
                                                            )

24 | And Related Counterclaims                    )
                                                            )

25 | _____ )

26 | **TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THIS HONORABLE**

27 | **COURT:**

28 | / / /

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-1-
STIPULATION TO EXTEND DISCOVERY CUT-OFF

Case No.: CV 07-02952 WHA

*EXHIBIT A*

1    Having met and conferred and believing good cause exists, the parties, through their

2  attorneys of record, hereby stipulate to extend the deadline for non-expert discovery in this

3  case. The current deadline for the close non-expert discovery is January 11, 2008. The

4  parties hereby agree to extend that deadline until *January 31, 2008,* pending the approval of

5  this Court.

6

7  Dated: January 3, 2008                          Dated: January 3, 2008

8  COX, WOOTTON, GRIFFIN,                           DAVIS WRIGHT TREMAINE LLP
   HANSEN & POULOS, LLP                             Attorneys for Defendants BARRY
9  Attorneys for Plaintiff                          COHEN, CHRISTENE COHEN, the
   DEL MAR SEAFOODS, INC.                           F/V POINT LOMA and the F/V POINT
10                                                  LOMA FISHING COMPANY, INC.

11

12

13  By: _____                    By: _____/s/_____
        Gregory W. Poulos                                  James P. Walsh
14      Max L. Kelley

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

26

27

28

STIPULATION TO EXTEND DISCOVERY CUT-OFF