IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1–10,<br><br>    Defendants.<br>_____/ | No. C 07-02952 WHA<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF** |

The Court has received the joint request for an extension of the discovery cut-off date. The parties have not shown they diligently engaged in discovery. It is clear that they have backloaded discovery to the end of the discovery period. Accordingly, the crunch is of their own making. Therefore, good cause has not been shown to justify an extension. Furthermore, an extension will disrupt the schedule and intrude upon motion practice. This request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: January 4, 2008.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE