**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

**JUDGE WILLIAM ALSUP**

Date: <u>January 3, 2008</u>

Case No.  <u>C 07-05100 WHA</u>

Title: <u>OLIVER HILSENRATH</u>  v. <u>USA</u>

Plaintiff Attorneys: Pro Se

Defense Attorneys: JoAnn Swanson

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Dft's Motion to Dismiss - Taken Under Submission                          </u>

2)   <u>                                                                                                                </u>


Continued to <u>  </u> for Further Case Management Conference

Continued to <u>   </u>for Pretrial Conference

Continued to <u>   </u>for Trial

**ORDERED AFTER HEARING:**