# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>January 3, 2008</u>

Case No.  <u>C 07-02952 WHA</u>

Title: <u>DEL MAR SEAFOOD</u>  v. <u>BARRY COHEN</u>

Plaintiff Attorneys: Max Kelley; Gregory Poulos

Defense Attorneys: James Walsh

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Dft's Motion for Protective Order - Taken Under Submission</u>

2)  _____

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**