IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1–10,

    Defendants.

No. C 07-02952 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

    The Court is in receipt of plaintiff's letter of January 23, 2008, concerning a discovery dispute and **SETS** a hearing in court (not telephone) for **MONDAY, JANUARY 25, 2008, AT 11:30 A.M.** Defendants' response is due by **10:00 A.M. ON JANUARY 25**.

    **IT IS SO ORDERED.**

Dated: January 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE