United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

    v.

BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8-foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1–10,

    Defendants.
                                       /

No. C 07-02952 WHA

**AMENDED ORDER SETTING HEARING ON DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of January 23, 2008, concerning a discovery dispute and **SETS** a hearing in court (not telephone) for **MONDAY, JANUARY *28*, 2008, AT 11:30 A.M.** Defendants' response is due by **10:00 A.M. ON JANUARY *28***.

**IT IS SO ORDERED.**

Dated: January 24, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE