# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN, JR.
GREGORY W. POULOS
FREDERICK J. CARR
MARC T. CEFALU
*ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

LYNN L. KRIEGER
MAX LEE KELLEY
GALIN G. LUK
CHRISTOPHER S. KIELIGER
COURTNEY M. CRAWFORD

**January 25, 2008**

*By E-Filing and Messenger*
Honorable William H. Alsup
District Court Judge
Courtroom 9, 19th Floor
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Del Mar Seafoods, Inc. v. Cohen:* discovery hearing on 1/28/2008
       **Case No.:** U.S.D.C./Northern District 3:07 CV 02952 WHA
       **Our Ref:** DMSI.PointLoma/2504
       **Our Client:** Plaintiff Del Mar Seafoods, Inc.

Your Honor:

We write to inform the Court that the parties have reached an agreement regarding the documents at issue in the discovery dispute we summarized in our previous correspondence dated January 23, 2008. *Therefore, the parties jointly request that the hearing on the discovery dispute currently scheduled for Monday, January 28, 2008 at 11:30 a.m. in Courtroom 9 be taken off calendar.*

Thank you for your time and attention to this matter.

Sincerely,

Gregory W. Poulos
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Attorneys for Plaintiff Del Mar
Seafoods, Inc.

cc: by e-filing to J. Walsh, Esq. and G. Fanger, Esq.