1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Gregory W. Poulos (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   **LAW OFFICES OF RICHARD P. WAGNER**
6  Richard P. Wagner (SBN 166792)
   700 Oceangate, Suite 700
7  Long Beach, CA 90802
   Telephone: (562) 216-2946
8  Facsimile: (562) 216-2960

9  Attorneys for Plaintiff
   DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | |
| And Related Counterclaims | Date: April 3, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Hon. William H. Alsup |

**TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

1. **NOTICE IS HEREBY GIVEN** that on April 3, 2008 at 8:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled court, plaintiff DEL MAR

-1-    Case No.: CV 07-02952 WHA
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

SEAFOODS, INC. ("Plaintiff") will and hereby does move the Court for summary judgment or, alternatively, partial summary judgment on the grounds that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law on the plaintiff's Breach of the Promissory Note and Foreclosure of the Preferred Ship Mortgage causes of action. The Plaintiff's motion is based on the grounds that the defendants failed to make the required payments on the Promissory Note, failed to maintain the vessel, and failed to properly insure it.

The Plaintiff will and hereby does also move the Court for partial summary judgment dismissing the defendants' cause of action for wrongful arrest based upon their failure to raise any genuine issue of material fact that Plaintiff acted with bad faith, malice, or gross negligence in arresting defendants vessel.

The Plaintiff also will and hereby does move the Court for an order of partial summary judgment precluding the defendants' causes of action for intentional and/or negligent interference with prospective economic advantage, and for breach of the implied covenant of good faith and fair dealing based on the lack of any genuine issues of material fact supporting defendants' causes of action.

The Plaintiff will also, and hereby does, move this Court for partial summary judgment on defendants' claim for damages resulting from the alleged wrongful arrest for the value of a lost fishing net.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations of Max L. Kelley and Joe Roggio, Plaintiff's Request for Judicial Notice, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: February 28, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
       Max L. Kelley