James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **DECLARATION OF JAMES WALSH IN SUPPORT OF STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **Hearing Date: April 3, 2008** <br> **Time: 8:00 a.m.** <br> **Place: Courtroom 9, 19th Floor** |

I, James P. Walsh, declare as follows:

1. I am a partner in the law firm of Davis Wright Tremaine LLP and our firm serves as counsel to Defendants in this lawsuit. I make this declaration to support the parties' Stipulated Request for Order Enlarging Time for Hearing on Plaintiff's Motion for Summary Judgment. The facts set forth in this declaration are personally known to me to be true and correct and, if called as a witness, I would and would testify to the following:

2. On February 28, 2008, Plaintiff Del Mar Seafoods, Inc. filed a Notice of Motion and Motion for Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion for Summary Judgment"). The hearing on the Motion for Summary Judgment was noticed for April 3, 2008 at 8:00 a.m. The current hearing date is the last day to hear the Motion for Summary Judgment pursuant to the Court's Case Management Order dated September 5, 2007 ("Case Management Order").

3. The current hearing date directly conflicts with a pre-existing hearing date I have for another case in another country. On April 3, 2008, I am scheduled to attend a summary judgment motion hearing before the Federal District Court in Guam. The opposing party is the United States and the case is *United States v. F/V MARSHALLS 201*, Case No. 06-00030. The hearing was set prior to February 28, 2008 and involves numerous parties traveling from great distances and is unlikely to be changed by the judge.

4. There have been no previous time modifications of any dates set forth in the Case Management Order. The only modification of time in this case to date has been the Court's Order Granting Defendants' Motion for Administrative Relief to Shorten Time for Hearing Defendant's Motion for Protective Order Limiting Deposition of Christene Cohen, dated December 19, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 4th day of March, 2008.

/s/ James P. Walsh
James P. Walsh (CSB No. 184620)

Attorneys for BARRY COHEN, CHRIS COHEN, F/V POINT LOMA and the F/V POINT LOMA FISHING COMPANY, INC.