James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** <br><br> **Hearing Date: April 3, 2008** <br> **Time: 8:00 a.m.** <br> **Place: Courtroom 9, 19th Floor** |

IT IS HEREBY ORDERED that the parties' Stipulated Request for Order Enlarging Time for Hearing on Plaintiff's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment is GRANTED and the hearing on the matter will be held on April 10, 2008 at 8:00 a.m.

DATED this ____ day of March, 2008

_____
William Alsup
UNITED STATES DISTRICT JUDGE