**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br>                Plaintiff, <br><br>     v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br>                Defendants. | No. C-07-2952-WHA <br><br> **JOINT ADR PROGRESS REPORT** <br><br><br> **Trial Date:   May 19, 2008** <br> **Time:        7:30 a.m.** <br> **Place:       Courtroom 9, 19th Floor** |

Pursuant to the Court's Reminder Notice of Upcoming Trial and Final Pretrial Conference, the parties to the above-entitled action jointly submit this report outlining the progress and status of their ADR efforts to date and their further ADR recommendations.

1

JOINT ADR PROGRESS REPORT                                                                                       SFO 405019v2 0084289-000001
Case No. C-07-02952-WHA

On November 15, 2007, the parties met and participated in a mediation session with mediator, Matthew Vafidis. A settlement was not reached and no follow-up was contemplated. The ADR process was deemed complete and a Certification of ADR Session was filed by Mr. Vafidis on November 21, 2007.

Subsequent to the mediation, the parties have completed discovery and outlined the underlying issues in Plaintiff's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment ("MSJ") and Defendants' Opposition to the MSJ. A hearing on the MSJ is scheduled for April 10, 2008, the pretrial conference is scheduled for May 5, 2008, and the trial is scheduled to begin on May 19, 2008.

Defendants recommend that the case be referred to a Magistrate Judge in San Francisco for a settlement conference. Defendants submit that the additional information the parties have exchanged since the mediation would contribute to meaningful settlement discussions. In the hopes of facilitating a settlement and mitigating the expenses associated with a trial, Defendants therefore recommend that this matter be referred to a Magistrate Judge for a settlement conference as soon as practicable. Plaintiffs agree to defendants' suggestion for a settlement conference.

DATED: March 24, 2008.

*/s/ Gwen Fanger*
James P. Walsh
Gwen Fanger
DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendants BARRY COHEN, CHRIS COHEN, F/V POINT LOMA and the F/V POINT LOMA FISHING COMPANY, INC

DATED: March 24, 2008.

*/s/ Gregory Poulos*
Gregory W. Poulos
Max L. Kelley
COX, WOOTTON, GRIFFIN, HANSEN & POULOS

Attorneys for Plaintiff, DEL MAR SEAFOODS, INC.

JOINT ADR PROGRESS REPORT
Case No. C-07-02952-WHA
SFO 405019v2 0084289-000001