IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTINE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,<br><br>    Defendants.<br>                                              / | No. C 07-02952 WHA<br><br>**ORDER DENYING REQUEST FOR REFERRAL TO MAGISTRATE JUDGE BEFORE HEARING ON SUMMARY JUDGMENT** |

      Defendants recommend that this matter be referred to a magistrate judge for a settlement conference as soon as possible. Plaintiffs agree to defendants' recommendation. Because this could have been accomplished earlier in the proceedings and the hearing on summary judgment will occur in nine calendar days, the request is **DENIED**.

      **IT IS SO ORDERED.**

Dated: April 1, 2008.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE