**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS, INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (aka CHRISTINE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendants.

No. C 07-02952 WHA

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, this matter is hereby **REFERRED** to Magistrate Judge James Larson for settlement. Please be mindful of the trial date on May 19, 2008. The parties have already gone through mediation via the ADR unit, which was unsuccessful.

    **IT IS SO ORDERED.**

Dated: April 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE