UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 10, 2008</u>

Case No.  <u>C 07-02952 WHA</u>

Title: <u>DEL MAR SEAFOODS</u> v. <u>BARRY COHEN</u>

Plaintiff Attorneys: Gregory Poulos; Max Kelley

Defense Attorneys: James Walsh; Gwen Fanger

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Plts' Motion for Summary Judgment - Taken Under Submission</u>

2)   <u>                                                                                      </u>

**ORDERED AFTER HEARING:**