IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **TENTATIVE ORDER RE ADVANCING TRIAL DATE** |
| BARRY COHEN, CHRIS COHEN (aka CHRISTINE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10, | |
| Defendants. | |

The current trial date is set for May 19, 2008. The Court requested that the parties agree to advance the trial date of this matter by a week in order to relieve pressure from other cases going to trial at the same time. Plaintiff's counsel, however, informed the Court that Joe Cappuccio, president of Del Mar, will not be available until May 16, 2008. The trial date will therefore be advanced to **WEDNESDAY, MAY 14, 2008**, at **7:30 A.M.** This will allow other witnesses to testify and Mr. Cappuccio to appear in plaintiff's case afterwards. This scheduling issue may be discussed at the pretrial conference set for Monday, May 5, 2008.

**IT IS SO ORDERED.**

Dated: April 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE