James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:   (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant.
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and
Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)** <br><br> **Trial Date:  May 14, 2008** <br> **Time:        7:30 a.m.** <br> **Place:       Courtroom 9, 19th Floor** |

Defendants Barry Cohen, Chris Cohen, and counterclaimant F/V Point Loma, Inc.

("Defendants") submit the following disclosures pursuant to Fed. R. Civ. P. 26(a)(3):

I.    **IDENTIFICATION OF WITNESSES**

Defendants may call the following witnesses at trial:

1.  Barry A. Cohen, Party - Defendant

2.  Christene Cohen, Party - Defendant (by designation of deposition)

3.  Captain David Allan Kobak, PO Box 314, Bodega Bay, CA  94293 (Tel:

DAVIS WRIGHT TREMAINE LLP

1

707.592.3931)

4. Joe Roggio, 331 Ford St., Watsonville, CA 95076 (Tel:  831.763.3003)

5. Joe Cappuccio, 331 Ford St., Watsonville, CA 95076 (Tel:  831.763.3003)

6. Michael Cohen (by designation of deposition), Olde Port Fisheries, Pier 3, Port San
Luis Pier, Avila Beach, CA 93424 (Tel:  805.595.9456)

7. Leonard Cohen (by designation of deposition), Old Port Inn Restaurant, Pier 3, Port
San Luis Pier, Avila Beach, CA 93424 (Tel:  805.595.2515)

8. David Cantrell (by designation of deposition), 1108 E Grand Ave, Arroyo Grande, CA
93420 (Tel:  805.481.2280)

## II.    DESIGNATION OF DEPOSITION TESTIMONY

Defendants may designate the depositions of the following witnesses who are unavailable
to appear at trial:

1. Testimony of Chris Cohen, *Del Mar Seafoods v. Cohen*, January 11, 2008

2. Testimony of David Cantrell, *Del Mar Seafoods v. Cohen*, December 27, 2007

3. Testimony of Michael Cohen, *Del Mar Seafoods v. Cohen,* January 8, 2008

4. Testimony of Leonard Cohen, *Del Mar Seafoods v. Cohen,* January 10, 2008

5. Testimony of Joe Cappuccio, *Del Mar Seafoods v. Cohen*, December 14, 2007 (to
extent he is unavailable to testify at trial)

6. Testimony of Joe Roggio, *Del Mar Seafoods v. Cohen*, December 13, 2007 (to extent
he is unavailable to testify at trial)

## III.    EXHIBITS TO BE PRESENTED

Defendants expect to offer the following exhibits at trial:

1. Del Mar Seafoods, Inc. Schedule of Payments, DMSI 0001

2. General Index or Abstract of Title, DMSI 0057-0062

3. Bill of Sale, DMSI 0063-64

4. Promissory Note, DMSI 0098-100

5. First Preferred Mortgage, DMSI 0101-0110

DAVIS WRIGHT TREMAINE LLP

DEFENDANTS' DISCLOSURES UNDER FRCP 26(a)(3)                                    SFO 405734v1 0084289-000001
Case No. C-07-2952-WHA

6. Del Mar Seafoods, Inc. Schedule of Payments, DMSI 0111/ Exhibit 21 to deposition of J. Roggio, December 13, 2007

7. Certificate of Documentation, COHEN 00001

8. 2007 Federal Pacific Coast Groundfish Permit, COHEN 00002

9. NOAA letter, dated 7/3/07, COHEN 00003

10. Checks to Del Mar, COHEN 00004-8

11. Del Mar Seafoods, Inc. Schedule of Payments, COHEN 00009/Exhibit 20 to Deposition of J. Roggio, December 13, 2007.

12. Certificate of Revivor, COHEN 00010

13. Assignment of Joint Venture Interest, COHEN 00014-15

14. Settlement Sheets, COHEN 000020, 22, 25, 28, 33, 36, 39, 41, 43, 47, 51, and 55

15. Receipts for income and expenses for trips prior to arrest, 13/31/06-6/4/07, COHEN 00016-00055

16. Email, COHEN 00056-57

17. Trips by the Month, COHEN 00676-677

18. Calculation of net income by trip, pre and post arrest, COHEN 00678-718

19. Certificates of Insurance, 2003-2008, COHEN 751-758, 760-763

20. Log Trawl Book, 1/06-9/26/07, COHEN 764-835

21. Log Trawl sheets, 10/8/07-12/12/07, COHEN 836-842

22. Receipts for income and expenses for trip after arrest, 8/31/07-12/13/07, COHEN 843-902

23. Travel Expenses to San Francisco, 8/07-1/08, COHEN 903-917

24. Payments to captain and crew during arrest, COHEN 918; 920-926

25. Travel Expenses to San Francisco, 4/08, COHEN 935 (attached as Exhibit 1 to these Pretrial Disclosures)

26. Plaintiff's Verified Admiralty and Maritime Complaint, C07-2952 WHA (June 7, 2007)

DEFENDANTS' DISCLOSURES UNDER FRCP 26(a)(3)    SFO 405734v1 0084289-000001
Case No. C-07-2952-WHA

DAVIS WRIGHT TREMAINE LLP

27. Warrant for the Arrest of the Vessel, C07-2952 WHA (June 7, 2007)

28. Order on Plaintiff Del Mar Seafoods, Inc.'s Ex Parte Application for Arrest of Vessel, C07-2952 WHA (June 7, 2007)

29. Order Granting Motion to Vacate Order of Arrest, C07-2952 (August 16, 2007)

30. Plaintiff's Responses to Defendants' Requests for Admissions, Set One

31. Plaintiff's Responses to Defendants' First Set of Interrogatories

32. Declaration of Joe Roggio in Support of Plaintiff's Motion for Summary Judgment or Alternatively, Partial Summary Judgment

33. Declaration of Joe Roggio in Support of Plaintiff's Opposition to Motion to Vacate Order of Arrest

34. Declaration of Joe Cappuccio in Support of Plaintiff's Opposition to Motion to Vacate Order of Arrest

35. Schedule of Payments, Exhibit 27 to deposition of J. Roggio, taken December 13, 2007

36. Schedule of Payments, Exhibit 28 to deposition of J. Roggio, taken December 13, 2007

The above list does not include evidence to be offered solely for the purpose of impeachment.

DATED this 18th day of April, 2008.

Respectfully submitted,

  /s/  Gwen Fanger
James P. Walsh
Gwen Fanger

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants, BARRY COHEN, CHRIS COHEN, F/V POINT LOMA and the F/V POINT LOMA FISHING COMPANY, INC.

DAVIS WRIGHT TREMAINE LLP

# EXHIBIT 1

# Pacific Fishery Management Council

7700 NE Ambassador Place, Suite 101
Portland, Oregon 97220
▪ Phone: 503-820-2280 ▪ 1-866-806-7204 ▪ Fax 503-820-2299

## Travel Expense Claim Form

[NOTE: Instructions on reverse side. For current per diem rates see the back of this form or visit the PFMC website at:

http://www.pcouncil.org/operations/travel.htm]

Name: BARRY COHEN

Address:

Time Period: 4/9/08 - 4/10/08

Purpose of Travel:

| Date | Travel Origination | Travel Destination | Private Car No. of Miles | Private Car Total at 48.6¢ | Meals Breakfast | Meals Lunch | Meals Dinner | Total Meals | Lodging | Total | PFMC Use |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/08 | SANTA MARIA | SAN FRAN | 265 | 128.52 | | | | 64.00 | 169.05 | 361.57 | |
| 4/10/08 | SAN FRAN | SANTA MARIA | 265 | 128.53 | | | | 64.00 | | 192.53 | |

| Date | Description of Miscellaneous Costs (airfare, parking, bus fares, etc.) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/08 | TAXI — $10 EACH WAY | | | | | | | | | 20.00 | |

Total Claim: 574.92

NOTE: Remember to attach receipts for: lodging, airfare ticket or itinerary showing flight information and price, and any miscellaneous cost items over $25. File claims within 30 days of completed travel.

Under penalty of perjury and fraud, I claim the above expenses were incurred by me in conducting official business for the Pacific Fishery Management Council. I have not and will not receive reimbursement of claimed expenses from another source.

_Barry Cohen_
Signature of Claimant

Date 4/18/08

6

PFMC Approval

COHEN
935

# Proof of Service

I, Robin Huey, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**

I caused the above documents to be served on each person on the attached list by the following means:

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **April 18, 2008,** following the ordinary business practice.
*(Indicated on the attached address list by an* [M] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on _____.
*(Indicated on the attached address list by an* [H] *next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
(Indicated on the attached address list by an [E] next to the address.)

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **April 18, 2008**, at San Francisco, California.

Robin Huey

DAVIS WRIGHT TREMAINE LLP

**Service List**

| Key: | **[M]** **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | [E] Delivery by Email |

[M]    Gregory W. Poulos                          Attorney for Plaintiff
     Max L. Kelley                               Del Mar Seafoods, Inc.
     Cox, Wootton, Griffin,
     Hansen & Poulos LLP
     190 The Embarcardero
     San Francisco, CA 94105

[M]    Richard P. Wagner
     The Law Offices of Richard P. Wagner
     400 Oceangate, Suite 700
     Long Beach, CA 90802

DAVIS WRIGHT TREMAINE LLP