James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:    (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant.
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE PAROL EVIDENCE REGARDING AMOUNT OF DEBT UNDER PROMISSORY NOTE** <br><br> **Final Pretrial Conf.: May 5, 2008** <br> **Time:            2:00 p.m.** <br> **Place:           Courtroom 9, 19th Floor** |

This matter came before the Court on Defendants' Motion In Limine No. 1 to Exclude Parol Evidence Regarding Amount of Debt Under Promissory Note (the "Motion"). The Court, having considered Defendants' Motion, any opposition filed by Plaintiff, and all pleadings and other papers on file in this action and on such other evidence and argument as received by the Court hereby orders as follows:

Defendants' Motion is hereby GRANTED. Defendants signed a Promissory Note (the "Note") securing a loan made by Plaintiff with a mortgage on Defendants' fishing vessel, the F/V Point Loma. The parties agreed that the amount of the Note would be $215,000. Plaintiff's

1  controller prepared the Note formalizing the agreement that expressly states that the Note is for
2  $215,000.  Plaintiff contends that at the time the Note was signed, Defendants owed
3  approximately $237,000 that should have been covered by the Note.  Nevertheless, the Note is
4  the final agreement of the parties as to the amount owed under the Note at the time it was signed.
5  The express terms of the Note state that the amount covered by the Note is $215,000 and
6  therefore, the parol evidence rule bars any extrinsic evidence contradicting the amount of the
7  Note at the time it was signed.  Accordingly, any evidence proffered by Plaintiff that the amount
8  of the Note should have been more than $215,000 at the time it was signed is inadmissible.
9      IT IS SO ORDERED.

DATED: _____

_____
William Alsup
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT CALIFORNIA

DAVIS WRIGHT TREMAINE LLP