United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendant.

No. C 07-02952 WHA

**NOTICE RE TRIAL DATE**

    By accident, the Court advanced the date of trial to Wednesday, May 14, 2008, a date the Court is unavailable. This scheduling matter will be discussed at the final pretrial conference.

Dated: April 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE