IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| BARRY COHEN, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Pretrial Conference previously set for May 5, 2008 at 2:00 p.m. has been rescheduled for **May 5, 2008** at **8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  April 30, 2008                         FOR THE COURT,

                                               Richard W. Wieking, Clerk

                                               By: _____
                                               Dawn Toland
                                               Courtroom Deputy to the
                                               Honorable William Alsup