## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** May 1, 2008

**Case No.: C 07-2952 WHA    (JL)**

**Case Name:   Del Mar Seafoods, Inc v. Barry Cohen, et al.,**

**Counsel Present:**       **Plaintiff**: Max Kelley, Gregory W. Poulos

                           **Defendant:** James Walsh, Gwen Fanger

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|          |                                        |
|----------|----------------------------------------|
| _____   | Settle                                 |
| _____   | Partial settlement                     |
|   X      | Did not settle                         |
|          | Further settlement conference ordered: _____ |

**Time:  2.5**  hrs

**Comments:**

*(signature: Venice E. Thomas)*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Dawn Toland