IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendants.

No. C 07-02952 WHA

**NOTICE ADVANCING TIME OF FINAL PRETRIAL CONFERENCE**

Counsel are requested to be at the final pretrial conference by **7:45 A.M. ON MAY 5, 2008**, to give the parties enough time to be heard.

Dated: May 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE