1 | **COX, WOOTTON, GRIFFIN,**
  | **HANSEN & POULOS LLP**
2 | Gregory W. Poulos (SBN 131428)
  | Max L. Kelley (SBN 205943)
3 | 190 The Embarcadero
  | San Francisco, CA 94105
4 | Telephone No.: 415-438-4600
  | Facsimile No.: 415-438-4601
5 |
  | **LAW OFFICES OF RICHARD P. WAGNER**
6 | Richard P. Wagner (SBN 166792)
  | 700 Oceangate, Suite 700
7 | Long Beach, CA 90802
  | Telephone: (562) 216-2946
8 | Facsimile: (562) 216-2960
9 | Attorneys for Plaintiff
  | DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. | Case No.: CV 07-02952 WHA |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO DEFENDANTS F.R.C.P. 26(A)(3) PRETRIAL DISCLOSURES** |
| vs. | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, | |
| Defendants. | Final Pretrial Conf.: May 5, 2008<br>Time: 7:45 a.m. |
| | Trial Date: Unknown<br>Time: Unknown<br>Courtroom 9, 19th Floor<br>Hon. William H. Alsup |
| And Related Counterclaims | |

Plaintiff DEL MAR SEAFOODS, INC. submits the following objections to Defendants' F.R.C.P. 26(a)(3) pretrial disclosures:

| Ex. No. | Description of Exhibit | Objections |
|---|---|---|
| 14. | Settlement Sheets | Lack of foundation, relevance, hearsay, illegible |
| 15. | Receipts for income and expenses | Lack of foundation, relevance, hearsay, illegible |
| 17. | Trips by the Month | Lack of foundation, relevance, hearsay, incomplete, violates best evidence rule |
| 18. | Calculation of net income by trip | Lack of foundation, relevance, hearsay, incomplete, violates best evidence rule |
| 20. | Log Trawl Book | Lack of foundation, relevance, hearsay |
| 21. | Log Trawl Sheets | Lack of foundation, relevance, hearsay |
| 22. | Receipts for income and expenses | Lack of foundation, relevance, hearsay |
| 23. | Travel expenses to S.F. | Relevance |
| 24. | Payments to captain and crew | Relevance |
| 25. | Travel expenses to S.F. | Relevance, not previously produced |

Dated: May 2, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: /s/ Max L. Kelley
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-2-    Case No.: CV 07-02952 WHA
PLAINTIFF'S OBJECTIONS TO DEFENDANTS' FRCP 26(a)(3) PRETRIAL DISCLOSURES