**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 5, 2008

Case No.  C 07-02952 WHA

Title: DEL MAR SEAFOODS v. BARRY COHEN

Plaintiff Attorneys: Max Kelly; Gregory Poulos

Defense Attorneys: Gwen Fanger; James Walsh

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Pretrial Conference - HELD

2)   _____

Continued to  5/20/08 at 7:30am  for Bench Trial

**ORDERED AFTER HEARING:**

Bench trial shall start on 5/20/08 and continue on 5/22/08 and 5/23/08.

Court ruled on the motion in limine and provided the parties with the format instructions for preparing the proposed findings of fact and conclusion of law.