COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

LAW OFFICES OF RICHARD P. WAGNER
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. <br><br> And Related Counterclaims | Case No.: CV 07-02952 WHA <br><br> **[PROPOSED] ORDER ALLOWING ENTRY OF ELECTRONIC PROJECTION EQUIPMENT FOR USE AT TRIAL** <br><br><br><br><br><br><br> Trial Date: May 20, 2008 <br> Time: 7:30 a.m. <br> Courtroom 9, 19th Floor <br> Hon. William H. Alsup |

Plaintiff DEL MAR SEAFOODS, INC., hereby requests an Order from the Court allowing it to bring electronic projection equipment into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, on Monday, May 19, 2008 at or around

1  3:00 p.m. for use at the trial of this matter.

2      The equipment Plaintiff requests permission for is an EPSON PowerLite projector,

3  Model 730c. It is approximately 11" x 7" x 3" and comes in a nylon carrying bag. The

4  projector will be used for displaying trial exhibits in the courtroom.

Dated: May 16, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

By: _____
Max L. Kelley

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2501