CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

**The Honorable WILLIAM H. ALSUP**

Date: May 20, 2008

Case No. **C07-02952 WHA**

Case Name: **DEL MAR SEAFOODS INC** v. **BARRY COHEN**

Plaintiff Counsel: Max Kelley; Gregory Poulos

Defense Counsel: James Walsh; Gwen Fanger

Clerk: Dawn Toland

Court Reporter: Kathy Wyatt; Joan Columbini

Trial Began:  5/20/08           Further Trial:   5/22/08

| Trial Motions Heard: | Disposition |
| --- | --- |
| 1. | |
| 2. | |

Other:

Plaintiff's oral motion for Pro Hac Vice of Jodi Taligferro is granted.

Plaintiff will have Del Mar Seafoods Controller, Joe Roggio present during the trial.  Defendant Barry Cohen will be present during trial.

Parties made opening statements.  Plaintiff called witness Joe Roggio to testify.