CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

**The Honorable WILLIAM H. ALSUP**

Date: May 22, 2008

Case No. **C07-02952 WHA**

Case Name: **DEL MAR SEAFOODS INC** v. **BARRY COHEN**

Plaintiff Counsel: Max Kelley; Gregory Poulos; Jodi Taliaferro

Defense Counsel: James Walsh; Gwen Fanger

Clerk: Dawn Toland

Court Reporter: Kathy Wyatt; Joan Columbini

Trial Began:  5/20/08            Further Trial:   5/23/08

| Trial Motions Heard: | Disposition |
|---|---|
| 1. | |
| 2. | |

Other:

Plaintiff's witness Joe Roggio continued. Plaintiff called witnesses: Barry Cohen and Joseph Cappuccio. Plaintiff read deposition testimony of witnesses: Michael Cohen; Leonard Cohen; and Christene Cohen.

Plaintiff REST.

Defendants called witness Captain David Kobak.

Plaintiff's objections to defendants' designation are sustained. Plaintiff's motion re discovery issue involving request to admit is denied.