CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

**The Honorable WILLIAM H. ALSUP**

Date: May 23, 2008

Case No. **C07-02952 WHA**

Case Name:  **DEL MAR SEAFOODS INC** v. **BARRY COHEN**

Plaintiff Counsel: Max Kelley; Gregory Poulos;

Defense Counsel: James Walsh; Gwen Fanger

Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

Trial Began:   5/20/08            Trial Ended:    5/23/08

Trial Motions Heard:                                                          Disposition

1.

2.

Other:

Defendants called witness: Barry Cohen.  Defendants read the deposition testimony of witness: Christene Cohen. Defendants REST.

Court gave the parties a schedule for filing their proposed findings of fact; which are due by 5/27/08 and their responses are due by 6/2/08.

The admitted exhibits were put in a red well and given to the CSA to be stored in the Court's exhibit room.