IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC, | No. C 07-02952 WHA |
| Plaintiff, | **CLERK'S NOTICE SCHEDULING HEARING** |
| v. | |
| BARRY COHEN, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the argument on the Proposed Findings of Fact and Conclusions of Law for **June 5, 2008 at 3:15 p.m.** before the Honorable William Alsup. Counsel shall return at **7:30 a.m. on June 6, 2008** for the Court's ruling. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 3, 2008                                    FOR THE COURT,

                                                       Richard W. Wieking, Clerk

                                                       By:_____
                                                       Dawn K. Toland
                                                       Courtroom Deputy to the
                                                       Honorable William Alsup