**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **QUESTIONS FOR ORAL ARGUMENT** |
| BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10, | |
| Defendant. / | |

An oral argument is set for this matter on **THURSDAY, JUNE 5, 2008**, at **3:15 P.M.**

Each side will have 30 minutes.  For the oral argument, counsel should be prepared to answer the following questions:

> (1) What is the evidence in favor of and against plaintiff's proposed finding No. 27?
>
> (2) What is the evidence in favor of and against whether additional advances were made personally to Barry Cohen after the note was signed?
>
> (3) On the facts of our case, what is the law on whether the $175,000 payment should be treated as prepayment of installments into 2009?  Provide cases directly on point.

Please cite to and quote from the actual evidence and transcript when answering all questions.

Dated: June 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE