COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN),
the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **JOINT EXHIBIT LIST** <br><br> Trial Date: May 14, 2008 <br><br> Pretrial Conference: May 5, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 9, 19th Floor |

Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Bench Trials before the Honorable William Alsup, the parties to the above-entitled action jointly submit the following Joint Exhibit List. The parties reserve the right to add any additional exhibits to this list that may be necessary for rebuttal and/or impeachment during the course of trial.

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 1. | Color photograph of the F/V POINT LOMA | DMSI 0065 | 5/20 | MAY 23 2008 | |
| 2. | Color photograph of the F/V POINT LOMA | DMSI 0067 | 5/20 | MAY 23 2008 | |
| 3. | F/V POINT LOMA U.S.C.G. Certificate of Documentation | COHEN 00001 | 5/23 | MAY 23 2008 | |
| 4. | U.S. Groundfish Permit | COHEN 00002 | 5/23 | MAY 23 2008 | |
| 5. | F/V POINT LOMA Abstract of Title | DMSI 0057-0062 | 5/23 | MAY 23 2008 | |
| 6. | F/V POINT LOMA Bill of Sale | DMSI 0063-0064 | | | |
| 7. | Promissory Note | DMSI 0098-0100 | 5/20 | MAY 20 2008 | |
| 8. | First Preferred Mortgage. | DMSI 0101-0110 | 5/20 | MAY 20 2008 | |
| 9. | Cantrell Memorandum | DMSI 0235-0247 | 5/22 | MAY 22 2008 | |
| 10. | Asset balance sheets: 10/31/03, 12/31/03 | DMSI 0003-0004 | | | |
| 11. | Fax from D. Smith to J. Roggio: Asset Balance Sheet 10/31/03 and Fisherman Advances ledger entries | DMSI 0002, 0008-0013 | 5/20 | MAY 20 2008 | Parole Evidence Rule |
| 12. | Del Mar Balance Sheet (same as 0002 but w/o writing) | DMSI 0176 | 5/20 | MAY 20 2008 | " |
| 13. | Cohen cancelled checks | DMSI 0129-0171 | | | |
| 14. | Journal entry log 12/03 | DMSI 0178 | | | |
| 15. | Asset Balance Sheet 1/31/04 | DMSI 0179 | 5/20 | MAY 20 2008 | " |
| 16. | Asset Balance Sheet 3/31/04 | DMSI 0181 | 5/20 | MAY 20 2008 | " |

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001

*Left margin: DAVIS WRIGHT TREMAINE LLP*

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 17. | Asset Balance Sheet 5/31/04 | DMSI 0183 | 5/20 | MAY 2 0 2008 | Parole Evidence Rule |
| 18. | Accounts Payable Trial Balance 10/22/04 | DMSI 0005 | 5/20 | MAY 2 0 2008 | |
| 19. | General Ledger Detail Report 10/22/04 | DMSI 0189 | 5/20 | MAY 2 0 2008 | |
| 20. | Accounts Payable Aged Invoice Report 10/21/04 | DMSI 0190-0192 | 5/20 | MAY 2 0 2008 | |
| 21. | Accounts Payable Trial Balance 10/22/04 | DMSI 0193 | 5/20 | MAY 2 0 2008 | |
| 22. | Accounts Payable Trial Balance 12/31/04 | DMSI 0007 | 5/20 | MAY 2 0 2008 | |
| 23. | Accounts Receivable Trial Balance 12/31/04 | DMSI 0006 | 5/20 | MAY 2 0 2008 | |
| 24. | Olde Port Fisheries Inventory records 10/04 | DMSI 0014-0018 | 5/20 | MAY 2 0 2008 | |
| 25. | 12/22/04 Cohen check ($5,000) | COHEN 00004 | 5/20 | MAY 2 0 2008 | |
| 26. | Del Mar deposit slip 6/24/05 | DMSI 0270 | | | |
| 27. | Remittance Advice | DMSI 0296 | | | |
| 28. | Olde Port Fisheries check no. 1158 | DMSI 0271 | | | |
| 29. | 11/9/05 Cohen check ($175,000) | COHEN 00005 | 5/20 | MAY 2 0 2008 | |
| 30. | Olde Port Fisheries Account Inquiry | DMSI 0195 | 5/20 | MAY 2 0 2008 | |
| 31. | Del Mar credit memo: Olde Port Fisheries (Barry Cohen) | DMSI 0196 | 5/20 | MAY 2 0 2008 | |
| 32. | Del Mar invoices to Olde Port Fisheries | DMSI 0197-0203 | | ~~MAY 2 0 2008~~ | |
| 33. | F/V POINT LOMA Account Inquiry | DMSI 0194 | 5/20 | MAY 2 0 2008 | |

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001

DAVIS WRIGHT TREMAINE LLP

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 34. | 1/30/07 Cohen check ($2,000) | COHEN 00007 | 5/20 | MAY 20 2008 | |
| 35. | 2/15/07 Cohen check ($3,000) | COHEN 00006 | 5/20 | MAY 20 2008 | |
| 36. | 4/23/07 Cohen check ($3,000) | COHEN 00008 | 5/20 | MAY 20 2008 | |
| 37. | 11/05 Schedule of Payments | COHEN 00009 | 5/20 | MAY 20 2008 | |
| 38. | 4/30/07 Schedule of Payments | DMSI 0111 | 5/20 | MAY 20 2008 | |
| 39. | 6/27/07 Schedule of Payments | DMSI 0001 | 5/23 | | |
| 40. | 1/30/07 Cohen correspondence to Del Mar | DMSI 0078 | 5/20 | MAY 20 2008 | |
| 41. | Insurance policies covering the F/V POINT LOMA | COHEN 752-763 | 5/23 | | |
| 42. | U.S. Marshal final invoice | DMSI 0272 | 5/20 | MAY 20 2008 | |
| 43. | Nat. Maritime Svcs. invoice | DMSI 0079 | 5/20 | MAY 20 2008 | |
| 44. | SugarDock LLC invoices | DMSI 0080-0084 | 5/20 | MAY 20 2008 | |
| 45. | Invoices for attorneys fees | * discuss at pretrial conference | | | |
| 46. | 12/15/05 Cappuccio Assignment | DMSI 0273 | 5/22 | MAY 22 2008 | |
| 47. | 10/22/04 JV Assignment | COHEN 00014-00015 | 5/20 | MAY 20 2008 | |
| 48. | Order Denying Atty. Fees | DMSI 0274-0280 | | | |
| 49. | 1/21/07 Cohen Declaration | DMSI 0281-0295 | 5/22 | MAY 22 2008 | |
| 50. | Cohen tax records 1999-2001 | DMSI 0054-0056 | | | |

DAVIS WRIGHT TREMAINE LLP

4

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 51. | Cohen tax records 2004-2005 | COHEN 927-934 | 5/22 | MAY 22 2008 | |
| 52. | F/V POINT LOMA monthly trip revenue | COHEN 00676-00677 | 5/23 | MAY 23 2008 | |
| 53. | F/V POINT LOMA trip breakdown | COHEN 00683-00684 | 5/23 | MAY 23 2008 | |
| 54. | Del Mar Income Statement summary 1999-2004 | DMSI 0019-0020 | 5/23 | MAY 23 2008 | |
| 55. | Olde Port Fisheries Income Statement 9/30/04 | DMSI 0021-0023 | | | |
| 56. | Olde Port Fisheries Balance Sheets 9/30/04 | DMSI 0024-0025 | | | |
| 57. | Olde Port Division, Operations spread sheet 2004 | DMSI 0026-0027 | | | |
| 58. | Olde Port Fisheries Income Statement 12/31/03 | DMSI 0028-0030 | | | |
| 59. | Olde Port Fisheries Balance Sheets 12/31/03 | DMSI 0031-0032 | | | |
| 60. | Olde Port Fisheries Income Statement 12/31/02 | DMSI 0033-0036 | | | |
| 61. | Olde Port Fisheries Balance Sheets 12/31/02 | DMSI 0037-0038 | | | |
| 62. | Olde Port Fisheries Income Statement 12/31/01 | DMSI 0039-0041 | | | |
| 63. | Olde Port Fisheries Balance Sheets 12/31/01 | DMSI 0042-0043 | | | |
| 64. | Olde Port Fisheries Income Statement 12/31/00 | DMSI 0044-0046 | | | |
| 65. | Olde Port Fisheries Balance Sheets 12/31/00 | DMSI 0047-0048 | | | |
| 66. | Olde Port Fisheries Income Statement 12/31/99 | DMSI 0049-0051 | | | |
| 67. | Olde Port Fisheries Balance Sheets 12/31/99 | DMSI 0052-0053 | | | |

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 68. | Olde Port Fisheries Balance Sheet 7/31/03 | DMSI 0172 | | | |
| 69. | Olde Port Fisheries Balance Sheet 6/30/03 | DMSI 0173 | | | |
| 70. | Olde Port Fisheries Balance Sheet 8/31/03 | DMSI 0174 | | | |
| 71. | Olde Port Fisheries Balance Sheet 9/30/03 | DMSI 0175 | | | |
| 72. | Olde Port Fisheries Balance Sheet 11/30/03 | DMSI 0177 | | | |
| 73. | Olde Port Fisheries Balance Sheet 4/39/03 | DMSI 0182 | | | |
| 74. | Olde Port Fisheries Balance Sheet 6/30/03 | DMSI 0184 | | | |
| 75. | Olde Port Fisheries Balance Sheet 7/31/04 | DMSI 0185 | | | |
| 76. | Olde Port Fisheries Balance Sheet 8/31/04 | DMSI 0186 | | | |
| 77. | Olde Port Fisheries Balance Sheet 9/30/04 | DMSI 0187 | | | |
| 78. | Del Mar Journal Entry 10/25/04 | DMSI 0188 | | | |
| 79. | Declaration of Barry Cohen in Support of Defendants' Motion to Vacate Order of Arrest | | 5/22 | MAY 22 2008 | |
| 80. | Declaration of Barry Cohen in Support of Defendants' Reply to Plaintiff's Opposition to Motion to Vacate Order of Arrest | | 5/23 | MAY 23 2008 | |
| 81. | Declaration of Barry Cohen in Support of Defendants' Opposition to Plaintiff's Motion for Reconsideration, etc. | | | | |

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 82. | Declaration of Barry Cohen in Support of Defendants' Motion for a Protective Order | | | | |
| 83. | Declaration of Christene Cohen in Support of Defendants' Motion for a Protective Order | | | | |
| 83-200 | RESERVED | | | | |
| 201. | NOAA letter, dated 7/3/07 | COHEN 00003 | | | |
| 202. | Certificate of Revivor, | COHEN 00010 | | | |
| 203. | Settlement Sheets | COHEN 000020, 22, 25, 28, 33, 36, 39, 41, 43, 47, 51, and 55 | 5/23 | MAY 23 2008 | |
| 204. | Receipts for income and expenses for trips prior to arrest, 13/31/06-6/4/07 | COHEN 00016-00055 | 5/22 | MAY 22 2008 | |
| 205. | Email | COHEN 00056-57 | 5/22 | | |
| 206. | Calculation of net income by trip, pre and post arrest, | COHEN 00678-718 | 5/23 | MAY 23 2008 | |
| 207. | Log Trawl Book, 1/06-9/26/07 | COHEN 764-835 | | | |
| 208. | Log Trawl sheets, 10/8/07-12/12/07 | COHEN 836-842 | | | |
| 209. | Receipts for income and expenses for trip after arrest, 8/31/07-12/13/07 | COHEN 843-902 | 5/22 | MAY 22 2008 | |
| 210. | Travel Expenses to San Francisco, 8/07-1/08 | COHEN 903-917 | 5/23 | | |

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 211. | Payments to captain and crew during arrest | COHEN 918; 920-926 | 5/23 | MAY 23 2008 | |
| 212. | Travel Expenses to San Francisco, 4/08 | COHEN 935 | 5/23 | | |
| 213. | Plaintiff's Verified Admiralty and Maritime Complaint, C07-2952 WHA (June 7, 2007) | | | | |
| 214. | Warrant for the Arrest of the Vessel, C07-2952 WHA (June 7, 2007) | | | | |
| 215. | Order on Plaintiff Del Mar Seafoods, Inc.'s Ex Parte Application for Arrest of Vessel, C07-2952 WHA (June 7, 2007) | | | | |
| 216. | Order Granting Motion to Vacate Order of Arrest, C07-2952 (August 16, 2007) | | | | |
| 217. | Plaintiff's Responses to Defendants' Requests for Admissions, Set One | | | | |
| 218. | Plaintiff's Responses to Defendants' First Set of Interrogatories | | | | |
| 219. | Declaration of Joe Roggio in Support of Plaintiff's Motion for Summary Judgment or Alternatively, Partial Summary Judgment | | | | |
| 220. | Declaration of Joe Roggio in Support of Plaintiff's Opposition to Motion to Vacate Order of Arrest | | 5/22 | MAY 22 2008 | |
| 221. | Declaration of Joe Cappuccio in Support of Plaintiff's Opposition to Motion to Vacate Order of Arrest | | 5/20 | MAY 22 2008 | |

| Exhibit No. | Description | Bates Range | Date Ident. | Date Admt. | Limitations |
|---|---|---|---|---|---|
| 222. | Schedule of Payments, Exhibit 27 to deposition of J. Roggio, taken December 13, 2007 | | | | |
| 223. | Schedule of Payments, Exhibit 28 to deposition of J. Roggio, taken December 13, 2007 | | | | |
| 224-400 | RESERVED | | | | |

225  Balance Sheet  5/22  MAY 22 2008
228  Deposition of J. Cappuccio  5/22

Respectfully submitted this 28th day of April, 2008,

226  F/V Point Loma Income for 14 Fishing Trips
224  Travel Expense Claim Form

/s/ Gwen Fanger
James P. Walsh
Gwen Fanger
DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendants BARRY COHEN, CHRIS COHEN, F/V POINT LOMA and the F/V POINT LOMA FISHING COMPANY, INC.

/s/ Max L. Kelley
Gregory W. Poulos
Max L. Kelley
COX, WOOTTON, GRIFFIN, HANSEN & POULOS

Attorneys for Plaintiff, DEL MAR SEAFOODS, INC.

84  2006 Tax Return  5/22  MAY 22 2008
85  Declaration of B. Cohen  5/22
86  Email  5/22  MAY 22 2008
87  Response to 1st Set of Admissions  5/23  MAY 23 2008

JOINT EXHIBIT LIST
Case No. C-07-02952-WHA

DWT 9406819v1 0084289-000001