**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. <br><br> And Related Counterclaims | Case No.: CV 07-02952 WHA <br><br> **DECLARATION OF MAX L. KELLEY IN SUPPORT OF STIPULATED REQUEST FOR ORDER CONTINUING HEARINGS RE ORAL ARGUMENT AND RULING** <br><br><br> Oral Argument Hearing: June 5, 2008 <br>                                   3:15 p.m. <br> Ruling: June 6, 2008 <br>         7:30 a.m. <br> Courtroom 9, 19th Floor <br> Hon. William H. Alsup |

I, Max L. Kelley, hereby declare:

1.     I am an associate in the firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for Plaintiff Del Mar Seafoods, Inc. ("Del Mar"). I submit this

-1-         Case No.: CV 07-02952 WHA
DECLARATION OF COUNSEL IN SUPPORT OF STIPULATED REQUEST TO CONTINUE HEARINGS

declaration in support of the parties' Stipulated Request for an Order Continuing the Hearings re Oral Argument and Ruling. I have personal knowledge of the facts stated below and if called to testify regarding those facts, I would and could competently testify thereto.

2. Gregory Poulos, lead trial counsel for Plaintiff Del Mar Seafoods, Inc., is currently out of the country and will not return until June 12, 2008. Mr. Poulos is currently in Athens, Greece co-chair the International Maritime Law Conference sponsored by the International Bar Association which runs from June 8 through June 10, 2008. (The website for the Conference is: http://www.ibanet.org/conferences/Maritime%5FLaw/.) Mr. Poulos had committed to serving as co-chair and scheduled this trip approximately one year in advance, and the trip has been pre-paid.

3. Yesterday afternoon I spoke by telephone with lead defense counsel, Mr. James P. Walsh, and informed him that Mr. Poulos was out of the country until June 12, 2008 and that, therefore, Plaintiff intended to request a continuance of the hearings for oral argument scheduled for this Thursday, June 5, 2008 and for the Court's ruling on June 6, 2008. Mr. Walsh informed me that he would be out of town and unavailable on June 13, 2008, but was otherwise amenable to continuing the hearings until Mr. Poulos had returned.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Dated June 4, 2008, at San Francisco, California.

_____
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL 415-438-1600 FAX 415-438-4601
DelMarSeafoods/2504

-2-   Case No.: CV 07-02952 WHA
DECLARATION OF COUNSEL IN SUPPORT OF STIPULATED REQUEST TO CONTINUE HEARINGS