**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants.<br><br>And Related Counterclaims | Case No.: CV 07-02952 WHA<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING HEARINGS RE ORAL ARGUMENT AND RULING**<br><br><br><br><br><br><br><br>Oral Argument Hearing: June 5, 2008<br>3:15 p.m.<br>Ruling: June 6, 2008<br>7:30 a.m.<br>Courtroom 9, 19th Floor<br>Hon. William H. Alsup |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' Stipulated Request for an Order continuing the hearings for oral argument and to issue the Court's decision in this matter is GRANTED.

1   The new hearing date for oral argument is _____, 2008, and the
2   new hearing date for the issuance of the Court's ruling is _____, 2008.
3
4
5
6
7   Dated: June _____, 2008
8                                                                   _____
                                                                    William H. Alsup
                                                                    U.S. DISTRICT COURT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-2-    Case No.: CV 07-02952 WHA
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARINGS