IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | No. C 07-02952 WHA |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | **VACATING HEARING** |
| BARRY COHEN, et al., | |
|     Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has vacated the oral argument hearing set for June 5, 2008 at 3:15 p.m. and the ruling hearing set for June 6, 2008 at 7:30 a.m., before the Honorable William Alsup.

Dated: June 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup