**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. ) | Case No.: CV 07-02952 WHA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CONTINUING HEARINGS RE ORAL ARGUMENT AND RULING |
| vs. ) | |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, ) | |
| Defendants. ) | Oral Argument Hearing: June 5, 2008  3:15 p.m. Ruling: June 6, 2008  7:30 a.m. Courtroom 9, 19th Floor Hon. William H. Alsup |
| And Related Counterclaims ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties'

Stipulated Request for an Order continuing the hearings for oral argument and to issue the

Court's decision in this matter is GRANTED.

-1-   Case No.: CV 07-02952 WHA
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARINGS

1   The new hearing date for oral argument is __Monday, June 16__, 2008, and the at 3:00 p.m.

2   new hearing date for the issuance of the Court's ruling is _____, 2008.

3   The Court may make its ruling without the necessity for oral argument. Nonetheless, the
4   parties should still reserve June 16, 2008, for oral argument.

6

7   Dated: June _4_____, 2008

    *IT IS SO ORDERED*
    /s/ William Alsup
    Judge William Alsup

    _____
    William H. Alsup
8   U.S. DISTRICT COURT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-2-   Case No.: CV 07-02952 WHA
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARINGS