# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: June 16, 2008

Case No.  C 07-02952 WHA

Title: DEL MAR SEAFOODS v. BARRY COHEN

Plaintiff Attorneys: Gregory Poulos; Max Kelly

Defense Attorneys: David Walsh; Gwendolyn Fanger

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

## PROCEEDINGS

1)   Oral Argument on Findings of Fact and Conclusion of Law - HELD

2)  _____


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial


**ORDERED AFTER HEARING:**

Both plaintiff's representative Joe Roggio and defendant Barry Cohen were present.

Court will allow parties to file briefs on the issue of entitlement to attorney fees by noon on 6/17/08.