Attachment 1

# Federal Reserve Statistical Release

## H.15
## Selected Interest Rates



*Release Date: June 30, 2008*

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release  *Other formats:* Screen reader | ASCII | PDF (17 KB)

```
FEDERAL RESERVE STATISTICAL RELEASE

H.15 (519) SELECTED INTEREST RATES
For use at 2:30 p.m. Eastern Time


Yields in percent per annum              June 30, 2008

                                         2008    2008    2008    2008    2008   Week Ending    2
                                         Jun     Jun     Jun     Jun     Jun     Jun    Jun    M
                  Instruments            23      24      25      26      27      27     20
Federal funds (effective) 1 2 3          1.98    1.93    1.97    2.05    1.99    1.97   1.98   1
Commercial Paper 3 4 5
   Nonfinancial
       1-month                           2.17    2.16    2.22    2.16    2.16    2.17   2.17   1
       2-month                           2.22    n.a.    2.23    2.21    n.a.    2.22   2.18   2
       3-month                           2.29    n.a.    2.27    2.30    2.33    2.30   2.24   2
   Financial
       1-month                           2.33    2.36    2.33    2.37    2.41    2.36   2.37   2
       2-month                           2.53    2.65    2.57    2.58    2.56    2.58   2.58   2
       3-month                           2.70    2.78    2.72    2.83    2.71    2.75   2.75   2
CDs (secondary market) 3 6
   1-month                               2.52    2.52    2.53    2.55    2.58    2.54   2.52   2
   3-month                               2.80    2.80    2.80    2.80    2.82    2.80   2.80   2
   6-month                               3.18    3.17    3.14    3.12    3.15    3.15   3.19   2
Eurodollar deposits (London) 3 7
   1-month                               2.70    2.70    2.70    2.70    2.65    2.69   2.71   2
   3-month                               3.00    3.00    3.00    3.00    3.00    3.00   3.02   2
   6-month                               3.30    3.35    3.35    3.30    3.25    3.31   3.36   2
Bank prime loan 2 3 8                    5.00    5.00    5.00    5.00    5.00    5.00   5.00   5
Discount window primary credit 2 9       2.25    2.25    2.25    2.25    2.25    2.25   2.25   2
U.S. government securities
   Treasury bills (secondary market) 3 4
       4-week                            1.49    1.56    1.46    1.39    1.25    1.43   1.66   1
       3-month                           1.85    1.80    1.78    1.70    1.64    1.75   1.92   1
       6-month                           2.26    2.20    2.17    2.11    2.07    2.16   2.25   1
       1-year                            2.47    2.43    2.38    2.30    2.26    2.37   2.48   n
   Treasury constant maturities
       Nominal 10
           1-month                       1.55    1.58    1.49    1.42    1.29    1.47   1.70   1
           3-month                       1.87    1.83    1.81    1.74    1.68    1.79   1.95   1
           6-month                       2.31    2.25    2.22    2.16    2.12    2.21   2.31   1
           1-year                        2.57    2.53    2.48    2.39    2.35    2.46   2.57   2
           2-year                        2.98    2.87    2.82    2.68    2.65    2.80   2.94   2
           3-year                        3.27    3.14    3.11    2.97    2.92    3.08   3.24   2
           5-year                        3.65    3.52    3.54    3.44    3.36    3.50   3.64   3
           7-year                        3.87    3.76    3.78    3.69    3.62    3.74   3.87   3
           10-year                       4.19    4.10    4.12    4.07    3.99    4.09   4.20   3
           20-year                       4.77    4.70    4.72    4.67    4.58    4.69   4.81   4
           30-year                       4.71    4.65    4.65    4.62    4.53    4.63   4.75   4
       Inflation indexed 11
```

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 5-year | | 1.09 | 0.95 | 0.97 | 0.80 | 0.74 | 0.91 | 1.08 | 0 |
| 7-year | | 1.48 | 1.36 | 1.37 | 1.26 | 1.18 | 1.33 | 1.46 | 1 |
| 10-year | | 1.75 | 1.64 | 1.65 | 1.55 | 1.48 | 1.61 | 1.73 | 1 |
| 20-year | | 2.24 | 2.17 | 2.18 | 2.10 | 2.05 | 2.15 | 2.24 | 2 |
| Inflation-indexed long-term average 12 | 2.25 | 2.17 | 2.18 | 2.10 | 2.06 | 2.15 | 2.24 | 2 |
| Interest rate swaps 13 | | | | | | | | |
| 1-year | | 3.33 | 3.33 | 3.34 | 3.19 | 3.14 | 3.27 | 3.38 | 2 |
| 2-year | | 3.80 | 3.81 | 3.83 | 3.62 | 3.56 | 3.72 | 3.85 | 3 |
| 3-year | | 4.13 | 4.15 | 4.17 | 3.97 | 3.92 | 4.07 | 4.18 | 3 |
| 4-year | | 4.35 | 4.35 | 4.38 | 4.20 | 4.15 | 4.28 | 4.40 | 3 |
| 5-year | | 4.48 | 4.48 | 4.52 | 4.34 | 4.29 | 4.42 | 4.53 | 3 |
| 7-year | | 4.66 | 4.66 | 4.70 | 4.55 | 4.51 | 4.62 | 4.71 | 4 |
| 10-year | | 4.84 | 4.84 | 4.87 | 4.75 | 4.70 | 4.80 | 4.88 | 4 |
| 30-year | | 5.14 | 5.14 | 5.17 | 5.07 | 5.02 | 5.11 | 5.18 | 4 |
| Corporate bonds | | | | | | | | |
| Moody's seasoned | | | | | | | | |
| Aaa 14 | | 5.73 | 5.68 | 5.67 | 5.67 | 5.61 | 5.67 | 5.74 | 5 |
| Baa | | 7.12 | 7.08 | 7.08 | 7.07 | 7.03 | 7.08 | 7.14 | 6 |
| State & local bonds 15 | | | | | 4.83 | | 4.83 | 4.76 | 4 |
| Conventional mortgages 16 | | | | | 6.45 | | 6.45 | 6.42 | 6 |

n.a. Not available.

---

Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; mo figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. An average of dealer bid rates on nationally traded certificates of deposit.

7. Bid rates for Eurodollar deposits collected around 9:30 a.m. Eastern time.

8. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term busine loans.

9. The rate charged for discounts made and advances extended under the Federal Reserve's prim credit discount window program, which became effective January 9, 2003. This rate replaces th adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.

10. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. T 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintrod on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-ye nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_histori Source: U.S. Treasury.

11. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields ma found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html.

12. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity more than 10 years.

13. International Swaps and Derivatives Association (ISDA(R)) mid-market par swap rates. Rate for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates coll at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX(R ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited.

14. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industria rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

15. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quota

16. Contract interest rates on commitments for fixed-rate first mortgages. Source: FHLMC.

---

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise

---

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886). Fo electronic access to current and historical data, call STAT-USA at 1-800-782-8872 or 202-482-

---

Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Tre from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which r the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. Th constant maturity yield values are read from the yield curve at fixed maturities, currently 1 and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-y maturity, for example, even if no outstanding security has exactly 10 years remaining to matu Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated fro daily yield curve for Treasury inflation protected securities in the over-the-counter market. inflation-indexed constant maturity yields are read from this yield curve at fixed maturities currently 5, 7, 10, and 20 years.

---

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release  Other formats: Screen reader | ASCII | PDF (17 KB)

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
**Last update: June 30, 2008**