IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendant.

No. C 07-02952 WHA

**ORDER RE PREJUDGMENT INTEREST**

    Prejudgment interest is **DENIED** as unwarranted based on the facts of this case. This is in response to Counsel Fanger's letter dated July 2, 2008. Counsel are reminded that the submission on attorney's fees and costs of suit must be made in full accordance with the requirements and timetable set forth by the order dated June 19, 2008.

    **IT IS SO ORDERED.**

Dated: July 3, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE