**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 6/7/2007 | J. Walsh | Review emails from D. Wood, counsel to B. Cohen, re: seizure of vessel and dispute with Del Mar Seafoods, Inc (0.3); respond to same (0.2) | 0.50 | 245.00 |
| 6/15/2007 | J. Walsh | Review and research pleadings (2.5); draft letter to Del Mar's attorneys regarding same (1.2); prepare and email appearance and claim to B. Cohen (0.5) | 4.20 | 2,058.00 |
| 6/18/2007 | J. Walsh | Telephone call from B. Cohen regarding response to seizure (0.5); draft letter to M. Kelly regarding same (0.3) | 0.80 | 392.00 |
| 6/19/2007 | J. Walsh | Telephone call from B. Cohen regarding status (0.3); emails to M. Holmes (0.2) regarding dispute | 0.50 | 245.00 |
| 6/20/2007 | J. Walsh | Telephone call from B. Cohen regarding status (0.3) | 0.30 | 147.00 |
| 6/21/2007 | J. Walsh | Review letter from opposing counsel regarding claim (1.1); telephone call to B. Cohen regarding same (0.6) | 1.70 | 833.00 |
| 6/21/2007 | G. Fanger | Review background and information regarding complaint for seizure of fishing vessel (0.3); conference with Ms. McGown at admiralty office of Northern District of California regarding posting bond for release of fishing vessel (0.2); conduct research regarding bond companies (1.0); conference with Marsh Insurance and International Sureties representatives regarding issues for obtaining bond for release of fishing vessel (0.4) | 1.90 | 522.50 |
| 6/22/2007 | J. Walsh | Draft Answer and Counterclaim (2.7); telephone call from B. Cohen regarding same (.4) | 3.10 | 1,519.00 |
| 6/25/2007 | J. Walsh | Final edits to Answer and Counterclaim (1.1); telephone call to B. Cohen regarding same (.6); draft letter to M. Holmes (.3); related research (1.6) | 3.60 | 1,764.00 |
| 6/25/2007 | G. Fanger | Telephone call with Lincoln Surety regarding bond (0.2); telephone call with HCC Surety regarding bond (0.2); prepare summary of bond information (0.4) | 0.80 | 220.00 |
| 6/27/2007 | J. Walsh | Telephone call from B. Cohen regarding strategy (0.9); edit letter to M. Holmes and send same (0.3) | 1.20 | 588.00 |
| 7/2/2007 | J. Walsh | Exchange emails with B. Cohen (0.2); review new letter from Del Mar (0.5) | 0.70 | 343.00 |
| 7/3/2007 | J. Walsh | Review email from B. Cohen (0.1); conference call with B. Cohen (0.7); begin draft of Motion to Dissolve Order of Arrest (2.0) | 2.80 | 1,372.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 7/5/2007 | J. Walsh | Work on brief regarding vacating order of arrest (5.1); various calls to B. Cohen regarding same (0.9); send letter regarding access to the vessel for crew (0.2) | 6.20 | 3,038.00 |
| 7/6/2007 | J. Walsh | Telephone call from B. Cohen regarding motion and declarations (1.8); prepare and edit declaration (3.0) | 4.80 | 2,352.00 |
| 7/9/2007 | J. Walsh | Edit documents for filing (2.8); telephone call to B. Cohen regarding same (0.3) | 3.10 | 1,519.00 |
| 7/9/2007 | G. Fanger | Prepare motion to shorten time (4.1) ; check citations (1.0); review motion to vacate order of arrest (0.5) | 5.60 | 1,540.00 |
| 7/12/2007 | G. Fanger | Review plaintiff's opposition to motion to shorten time (0.4); conduct legal research regarding plea of abatement and lack of corporate capacity to bring motion (1.0); telephone conference with Mr. Cohen regarding status of corporate revivor application (0.2); telephone conference with Mr. Kennedy regarding status of corporate revivor application (0.3); prepare reply to plaintiff's opposition to defendants' motion to shorten time (4.4); prepare declaration of Mr. Cohen in support of reply (2.0) | 8.30 | 2,282.50 |
| 7/13/2007 | G. Fanger | Prepare reply to plaintiff's opposition to motion to shorten time (1.0); prepare declaration of Mr. Cohen in support of reply (0.9) | 1.90 | 522.50 |
| 7/17/2007 | J. Walsh | Review email regarding revival of corporation (0.2) | 0.20 | 98.00 |
| 7/18/2007 | J. Walsh | Telephone call from B. Cohen regarding nets (0.2) | 0.20 | 98.00 |
| 7/19/2007 | J. Walsh | Review corporation reinstatement papers (0.2); draft letter regarding same (0.2) | 0.40 | 196.00 |
| 7/20/2007 | J. Walsh | Telephone call to B. Cohen regarding net (0.3); review pleadings regarding motion to dismiss (0.3); conference with G. Fanger regarding same (0.2) | 0.80 | 392.00 |
| 7/20/2007 | G. Fanger | Analyze California rules of court for filing deadlines and preparation of opposition (0.4); analyze plaintiff's motion to dismiss (0.3); confer with J. Walsh regarding opposition to plaintiff's motion to dismiss (0.2) | 0.90 | 247.50 |
| 7/27/2007 | J. Walsh | Review pleadings from Del Mar (0.5); review deposition testimony from prior case (0.7) | 1.20 | 588.00 |
| 7/27/2007 | G. Fanger | Analyze Plaintiff's Opposition to Motion to Vacate Arrest and supporting documents (1.0) | 1.00 | 275.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 7/29/2007 | G. Fanger | Conduct legal research regarding Rule E(4)(f) hearings and standard for seizure under supplemental admiralty rules (1.0); analyze Plaintiff's Opposition to Motion to Vacate Arrest and supporting documents (0.2) | 1.20 | 330.00 |
| 7/30/2007 | J. Walsh | Review deposition testimony from prior case (2.7); conference with G. Fanger regarding drafting responses (0.2); telephone call to B. Cohen regarding same (0.5) | 3.40 | 1,666.00 |
| 7/30/2007 | G. Fanger | Confer with J. Walsh regarding reply to plaintiff's opposition (0.2); conduct legal research regarding Rule E(4)(f) hearings and standard for seizure under supplemental admiralty rules (0.5); prepare reply to Plaintiff's opposition to motion to vacate arrest (3.6) | 4.30 | 1,182.50 |
| 7/31/2007 | J. Walsh | Review pleadings from Del Mar (0.2); outline Reply (0.5) | 0.70 | 343.00 |
| 7/31/2007 | G. Fanger | Conduct legal research regarding good faith requirement for contracts; contract modification (4.0); prepare reply to opposition to motion to vacate arrest (3.0) | 7.00 | 1,925.00 |
| 8/1/2007 | J. Walsh | Edit reply, declaration and opposition (3.9), telephone call to B. Cohen regarding edits and revisions (0.9) | 4.80 | 2,352.00 |
| 8/1/2007 | G. Fanger | Conduct legal research regarding standing issues (1.0); prepare opposition to plaintiff's motion to dismiss (3.0); prepare Mr. Cohen's declaration in support of reply (0.5); update opposition (0.2); prepare and finalize documents for filing (0.5) | 5.20 | 1,430.00 |
| 8/9/2007 | G. Fanger | Confer with J. Walsh regarding contract modification and statute of frauds (0.2); conduct legal research regarding statute of frauds (0.8) | 1.00 | 275.00 |
| 8/13/2007 | J. Walsh | Review pleadings (0.6); begin preparation for hearing (0.5) | 1.10 | 539.00 |
| 8/13/2007 | G. Fanger | Conduct legal research regarding statute of frauds and contract modification (4.4) and prepare memo summarizing research (3.5) | 7.90 | 2,172.50 |
| 8/14/2007 | J. Walsh | Review email regarding timeline (0.5); review memo regarding statute of frauds (0.3); telephone call from B. Cohen regarding hearing strategy (0.4) | 1.20 | 588.00 |
| 8/14/2007 | G. Fanger | Prepare memo summarizing research regarding statute of frauds and contract modification (0.8) | 0.80 | 220.00 |
| 8/15/2007 | J. Walsh | Review pleadings in preparation for hearing (2.6) | 2.60 | 1,274.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  |  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|---|
| 8/16/2007 | J. Walsh | Prepare for hearing (3.2); meeting with B. Cohen (.9); appear in court (3.0) | 7.10 | 3,479.00 |
| 8/17/2007 | J. Walsh | Review order from judge (0.2); telephone call to G. Fanger regarding same (0.1); review draft letter regarding release (0.3); telephone call to Barry's son regarding same (0.1) | 0.70 | 343.00 |
| 8/17/2007 | G. Fanger | Analyze order vacating arrest (0.2); Telephone call with U.S. Marshal's office regarding release of vessel (0.2); telephone call with custodian at SugarDock regarding release of vessel (0.2); prepare letters to U.S. Marshal and custodian regarding order to vacate arrest (0.2); prepare demand letter to plaintiff regarding payment of custodial fees (0.3); confer with J. Walsh regarding demand letter (0.1); confer with Mr. Cohen regarding demand letter and missing drag net (0.3); prepare case management statement (0.2); analyze ADR rules for compliance with case management statement (0.4); review plaintiff's reply to defendants' opposition to motion to dismiss (0.4) | 2.50 | 687.50 |
| 8/20/2007 | J. Walsh | Review emails regarding release of vessel (.3); telephone call from B. Cohen regarding same (.4); draft Case Management Conference Statement (2.9) | 3.60 | 1,764.00 |
| 8/20/2007 | G. Fanger | Conference with M. Kelley regarding survey (0.2); prepare email to M. Kelley regarding presence of captain at survey (0.2); prepare joint case management statement (2.7); prepare initial disclosures (2.0); prepare ADR certification (0.3); prepare disclosure of interested parties (0.5); analyze subject matter jurisdiction issue (1.0) | 6.90 | 1,897.50 |
| 8/21/2007 | J. Walsh | Review new pleadings regarding arrest (2.1); telephone call to B. Cohen regarding same (.6); edit various filings including Case Management Conference statements (.9) | 3.60 | 1,764.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 8/21/2007 | G. Fanger | Finalize initial disclosures and send to plaintiff (.5); prepare notice of insurance coverage and supporting declaration for J. Walsh (1.0); finalize and file disclosure of interested persons (0.3); prepare joint case management statement and send to plaintiff (3.5); analyze plaintiff's application for emergency stay (0.2); analyze plaintiff's request for leave to file motion for reconsideration of order vacating arrest (0.2); conduct legal research regarding motions for reconsideration (2.5); prepare opposition to plaintiff's request for leave (2.0); prepare supporting declaration for Mr. Cohen (0.6) | 10.80 | 2,970.00 |
| 8/22/2007 | J. Walsh | Review pleadings (.2); edit same (.5); telephone call to B. Cohen regarding same (.2) | 0.90 | 441.00 |
| 8/22/2007 | G. Fanger | Conduct legal research regarding motions for reconsideration (1.5); prepare opposition to plaintiff's request for leave (4.0); prepare supporting declaration for Mr. Cohen (1.0); prepare letter to U.S. Marshal requesting immediate release of vessel (0.2); telephone call with Mr. Bodle at SugarDock regarding status of release of vessel (0.2) | 6.90 | 1,897.50 |
| 8/23/2007 | J. Walsh | Edit and file pleadings (2.5); various emails and calls to Department of Justice, Del Mar's counsel, and B. Cohen regarding release of the vessel (0.6) | 3.10 | 1,519.00 |
| 8/23/2007 | G. Fanger | Review proposed changes to case management statement from M. Kelley (0.4); update and finalize case management statement (1.0); update and finalize opposition to request for reconsideration and application for emergency stay (3.0); prepare proposed order denying plaintiff's request for reconsideration (0.5); prepare separate response to plaintiff's motion for leave for reconsideration (2.3) | 7.20 | 1,980.00 |
| 8/24/2007 | J. Walsh | Telephone call from B. Cohen regarding Case Management Conference (5); review disclosures by Plaintiff (1.8); various emails and calls regarding release of the vessel (.2) | 2.50 | 1,225.00 |
| 8/24/2007 | G. Fanger | Confer with U.S. Marshal's office regarding status of arrest (0.1); review plaintiff's initial disclosures (0.2) | 0.30 | 82.50 |
| 8/28/2007 | G. Fanger | Calls with Mr. Kobak regarding declaration (0.4); prepare declaration of Dave Kobak (1.0) | 1.40 | 385.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 8/30/2007 | J. Walsh | Prepare for and attend Case Management Conference with B. Cohen (2.6) | 2.60 | 1,274.00 |
| 8/30/2007 | G. Fanger | Confer with Mr. Kobak regarding declaration (0.2); update Mr. Kobak's declaration (0.3) | 0.50 | 137.50 |
| 8/31/2007 | J. Walsh | Follow-up case management conference hearing (0.2) | 0.20 | 98.00 |
| 9/4/2007 | J. Walsh | Review letter regarding assignment of interest in processing joint venture (0.1); telephone call from B. Cohen regarding same (0.2); edit disclosures (0.3) | 0.60 | 294.00 |
| 9/4/2007 | G. Fanger | Prepare initial disclosures (1.5); prepare letter to U.S. Marshal regarding damages (0.2); review documents for initial disclosures (1.0) | 2.70 | 742.50 |
| 9/5/2007 | J. Walsh | Telephone call from B. Cohen regarding damage (0.3) | 0.30 | 147.00 |
| 9/5/2007 | G. Fanger | Finalize and serve initial disclosures (0.8); update letter to U.S. Marshal regarding damages (0.2) | 1.00 | 275.00 |
| 9/7/2007 | J. Walsh | Telephone call to C. Cohen's divorce attorney regarding status of case (0.4) | 0.40 | 196.00 |
| 9/10/2007 | G. Fanger | Analyze letter from plaintiff regarding initial disclosures (0.1); prepare response (0.2) | 0.30 | 82.50 |
| 9/11/2007 | J. Walsh | Review discovery materials (0.4); conference with G. Fanger regarding discovery issues (0.2) | 0.60 | 294.00 |
| 9/11/2007 | G. Fanger | Confer with J. Walsh regarding response to plaintiff's letter regarding initial disclosures (0.2); prepare response (1.1) | 1.30 | 357.50 |
| 9/12/2007 | J. Walsh | Telephone call from R. Wagner, outside general counsel for Del Mar(0.9) | 0.90 | 441.00 |
| 9/12/2007 | G. Fanger | Update response to plaintiff regarding initial disclosures (0.5) | 0.50 | 137.50 |
| 9/14/2007 | J. Walsh | Conference with G. Fanger and B. Cohen regarding settlement proposal and damage calculation (0.6) | 0.60 | 294.00 |
| 9/14/2007 | G. Fanger | Analyze receipts and calculate damages (1.0); confer with J. Walsh and Mr. Cohen regarding damages and strategy (0.6); finalize response to plaintiff regarding initial disclosures (0.3) | 1.90 | 522.50 |
| 9/24/2007 | J. Walsh | Telephone conference with R. Wagner regarding settlement (0.2); draft letter regarding the same (0.5) | 0.70 | 343.00 |
| 9/25/2007 | J. Walsh | Edit settlement offer letter (0.3) ; telephone call from B. Cohen regarding the same (0.4) | 0.70 | 343.00 |
| 9/25/2007 | G. Fanger | Analyze and review proposed settlement (0.5) | 0.50 | 137.50 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 9/27/2007 | J. Walsh | Telephone conference with D. Caspe, C. Cohen's divorce attorney, regarding settlement (0.3); telephone call from B. Cohen regarding edits to settlement offer (0.4) | 0.60 | 294.00 |
| 10/2/2007 | J. Walsh | Telephone conference with D. Caspe regarding settlement offer letter (0.2) | 0.20 | 98.00 |
| 10/4/2007 | J. Walsh | Telephone conference with D. Caspe regarding approval to settlement offer (0.2) | 0.20 | 98.00 |
| 10/9/2007 | J. Walsh | Telephone call from B. Cohen regarding settlement letter (0.2); telephone conference with D. Caspe regarding the same (0.1) | 0.30 | 147.00 |
| 10/10/2007 | J. Walsh | Review email regarding okay from Chris Cohen (0.1); telephone conference with B. Cohen regarding the same (0.2); edit and send off letter (0.3) | 0.60 | 294.00 |
| 10/12/2007 | G. Fanger | Prepare Supplemental Disclosures regarding damages calculations (0.9) | 0.90 | 247.50 |
| 10/17/2007 | J. Walsh | Conference regarding mediator's timing (0.3); telephone conference with R. Wagner regarding settlement (0.2) | 0.50 | 245.00 |
| 10/18/2007 | G. Fanger | Analyze scheduling order and prepare summary of upcoming deadlines (0.6) | 0.60 | 165.00 |
| 10/23/2007 | J. Walsh | Review emails regarding litigation strategy (0.2); conference with G. Fanger regarding initial written discovery (0.2); telephone conference with B. Cohen regarding the same (0.3) | 0.70 | 343.00 |
| 10/24/2007 | J. Walsh | Telephone conference with R. Wagner regarding settlement (0.2); email to B. Cohen regarding the same (0.1) | 0.30 | 147.00 |
| 10/24/2007 | G. Fanger | Analyze plaintiff's pleadings for preparation of discovery requests (1.4); prepare Defendants' First Set of Interrogatories (3.0); prepare Defendants' First Request for Production of Documents (3.0) | 7.40 | 2,035.00 |
| 10/25/2007 | J. Walsh | Review draft discovery (0.7) | 0.70 | 343.00 |
| 10/25/2007 | G. Fanger | Prepare Defendants' First Request for Admissions (1.5); prepare Defendants' First Set of Interrogatories (2.0); prepare Defendants' First Request for Production of Documents (1.3) | 4.80 | 1,320.00 |
| 10/26/2007 | G. Fanger | Confer with J. Walsh regarding Defendants' discovery requests to plaintiff (0.2); update Defendants' First Request for Admissions (0.6); update Defendants' First Set of Interrogatories (0.7); Update Defendants' First Request for Production of Documents (0.7); prepare letter to plaintiff regarding scheduling depositions (0.3) | 2.50 | 687.50 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 11/1/2007 | G. Fanger | Conduct legal research regarding waiver and assignment of joint venture interest for mediation brief (3.2) | 3.20 | 880.00 |
| 11/7/2007 | G. Fanger | Conduct legal research regarding waiver and assignment of joint venture interest for mediation brief (0.6); prepare mediation brief (1.0) | 1.60 | 440.00 |
| 11/8/2007 | G. Fanger | Prepare mediation brief (5.9) | 5.90 | 1,622.50 |
| 11/9/2007 | J. Walsh | Edit mediation letter (0.6); forward to B. Cohen and his wife's attorney (0.1) | 0.70 | 343.00 |
| 11/9/2007 | G. Fanger | Prepare mediation brief (3.7) | 3.70 | 1,017.50 |
| 11/12/2007 | J. Walsh | Edit mediation letter (0.8) | 0.80 | 392.00 |
| 11/13/2007 | J. Walsh | Edit and send mediation brief (0.5) | 0.50 | 245.00 |
| 11/14/2007 | J. Walsh | Telephone call from B. Cohen regarding meeting for mediation (0.3) | 0.30 | 147.00 |
| 11/15/2007 | J. Walsh | Attend mediation with B. Cohen (7.3) | 7.30 | 3,577.00 |
| 11/16/2007 | J. Walsh | Conference with G. Fanger regarding further discovery (0.2); edit notes and case letter (0.9) | 1.10 | 539.00 |
| 11/16/2007 | G. Fanger | Prepare depositions notices for Joe Roggio (0.7); prepare deposition notice for Joe Cappuccio (0.6); prepare cover letter regarding depositions notices (0.2) | 1.50 | 412.50 |
| 11/19/2007 | J. Walsh | Telephone call from B. Cohen regarding depositions (0.2); edit message to G. Poulos (0.1); review rules as to non-parties (0.3) | 0.60 | 294.00 |
| 11/20/2007 | G. Fanger | Update deposition notices and serve on plaintiff (0.3) | 0.30 | 82.50 |
| 11/26/2007 | J. Walsh | Telephone call from B. Cohen regarding depositions of J. Roggio and J. Cappuccio (0.2) | 0.20 | 98.00 |
| 11/28/2007 | J. Walsh | Review email regarding deposition requests (0.1); draft letter in response (0.4) | 0.50 | 245.00 |
| 11/29/2007 | J. Walsh | Email to D. Caspe regarding depositions (0.2) | 0.20 | 98.00 |
| 11/30/2007 | J. Walsh | Review new pleadings (0.2) | 0.60 | 294.00 |
| 12/1/2007 | G. Fanger | Update letter to Mr. Poulos regarding depositions (0.1) | 0.10 | 27.50 |
| 12/3/2007 | J. Walsh | Final edits of deposition letters (0.3) | 0.30 | 147.00 |
| 12/3/2007 | G. Fanger | Prepare letter to plaintiff regarding depositions (0.1) | 0.10 | 27.50 |
| 12/4/2007 | G. Fanger | Call with Captain Kobak regarding availability for deposition (0.1); prepare response to M. Kelly regarding availability of Captain Kobak for deposition (0.1) | 0.20 | 55.00 |
| 12/5/2007 | J. Walsh | Review emails regarding depositions (0.2); forward discovery to all parties (0.1); telephone conference with B. Cohen regarding status (0.5) | 0.80 | 392.00 |
| 12/5/2007 | G. Fanger | Confer with Captain Kobak regarding availability for deposition (0.1) | 0.10 | 27.50 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 12/6/2007 | J. Walsh | Review pleadings and notice (0.3); telephone conference with B. Cohen regarding the same (0.5); conference with G. Fanger regarding the same (0.1) | 0.90 | 441.00 |
| 12/6/2007 | G. Fanger | Conduct research regarding inspection of vessel under FRCP 34 (1.0); correspondence with Del Mar attorneys regarding agreement to terms of survey of vessel (0.2); correspondence with Del Mar attorneys regarding deposition of Captain Kobak (0.1); calls with Captain Kobak regarding deposition scheduling; review deposition notices and subpoenas (0.2) | 1.50 | 412.50 |
| 12/7/2007 | J. Walsh | Review new pleadings and respond to same (0.4); conference with G. Fanger regarding the same (0.2) | 0.60 | 294.00 |
| 12/7/2007 | G. Fanger | Conduct research regarding marital privileges under California and federal law (1.5); Conduct research regarding applicable privilege laws under federal rules of evidence and diversity jurisdiction (1.5); prepare letter to Del Mar attorneys regarding proposal for written questions to Ms. Cohen in lieu of taking her deposition (0.6) | 3.60 | 990.00 |
| 12/10/2007 | J. Walsh | Review matters regarding depositions (0.3); check rules (1.2); conference with G. Fanger regarding the same (0.1) | 1.60 | 784.00 |
| 12/10/2007 | G. Fanger | Analyze documents related to depositions of Joe Roggio (1.0); analyze documents related to deposition of Joe Cappuccio (1.0); Prepare witness files for depositions of Joe Roggio (0.2) and Joe Cappuccio (0.2) | 2.40 | 660.00 |
| 12/11/2007 | J. Walsh | Work on preparations for depositions (0.6) | 0.60 | 294.00 |
| 12/11/2007 | G. Fanger | Analyze documents related to depositions of Joe Roggio (1.0) and Joe Cappuccio (1.0); Prepare witness files and for depositions of Joe Roggio (0.6) and Joe Cappuccio (0.6); call with Mr. Poulos regarding scheduling of depositions (0.1) | 3.30 | 907.50 |
| 12/12/2007 | J. Walsh | Meeting with B. Cohen (1.0); prepare for deposition of J. Roggio and J. Cappuccio (3.2) | 4.20 | 2,058.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 12/12/2007 | G. Fanger | Calls with Ms. Cohen regarding deposition schedules (0.3); attend deposition preparation discussions with Mr. Cohen and B. Walsh (1.5); Discuss and analyze discovery responses with Mr. Cohen (1.5); prepare responses plaintiff's request for admissions (1.0); prepare responses for plaintiff's first set of interrogatories (3.5); prepare responses to plaintiffs request for production of documents (1.5) | 9.30 | 2,557.50 |
| 12/13/2007 | J. Walsh | Prepare for and conduct deposition of J. Roggio (6.1) | 6.10 | 2,989.00 |
| 12/13/2007 | G. Fanger | Prepare response to plaintiff's request for admissions (1.0); prepare response to plaintiff's first set of interrogatories (4.0); prepare letter to Dave Kobak regarding deposition subpoena (0.2); conduct research regarding statute of limitations for oral agreements (2.0); conduct research regarding obligation to produce tax returns in discovery (2.0) | 9.20 | 2,530.00 |
| 12/14/2007 | J. Walsh | Prepare for and conduct deposition of Joe Cappuccio (3.2); follow up questions regarding discovery (1.4) | 4.60 | 2,254.00 |
| 12/14/2007 | G. Fanger | Prepare request for admissions and production of documents regarding deposition transcripts (0.7); prepare responses to plaintiff's interrogatories (0.4) and requests for admissions (0.3); conduct research regarding admissibility of tax returns (1.0); conduct research regarding protective orders (1.0); correspondence with Ms. Cohen regarding deposition scheduling (0.1) | 3.50 | 962.50 |
| 12/16/2007 | G. Fanger | Conduct research regarding protective order and marital privilege (2.0); conduct research regarding motion to shorten time for hearing on protective order (1.5) | 3.50 | 962.50 |
| 12/17/2007 | J. Walsh | Work on discovery issues (2.3); telephone conference with B. Cohen regarding the same (0.2); telephone conference with D. Cantrell regarding depositions (0.1); draft discovery letters (0.5) | 3.10 | 1,519.00 |
| 12/17/2007 | G. Fanger | Conduct research regarding marital privilege under state and federal law (2.2); prepare motion to shorten time (2.0); prepare motion for protective order (7.0) | 11.20 | 3,080.00 |
| 12/18/2007 | J. Walsh | Review and edit motion papers (1.5); telephone conference with B. Cohen regarding the same (0.5); related research (1.3) | 3.30 | 1,617.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 12/18/2007 | G. Fanger | Prepare Motion for Protective Order (2.0); Prepare Proposed Protective Order (0.4); Prepare Declaration of Gwen Fanger in Support of Motion for Protective Order (1.0); Prepare Declaration of Christene Cohen in Support of Motion for Protective Order (0.8); Prepare Declaration of Barry Cohen in Support of Motion for Protective Order (0.5); Prepare Motion to Shorten Time (0.5); Prepare Proposed Order Shortening Time (0.2); Prepare Declaration of Gwen Fanger in Support of Motion to Shorten Time (1.0); Update responses to requests for admissions (1.0); Update responses to Interrogatories (1.0); Prepare responses to requests for production of documents (2.0) | 10.40 | 2,860.00 |
| 12/19/2007 | J. Walsh | Draft letter regarding discovery; prepare for depositions; related research | 2.70 | 1,323.00 |
| 12/19/2007 | G. Fanger | Prepare responses to requests for admissions (1.0); prepare responses to interrogatories (4.0); prepare responses to requests for production of documents (4.0); update correspondence to G. Poulos regarding discovery matters (0.3) | 9.30 | 2,557.50 |
| 12/20/2007 | J. Walsh | Review discovery responses (1.4); conference with G. Fanger regarding the same (0.2); related research (0.7) | 2.30 | 1,127.00 |
| 12/20/2007 | G. Fanger | Update responses to requests for admissions (0.4); update interrogatory responses (1.5); prepare responses to requests for documents (1.5); conduct legal research regarding accountant and taxpayer privilege under federal and state laws (2.0) | 5.40 | 1,485.00 |
| 12/21/2007 | J. Walsh | Work on discovery responses (1.8; telephone conference with B. Cohen regarding the same (0.3) | 2.10 | 1,029.00 |
| 12/21/2007 | G. Fanger | Calls with Mr. Cohen regarding responses to discovery requests (0.5); call with Mr. Kobak regarding addresses of crew members (0.2); prepare correspondence to Mr. Kobak regarding scheduling inspection of vessel (0.2); update interrogatory responses (2.0); update responses to requests for production of documents (0.8); prepare responses to plaintiff's discovery requests for service (0.5) | 4.20 | 1,155.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 12/26/2007 | J. Walsh | Review opposition (1.3); edit and file reply (1.0); telephone conference with M. Kelly regarding depositions (0.2); telephone conference with B. Cohen regarding the same (0.6) | 3.10 | 1,519.00 |
| 12/26/2007 | G. Fanger | Conduct research regarding discovery of tax returns (0.9); conduct research regarding disclosure of tax information by accountants (1.0); prepare summary of research (0.4); analyze opposition for reply to motion for protective order (0.3); analyze background and information for deposition of Dave Kobak (1.3) | 3.90 | 1,072.50 |
| 12/27/2007 | J. Walsh | Prepare for and attend D. Cantrell deposition (3.5); follow up discussions with B. Cohen (1.5); return travel (3.0) | 8.00 | 3,920.00 |
| 12/31/2007 | J. Walsh | Telephone conference with B. Cohen regarding discovery schedule (0.3); review documents regarding profits and losses of vessel company (0.2) | 0.50 | 245.00 |
| 1/2/2008 | J. Walsh | Prepare for discovery hearing (1.5); review new documents (0.3); respond to emails regarding discovery (0.2); telephone conference with B. Cohen regarding various issues (0.8) | 2.80 | 1,456.00 |
| 1/3/2008 | J. Walsh | Attend hearing; conference with opposing counsel regarding discovery (2.6); various emails regarding discovery (0.2); telephone conference with B. Cohen regarding same (0.2); telephone conference with. M. Kelley regarding same (0.1) | 3.10 | 1,612.00 |
| 1/4/2008 | J. Walsh | Telephone conference with B. Cohen regarding status (0.4); review Order regarding discovery (0.1); telephone conference with G. Poulos regarding same (0.4) | 0.80 | 416.00 |
| 1/7/2008 | J. Walsh | Telephone conference with B. Cohen regarding discovery issues (0.5); conference with G. Fanger regarding same (0.3) | 0.80 | 416.00 |
| 1/7/2008 | G. Fanger | Prepare supplemental disclosures (2.4); respond to document requests from Del Mar (2.4) | 4.80 | 1,680.00 |
| 1/8/2008 | J. Walsh | Work on discovery issues (1.5); prepare for deposition of B. Cohen (1.6) | 3.10 | 1,612.00 |
| 1/8/2008 | G. Fanger | Attend deposition of Captain Kobak (2.4) and Michael Cohen (0.7); prepare responses to request for additional documents from Del Mar (1.0); prepare supplemental interrogatory responses (2.0); prepare supplemental document productions responses (1.6) | 7.70 | 2,695.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 1/9/2008 | J. Walsh | Prepare for and defend deposition of B. Cohen (6.1); review new materials regarding discovery (0.7) | 6.80 | 3,536.00 |
| 1/9/2008 | G. Fanger | Meet with Mr. Cohen regarding supplemental responses to Del Mar discovery requests (2.0); prepare supplemental interrogatory responses (2.0); prepare supplemental document production response (2.9); prepare privilege log (0.8); prepare response to letter from Del Mar requesting additional discovery (0.2) | 7.90 | 2,765.00 |
| 1/10/2008 | J. Walsh | Edit discovery letter (0.3); review new discovery (1.8) | 2.10 | 1,092.00 |
| 1/10/2008 | G. Fanger | Update supplemental interrogatory response (1.1); update supplemental document production responses (2.0); prepare for deposition of Ms. Cohen (1.0); Travel from San Francisco to Scottsdale, Arizona for deposition of Ms. Cohen (5.0); Meet with Ms. Cohen to prepare for deposition (2.0) | 11.10 | 3,885.00 |
| 1/11/2008 | J. Walsh | Finish supplemental discovery (0.7); draft letter regarding the same(0.3); review their discovery (2.5) | 3.50 | 1,820.00 |
| 1/11/2008 | G. Fanger | Prepare for deposition of Ms. Cohen (0.7); Attend deposition of Ms. Cohen (4.0); Return travel from Scottsdale, Arizona to San Francisco (4.5) | 9.20 | 3,220.00 |
| 1/14/2008 | G. Fanger | Analyze expert report and supplemental disclosures from Del Mar (0.7) | 0.70 | 245.00 |
| 1/18/2008 | G. Fanger | Review deposition transcripts (2.1); review Del Mar's responses to supplemental requests for admissions (0.1); conduct legal research regarding response to Del Mar's admissions responses (0.5) | 2.70 | 945.00 |
| 1/22/2008 | G. Fanger | Review letter from Del Mar regarding discovery of tax schedules (0.1); prepare summary of remaining issues regarding tax schedules and Del Mar's supplemental disclosures (0.3) | 0.40 | 140.00 |
| 1/23/2008 | G. Fanger | Correspondence with Mr. Poulos regarding requests for tax documents (0.2); review Del Mar's request to court for motion to compel production of tax schedules (0.2); prepare outline of response (0.7) | 1.10 | 385.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 1/24/2008 | G. Fanger | Calls with Mr. Cohen regarding tax schedules (0.4); Call with Mr. Poulos regarding production of tax schedules (0.1); prepare response to court regarding production of tax schedules (2.0); prepare draft declaration for Mr. Cohen in support of response to request for tax schedules (0.7) | 3.20 | 1,120.00 |
| 1/25/2008 | J. Walsh | Review materials regarding tax returns (0.8); review letters regarding the same (0.3); telephone conference with B. Cohen regarding the same (0.5) | 1.60 | 832.00 |
| 1/25/2008 | G. Fanger | Review tax schedules for response to Del Mar's discovery request (1.0); confer with J. Walsh regarding production of tax schedules (0.3); prepare response to court regarding production of tax schedules (2.6); prepare response to Del Mar regarding production of tax schedules (0.2); review Del Mar's additional request for tax documents (0.1); confer with Mr. Cantrell regarding additional summaries of tax schedules for 2004-2005 (0.4); review documents from Mr. Cantrell for response to Del Mar's request for additional tax documents (1.0); prepare response to Del Mar regarding production of additional summaries of tax documents (0.3) | 5.90 | 2,065.00 |
| 1/28/2008 | G. Fanger | Analyze plaintiff's discovery responses (1.0); prepare outline of responses (0.7) | 1.70 | 595.00 |
| 1/29/2008 | G. Fanger | Analyze plaintiff's discovery responses (0.5); prepare outline of responses (1.3) | 1.80 | 630.00 |
| 1/30/2008 | G. Fanger | Prepare correspondence to Ms. Cohen regarding discovery documents and deposition transcript (0.2); review deposition transcript (0.5); conduct legal research regarding parol evidence rule (0.7; analyze plaintiff's mediation brief and prepare outline of issues (2.1) | 3.50 | 1,225.00 |
| 2/1/2008 | G. Fanger | Conduct legal research regarding parol evidence rule (1.3) | 1.30 | 455.00 |
| 2/4/2008 | G. Fanger | Conduct legal research regarding parol evidence rule and outline issues for preparation of trial brief (2.8) | 2.80 | 980.00 |
| 2/5/2008 | G. Fanger | Conduct legal research regarding advance payments (2.0); conduct legal research regarding parol evidence rule and promissory estoppel (1.0); prepare trial brief (3.7) | 6.70 | 2,345.00 |
| 2/6/2008 | G. Fanger | Conduct legal research regarding payment obligations under C.C. 1479 (2.1) | 2.10 | 735.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 2/7/2008 | G. Fanger | Analyze background and information for preparation of motions in limine (0.3); conduct research regarding wrongful arrest (2.3); conduct research regarding maritime liens and mortgages (2.3); prepare draft trial brief (1.7) | 6.60 | 2,310.00 |
| 2/11/2008 | G. Fanger | Conduct research regarding interference with economic advantage (1.0); conduct research regarding malicious prosecution (1.0); prepare draft trial brief (5.5) | 7.50 | 2,625.00 |
| 2/19/2008 | J. Walsh | Conference with G. Fanger regarding deposition record and schedule (0.2); review schedule (0.2); forward same to B. Cohen (0.1) | 0.50 | 260.00 |
| 2/19/2008 | G. Fanger | Review Ms. Cohen's edits to deposition transcript (0.3); review court orders for upcoming deadlines and prepare summary of upcoming deadlines (0.5) | 0.80 | 280.00 |
| 2/21/2008 | G. Fanger | Correspondence with Ms. Cohen regarding changes to deposition transcript (0.1) | 0.10 | 35.00 |
| 2/29/2008 | J. Walsh | Review emails regarding motion for summary judgment (0.3); forward to B. Cohen (0.1). | 0.40 | 208.00 |
| 2/29/2008 | G. Fanger | Analyze Plaintiff's Motion for Summary Judgment for preparation of response (3.0) | 3.00 | 1,050.00 |
| 3/3/2008 | J. Walsh | Telephone call from B. Cohen regarding opposition to summary judgment motion (0.6); begin review of same (0.9); conference with G. Fanger regarding response (0.1). | 1.60 | 832.00 |
| 3/3/2008 | G. Fanger | Conduct research regarding opposition to motion for summary judgment (2.0); correspondence with Greg Poulos regarding stipulation to change of hearing date (0.1); conduct research regarding rules for stipulation to change in hearing date (0.5); prepare stipulation requesting order changing time of hearing date (0.4); prepare declaration of James Walsh in support of request for change in hearing date (0.4); prepare proposed order for change in hearing date (0.3) | 3.70 | 1,295.00 |
| 3/4/2008 | J. Walsh | Review cases on admiralty rules as to application of state law (1.6) | 1.60 | 832.00 |
| 3/4/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (2.0); conduct research regarding interference with economic advantage (2.0); review pleadings for opposition (1.5); review deposition testimony for opposition (2.0) | 7.50 | 2,625.00 |
| | | | | |

Exhibit 1 to Walsh Dec.

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 3/5/2008 | J. Walsh | Draft introductory and legal portions of opposition brief. (4.6) | 4.60 | 2,392.00 |
| 3/5/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (5.3) | 5.30 | 1,855.00 |
| 3/6/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (6.3) | 6.30 | 2,205.00 |
| 3/7/2008 | J. Walsh | Review draft memo (2.8); related research (0.7); conference with G. Fanger regarding approach to the issues (0.1). | 3.60 | 1,872.00 |
| 3/7/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (7.4) | 7.40 | 2,590.00 |
| 3/9/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (3.0); conduct legal research (0.9) | 3.90 | 1,365.00 |
| 3/10/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (5.9); prepare declaration in support of opposition (1.5); conduct legal research (1.5); review pleadings for opposition (0.5); review deposition testimony for opposition (1.0) | 10.40 | 3,640.00 |
| 3/11/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (10.7) | 10.70 | 3,745.00 |
| 3/12/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (7.3); prepare declaration in support of opposition (2.0); calls with Mr. Cohen regarding opposition (0.3) | 9.60 | 3,360.00 |
| 3/13/2008 | G. Fanger | Prepare opposition to Plaintiff's motion for summary judgment (5.0); prepare declaration in support of opposition (0.5); prepare documents for filing (0.6) | 6.10 | 2,135.00 |
| 3/17/2008 | J. Walsh | Review final summary judgment papers (1.0); telephone call to G. Fanger regarding same (0.2). | 1.20 | 624.00 |
| 3/18/2008 | G. Fanger | Review Cohen deposition transcripts for preparation of trial exhibits (0.8); conduct research regarding motions in limine (0.5); review discovery for motion in limine (1.0) | 2.30 | 805.00 |
| 3/19/2008 | J. Walsh | Review new order (0.2); conference with G. Fanger regarding same (0.2). | 0.40 | 208.00 |
| 3/19/2008 | G. Fanger | Review Roggio transcript for preparation of trial exhibits (0.5); prepare joint ADR progress report (2.1); prepare correspondence to Greg Poulos regarding joint report (0.2) | 2.80 | 980.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 3/20/2008 | G. Fanger | Confer with B. Walsh regarding joint ADR progress report (0.2) and motions in limine (0.2); Update joint ADR progress report (0.2); update correspondence to Greg Poulos regarding joint report (0.2); conduct research regarding parol evidence rule (0.7); conduct research regarding motions in limine (0.6); prepare motion in limine regarding parol evidence (3.3) | 5.40 | 1,890.00 |
| 3/21/2008 | J. Walsh | Review reply (0.7); forward to B. Cohen (0.1). | 0.80 | 416.00 |
| 3/24/2008 | G. Fanger | Update Joint ADR Progress Report and file (0.1); correspondence with Greg Poulos regarding Joint Report (0.1); legal research regarding parol evidence rule (3.0); update motion in limine regarding parol evidence (1.7); review depositions for motion in limine (0.5); review plaintiff's reply to summary judgment opposition (0.3) | 5.70 | 1,995.00 |
| 3/25/2008 | J. Walsh | Email to B. Cohen regarding settlement (0.2). | 0.20 | 104.00 |
| 3/25/2008 | G. Fanger | Legal research regarding hearsay to exclude Mrs. Cohen statements regarding marital status and correspondence from Mr. Cohen regarding payment of debts (0.4); update motion in limine regarding parol evidence (2.3); review plaintiff's discovery responses for support for motion in limine (0.8) | 3.50 | 1,225.00 |
| 3/26/2008 | G. Fanger | Legal research regarding basis for exclusion of Mrs. Cohen statements regarding marital status and correspondence from Mr. Cohen regarding payment of debts (1.1); review deposition transcripts for motion in limine (0.5); update motion in limine regarding parol evidence (1.8) | 3.40 | 1,190.00 |
| 3/30/2008 | G. Fanger | Review Roggio transcript for motion in limine (0.9); update motion in limine (3.0) | 3.90 | 1,365.00 |
| 3/31/2008 | G. Fanger | Legal research regarding statute of limitations for oral agreements (2.5); update motion in limine (0.5); prepare declaration in support of motion in limine (1.8) | 4.80 | 1,680.00 |
| 4/2/2008 | G. Fanger | Prepare pre-trial disclosures (2.0); update motion in limine (0.3) | 2.30 | 805.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 4/7/2008 | G. Fanger | Prepare pre-trial disclosures (0.5); review transcripts for pretrial disclosures and trial exhibits (1.2); prepare joint pretrial order (3.5); prepare for summary judgment hearing (0.4) | 5.60 | 1,960.00 |
| 4/8/2008 | J. Walsh | Conference with G. Fanger regarding in limine motions; summary judgment argument; and trial preparation (0.4) | 0.40 | 208.00 |
| 4/8/2008 | G. Fanger | Confer with B. Walsh regarding pretrial disclosures (0.4); prepare pre-trial disclosures (0.8); review transcripts for pretrial disclosures (1.0) and review discovery for trial exhibits (2.5); prepare joint pretrial order (0.4) | 5.10 | 1,785.00 |
| 4/9/2008 | J. Walsh | Prepare for oral argument; review briefs (3.4); conference with G. Fanger re: hearing (0.3) | 3.70 | 1,924.00 |
| 4/9/2008 | G. Fanger | Confer with B. Walsh regarding summary judgment hearing (0.3); prepare for summary judgment hearing (3.9); prepare pretrial disclosures (1.4); prepare joint pretrial order (0.7) | 6.30 | 2,205.00 |
| 4/10/2008 | J. Walsh | Attend oral argument (4.5); review orders regarding settlement (0.1) | 4.60 | 2,392.00 |
| 4/10/2008 | G. Fanger | Attend and take notes at summary judgment hearing (4.5); review discovery documents for trial exhibits (1.1); prepare pretrial disclosures (1.1) | 6.70 | 2,345.00 |
| 4/11/2008 | J. Walsh | Review court order (0.2); telephone call to B. Cohen regarding same (0.3); conference with G. Fanger regarding trial preparation (0.4) | 0.90 | 468.00 |
| 4/11/2008 | G. Fanger | Review summary judgment decision (0.2); confer with B. Walsh regarding settlement conference (0.2) and pretrial disclosures (0.2); correspondence with Mrs. Cohen regarding settlement conference (0.2); conference with B. Walsh and Mr. Cohen regarding settlement conference and summary judgment ruling (0.3); review discovery for trial exhibits (3.5); prepare pretrial disclosures (1.5) | 6.10 | 2,135.00 |
| 4/12/2008 | G. Fanger | Prepare pre-trial disclosures (0.2); prepare exhibits for pretrial disclosures (0.3) | 0.50 | 175.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 4/14/2008 | G. Fanger | Calls with Judge Larson's clerks regarding scheduling settlement conference (0.2); calls with court reporters regarding transcripts for Joe Roggio Avila Beach deposition (0.2); review Roggio deposition transcripts for designation of excerpts (2.0); update pretrial disclosures (0.5); prepare outline of issues for trial (3.1); prepare proposed joint pretrial order (1.0) | 7.00 | 2,450.00 |
| 4/15/2008 | J. Walsh | Conference with G. Fanger regarding trial preparation (0.3); draft engagement letter for Company (0.2); email to B. Cohen (0.1) | 0.60 | 312.00 |
| 4/15/2008 | G. Fanger | Confer with B. Walsh regarding trial preparation (0.3); prepare outline of issues for trial (1.0); calls with Mr. Cohen regarding trial preparation (0.2); update proposed joint pretrial order (1.0); update pretrial disclosures (0.5); analyze rules regarding issuance of trial subpoenas to Cappuccio (0.2) and Roggio (0.2); correspondence with Mrs. Cohen regarding availability for settlement conference (0.2); prepare settlement conference statement (5.1) | 8.70 | 3,045.00 |
| 4/16/2008 | J. Walsh | Edit pretrial order (0.5); conference with G. Fanger regarding witnesses, exhibits and trial brief (0.3) | 0.80 | 416.00 |
| 4/16/2008 | G. Fanger | Prepare joint pretrial order (1.0); confer with B. Walsh regarding trial strategy and pretrial disclosures (0.3); update pretrial disclosures (1.0); calls with Judge Larson's clerks regarding scheduling settlement conference (0.2); prepare settlement statement (6.0); update exhibits to pretrial disclosures (0.5) | 9.00 | 3,150.00 |
| 4/17/2008 | J. Walsh | Conference with B. Cohen regarding pre-trial preparation (0.8); telephone call from G. Poulos regarding settlement (0.2); review trial order (0.6); review filings (0.2) | 1.80 | 936.00 |
| 4/17/2008 | G. Fanger | Calls with Mr. Cohen regarding trial strategy and pretrial disclosures (0.3); confer with B. Walsh regarding trial strategy, joint pretrial order, and pretrial disclosures (0.2); update exhibits to pretrial disclosures (1.0); prepare settlement statement (7.0); prepare application for appearance by phone at settlement conference (1.0); call with Greg Polous regarding exchange of pretrial disclosures (0.1); update proposed pretrial order (0.2); update pretrial disclosures (0.1) | 9.90 | 3,465.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 4/18/2008 | J. Walsh | Edit settlement documents (0.6) | 0.60 | 312.00 |
| 4/18/2008 | G. Fanger | Prepare settlement statement (4.0);  prepare application for appearance by phone at settlement conference (1.5); prepare declaration of Chris Cohen in support of application for appearance by phone (1.0); update pretrial disclosures and prepare for service (0.2); calls with Mr. Cohen regarding trial strategy, pretrial disclosures, and joint pretrial order (0.4) correspondence with Max Kelly and Greg Polous regarding joint pretrial order (0.2) | 7.30 | 2,555.00 |
| 4/20/2008 | G. Fanger | Prepare settlement statement (1.0); update application for appearance by phone (0.5); update declaration of Chris Cohen in support of application for appearance by phone (0.5) | 2.00 | 700.00 |
| 4/21/2008 | J. Walsh | Conference with G. Fanger regarding trial preparation (0.2); settlement report edits (0.9); and communications with C. Cohen (0.1) | 1.20 | 624.00 |
| 4/21/2008 | G. Fanger | Confer with B. Walsh regarding settlement statement and trial matters (0.2); update settlement statement (0.2); correspondence with Mr. Cohen regarding settlement statement (0.1); correspondence with Mrs. Cohen regarding settlement statement and appearance as conference (0.1); correspondence with plaintiff counsel regarding pretrial disclosures (0.1) | 0.70 | 245.00 |
| 4/22/2008 | J. Walsh | Telephone call from G. Fanger regarding settlement papers and damages (0.3) | 0.30 | 156.00 |
| 4/22/2008 | G. Fanger | Confer with B. Walsh regarding trial matters (0.3); prepare trial brief (1.4); correspondence with Mr. Cohen regarding settlement statement (0.1);  correspondence with Mrs. Cohen regarding settlement statement and appearance at conference (0.1); review plaintiff's pretrial disclosures (0.2); analyze damages claims (4.5); conduct research regarding damages analysis (2.0) | 8.60 | 3,010.00 |
| 4/23/2008 | J. Walsh | Review damage calculations (0.3); conference with G. Fanger regarding same (0.2) | 0.50 | 260.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 4/23/2008 | G. Fanger | Correspondence with Mrs. Cohen regarding settlement conference (0.1); calls with Mr. Cohen regarding computation of damages (1.2); confer with B. Walsh regarding damages analysis (0.2); update damages analysis (5.0); analyze plaintiff's pretrial disclosures (0.5); update settlement conference statement (2.1) | 9.10 | 3,185.00 |
| 4/24/2008 | J. Walsh | Review damages estimate (0.5); conference with G. Fanger (0.2) | 0.70 | 364.00 |
| 4/24/2008 | G. Fanger | Update settlement conference statement regarding attorneys' fees (1.5); correspondence with Mrs. Cohen regarding application for phone appearance at settlement conference (0.2); correspondence with Monterey Court Reporters regarding missing Roggio transcripts (0.2); update trial brief (3.8); update settlement conference statement, application for phone appearance, and declaration in support of application (2.5) | 8.20 | 2,870.00 |
| 4/25/2008 | J. Walsh | Edit pretrial filings (0.7) | 0.70 | 364.00 |
| 4/25/2008 | G. Fanger | Update trial brief (4.0); prepare joint exhibit list (1.5) prepare witness list (0.5); prepare findings of fact (3.4); analyze plaintiff's opposition to defendants' motion in limine (0.5) | 9.90 | 3,465.00 |
| 4/26/2008 | G. Fanger | Prepare findings of fact and conclusions of law (3.4); prepare witness list (0.8) | 4.20 | 1,470.00 |
| 4/27/2008 | G. Fanger | Prepare findings of fact and conclusions of law (5.0); update trial brief (0.9) | 5.90 | 2,065.00 |
| 4/28/2008 | J. Walsh | Final edits of pre-trial filings (1.2); conference with G. Fanger regarding same (0.3) | 1.50 | 780.00 |
| 4/28/2008 | G. Fanger | Update findings of fact and conclusions of law (3.0); update trial brief (3.0); update witness list (0.3); calls and correspondence with Max Kelley regarding proposed joint pretrial order and joint exhibit list (0.2); call with D. Tarshes regarding calculation of prejudgment interest (0.1); conduct research regarding calculation of prejudgment interest (3.5); prepare documents for filing (0.2) | 10.30 | 3,605.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 4/29/2008 | G. Fanger | Correspondence with Max Kelley regarding documents filed with court (0.1); analyze plaintiff's trial brief and proposed findings of fact (0.4); correspondence with Monterey Court Reporters regarding missing Roggio transcripts (0.2); legal research regarding objections to trial exhibits (1.5); prepare defendants' objections to plaintiff's trial exhibits (3.2) | 5.40 | 1,890.00 |
| 4/30/2008 | J. Walsh | Prepare for settlement conference (1.1) | 1.10 | 572.00 |
| 4/30/2008 | G. Fanger | Correspondence with Mrs. Cohen regarding settlement conference (0.3); confer with Mr. Cohen regarding Roggio transcripts (0.3); prepare for settlement conference (0.7); prepare objections to plaintiff's pretrial disclosures and exhibits (3.0) | 4.30 | 1,505.00 |
| 5/1/2008 | J. Walsh | Prepare for and attend settlement conference (3.0); work on objections to evidence (0.6) | 3.60 | 1,872.00 |
| 5/1/2008 | G. Fanger | Prepare for settlement conference (0.6); participate in settlement conference (2.5); call with Mrs. Cohen regarding settlement conference and trial status (0.3); prepare objections to plaintiff's pretrial disclosures (5.3); correspondence with Mrs. Cohen regarding settlement conference (0.2) | 8.90 | 3,115.00 |
| 5/2/2008 | J. Walsh | Prepare for pre-trial conference (1.3); conference with G. Poulos regarding trial exhibits (0.2); emails to clients regarding same (0.1) | 1.60 | 832.00 |
| 5/2/2008 | G. Fanger | Prepare objections to plaintiff's pretrial disclosures (7.4); prepare trial subpoena to Cappuccio (0.3) and Roggio (0.3); review plaintiff's objections to defendants' pretrial disclosures (0.5) | 8.50 | 2,975.00 |
| 5/4/2008 | G. Fanger | Prepare for pretrial conference (0.7) | 0.70 | 245.00 |
| 5/5/2008 | J. Walsh | Attend pretrial conference (2.0); review orders regarding same (0.6) | 2.60 | 1,352.00 |
| 5/5/2008 | G. Fanger | Participate in pretrial conference (2.0); calls with Mr. Cohen regarding pretrial conference and trial preparation (0.4); conduct legal research regarding service of trial subpoenas on parties (3.0); prepare witness files for Roggio (3.0); confer with B. Walsh regarding trial preparation (0.3); prepare trial subpoenas for Roggio (0.3) and Cappuccio (0.3) | 9.30 | 3,255.00 |
| 5/6/2008 | J. Walsh | Review trial documents (1.2); conference with G. Fanger regarding trial preparation (0.3) | 1.60 | 832.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 5/6/2008 | G. Fanger | Confer with B. Walsh regarding trial preparation (0.3); update trial subpoenas for Roggio (0.3) and Cappuccio (0.3); correspondence with Mrs. Cohen regarding potential appearance at trial and conflicts (0.4); calls with Mr. Cohen regarding trial preparation (0.3); prepare trial exhibits and witness folders for Roggio (1.5), Cappuccio (1.5) and Mr. Cohen (2.0); conduct research regarding rules for out of state subpoenas (2.5) | 9.10 | 3,185.00 |
| 5/7/2008 | J. Walsh | Work on trial preparation (3.1) | 3.10 | 1,612.00 |
| 5/7/2008 | G. Fanger | Update Roggio subpoena and send for service (0.5); prepare outline of trial issues and corresponding evidence (6.0); prepare witness folders (1.0) | 7.50 | 2,625.00 |
| 5/8/2008 | J. Walsh | Work on legal brief (1.5); respond to email regarding C. Cohen (0.1); conference with G. Fanger regarding witnesses and preparation (0.4); related research (1.4) | 3.40 | 1,768.00 |
| 5/8/2008 | G. Fanger | Confer with B. Walsh regarding trial preparation (0.4); prepare damages exhibit (0.6); prepare witness folders for Michael (0.3) and Leonard Cohen (0.3); conduct legal research regarding travel expenses as damages (1.0) | 2.60 | 910.00 |
| 5/9/2008 | J. Walsh | Review emails (0.2); begin trial preparation (1.3) | 1.50 | 780.00 |
| 5/9/2008 | G. Fanger | Update trial subpoena for Joe Cappuccio and prepare for service (0.5); review exhibits for witness folders for Cohen (1.0), Roggio (1.0), and Cappuccio (1.0); conduct research regarding travel expenses as damages (2.4) | 5.90 | 2,065.00 |
| 5/11/2008 | G. Fanger | Prepare witness folders for Mr. Cohen (0.5); prepare memo regarding travel expenses (0.7); review transcripts of Christene Cohen, Dave Cantrell, Michael Cohen, and Leonard Cohen for deposition designations (2.0) | 3.20 | 1,120.00 |
| 5/12/2008 | J. Walsh | Work on trial preparation (3.5); opening statement; witness questions (2.8); review depositions (0.8) | 7.10 | 3,692.00 |
| 5/12/2008 | G. Fanger | Prepare deposition designations for Christene Cohen and Dave Cantrell (3.0); prepare notice of order of witnesses (0.4); prepare damages exhibit (2.5); call with Captain Kobak regarding testimony preparation (0.1); correspondence with Mrs. Cohen regarding appearance at trial (0.2); prepare exhibits and witness folders for Barry Cohen (1.4); prepare memo regarding travel expenses (2.5) | 9.10 | 3,185.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 5/13/2008 | J. Walsh | Trial preparation, including outline of direct examination questions for Joe Roggio and Joe Cappuccio (8.1) | 8.10 | 4,212.00 |
| 5/13/2008 | G. Fanger | Confer with Mr. Cohen and B. Walsh regarding trial strategy and preparation (0.5); update notice of witnesses (0.3); prepare memo regarding travel expenses and payments to captain (3.4); prepare outline of testimony for Captain Kobak (1.0); update exhibits (4.0) | 9.20 | 3,220.00 |
| 5/14/2008 | J. Walsh | Work on trial preparation, including organization of documents for direct and cross examinations (7.5) | 7.50 | 3,900.00 |
| 5/14/2008 | G. Fanger | Calls with Mr. Cohen regarding exhibits (0.4); review transcripts of Barry Cohen (3.0), Dave Kobak (1.0), and Dave Cantrell (1.0) for preparation of witness folders (5.0); update exhibit list (0.5); prepare witness folders for Barry Cohen (1.6), Dave Kobak (1.0) and Dave Cantrell (1.0) | 9.50 | 3,325.00 |
| 5/15/2008 | J. Walsh | Prepare for trial, continuing to refine direct and cross examination and document presentation (8.1) | 8.10 | 4,212.00 |
| 5/15/2008 | G. Fanger | Finalize disclosures (1.0) and deposition designations (2.0); confer with B. Walsh regarding exhibits (0.2); calls with Mr. Cohen regarding trial preparation (0.4); correspondence with Max Kelley regarding transcript stipulations and deposition designations (0.3); prepare witness folders for Roggio (3.3) and Barry Cohen (2.0) | 9.20 | 3,220.00 |
| 5/16/2008 | J. Walsh | Preparation for trial, review depositions and previous testimony of J. Roggio and J. Cappuccio (8.3) | 8.30 | 4,316.00 |
| 5/16/2008 | G. Fanger | Calls with Max Kelley regarding deposition designations and exhibits (0.2); confer with B. Walsh regarding trial preparation (0.2); calls with Mr. Cohen regarding trial preparation (0.2); update exhibit list (0.4); prepare responses to Plaintiff's deposition designations (4.0); prepare copy of exhibits for court (2.5); prepare outline of testimony for Captain Kobak (2.2) | 9.70 | 3,395.00 |
| 5/17/2008 | J. Walsh | Preparation for trial, including preparation for direct examination of B. Cohen (7.1) | 7.10 | 3,692.00 |
| 5/17/2008 | G. Fanger | Prepare for trial, including direct exam of Dave Kobak (2.0) and cross exam of Roggio (3.5) | 5.50 | 1,925.00 |
| 5/18/2008 | J. Walsh | Trial preparation, continue outline of questions for cross and direct examinations (5.2) | 5.20 | 2,704.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 5/18/2008 | G. Fanger | Prepare for trial, including direct exam of Barry Cohen(4.7) | 4.70 | 1,645.00 |
| 5/19/2008 | J. Walsh | Trial preparation, including direct and cross examination question preparation (8.6) | 8.60 | 4,472.00 |
| 5/19/2008 | G. Fanger | Prepare for trial, including cross exam of Roggio (2.8) and Cappuccio (2.0); meet with Captain Kobak to practice testimony (2.0); meet with Mr. Cohen and B. Walsh to prepare for Mr. Cohen's testimony (5.0) | 11.80 | 4,130.00 |
| 5/20/2008 | J. Walsh | Trial (6.5) ; and further trial preparation for next days witnesses (2.1) | 8.60 | 4,472.00 |
| 5/20/2008 | G. Fanger | Attend trial (6.5); respond to Plaintiff's objections to designation of Dave Cantrell deposition testimony (5.0) | 11.50 | 4,025.00 |
| 5/21/2008 | J. Walsh | Work on trial preparation, including for final cross examinations and presentation of direct case(6.3) | 6.30 | 3,276.00 |
| 5/21/2008 | G. Fanger | Prepare for trial, including direct exam of Barry Cohen (2.0); prepare for direct exam of Captain Kobak (6.0); meet with Captain Kobak to prepare direct exam (1.5); meet with Mr. Cohen to prepare for trial (4.0) | 13.50 | 4,725.00 |
| 5/22/2008 | J. Walsh | Trial (6.5) and trial preparation (3.0) | 9.50 | 4,940.00 |
| 5/22/2008 | G. Fanger | Attend trial (6.5); prepare brief regarding statute of frauds (4.0); prepare for last day of trial, including direct of Barry Cohen (1.4) | 11.90 | 4,165.00 |
| 5/23/2008 | J. Walsh | Trial (4.8) and follow-up with respect to findings of fact (3.4) | 8.20 | 4,264.00 |
| 5/23/2008 | G. Fanger | Attend trial (4.8); confer with B. Walsh regarding preparation of proposed findings of fact (0.3); review trial transcripts (1.7) | 6.80 | 2,380.00 |
| 5/25/2008 | G. Fanger | Review trial transcripts (1.7) | 1.70 | 595.00 |
| 5/26/2008 | J. Walsh | Work on findings of fact and conclusions of law (6.5); review trial transcript (3.6) | 10.10 | 5,252.00 |
| 5/26/2008 | G. Fanger | Review trial transcripts (1.5); prepare post trial proposed findings of fact and conclusions of law (11.3) | 12.80 | 4,480.00 |
| 5/27/2008 | J. Walsh | Work on findings of fact and conclusions of law (5.6) | 5.60 | 2,912.00 |
| 5/27/2008 | G. Fanger | Prepare post trial proposed findings of fact and conclusions of law (9.2) | 9.20 | 3,220.00 |
| 5/28/2008 | G. Fanger | Analyze plaintiff's proposed findings of fact; prepare responses to plaintiff's proposed findings of fact (6.0); calls with Mr. Cohen regarding responses to proposed findings of fact (0.2) | 6.20 | 2,170.00 |
| 5/29/2008 | G. Fanger | Prepare responses to plaintiff's findings of fact and conclusions of law (12.3) | 12.30 | 4,305.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 5/30/2008 | G. Fanger | Prepare responses to plaintiff's findings of fact and conclusions of law (8.7); calls with Mr. Cohen regarding responses to plaintiff's findings of fact and conclusions of law (0.2) | 8.90 | 3,115.00 |
| 6/1/2008 | G. Fanger | Prepare responses to Plaintiff's findings of facts (7.1) | 7.10 | 2,485.00 |
| 6/2/2008 | G. Fanger | Prepare responses to Plaintiff's findings of facts (2.6); confer with B. Walsh regarding responses (0.2); calls with Mr. Cohen regarding responses (0.4) | 3.20 | 1,120.00 |
| 6/2/2008 | J. Walsh | Review responses to Plaintiff's proposed Findings of Fact and Conclusions of Law (2.4); conference with G. Fanger regarding same (0.2) | 2.60 | 1,352.00 |
| 6/3/2008 | G. Fanger | Review Plaintiff's responses to Defendants' findings of fact (0.3); calls with Mr. Cohen regarding responses (0.3); legal research regarding modification of agreement by conduct and prepayment of installments (5.1) | 5.70 | 1,995.00 |
| 6/3/2008 | J. Walsh | Review notice from judge regarding oral argument and three questions (0.1); related research and analysis (2.0). | 2.10 | 1,092.00 |
| 6/4/2008 | G. Fanger | Prepare responses to questions from judge Alsup (3.8); calls with Mr. Cohen regarding responses to Judge Alsup's questions (0.8) | 4.60 | 1,610.00 |
| 6/4/2008 | J. Walsh | Review Orders regarding scheduling (0.1); telephone call from B. Cohen regarding same (0.2) | 0.30 | 156.00 |
| 6/9/2008 | J. Walsh | Review new questions (0.2) | 0.20 | 104.00 |
| 6/10/2008 | G. Fanger | Prepare trial brief regarding responses to Judge Alsup's questions for oral argument (6.0); review plaintiff's trial brief in response to Judge Alsup's questions (0.2) | 6.20 | 2,170.00 |
| 6/10/2008 | J. Walsh | Conference with G. Fanger regarding response to questions (0.2) | 0.20 | 104.00 |
| 6/11/2008 | G. Fanger | Prepare trial brief for filing regarding Judge Alsup's questions for oral argument (3.2); calls with Mr. Cohen regarding responses to questions for oral argument (0.4); confer with B. Walsh regarding responses to questions for oral argument (0.2) | 3.80 | 1,330.00 |
| 6/11/2008 | J. Walsh | Conference with G. Fanger regarding oral argument (0.2); review new brief (0.3) | 0.50 | 260.00 |
| 6/13/2008 | G. Fanger | Prepare for closing arguments (0.5); review responses to Judge Alsup's questions (0.2); review findings of fact (0.2) | 0.90 | 315.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

|  | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 6/16/2008 | G. Fanger | Analyze plaintiff's supplemental trial brief (0.2); confer with B. Walsh and Mr. Cohen regarding oral arguments (0.5); review findings of fact and trial briefs in preparation for oral arguments (2.0);  attend oral arguments (1.5); conduct legal research regarding entitlement to attorney's fees (6.5); call with Mr. Cohen regarding hearing and attorney's fees brief (0.2) | 9.90 | 3,465.00 |
| 6/16/2008 | J. Walsh | Prepare for and attend final oral argument | 5.60 | 2,912.00 |
| 6/17/2008 | G. Fanger | Prepare brief regarding entitlement to attorney's fees (4.4); correspondence with Mrs. Cohen regarding status (0.1); analyze plaintiff's brief regarding attorneys' fees (0.2) | 4.70 | 1,645.00 |
| 6/17/2008 | J. Walsh | Review and edit attorneys' fee memo (0.4) | 0.40 | 208.00 |
| 6/19/2008 | G. Fanger | Analyze court decision in case (0.2); prepare summary of decision (1.0); legal research regarding amount of attorney's fees (1.0); call with Mr. Cohen regarding decision in case (0.2); correspondence to Mrs. Cohen regarding decision in case (0.1); legal research regarding rules for form of judgment (1.5) | 5.80 | 2,030.00 |
| 6/19/2008 | J. Walsh | Review decision (0.7); telephone call to B. Cohen regarding same (0.2); conference with G. Fanger regarding preparation of attorney's fees motion (0.3). | 1.20 | 624.00 |
| 6/20/2008 | G. Fanger | Prepare form of judgment | 0.60 | 210.00 |
| 6/23/2008 | G. Fanger | Prepare form of judgment (2.0); prepare declaration for attorney's fees (2.6); correspondence to Mrs. Cohen regarding decision in case (0.1) | 4.70 | 1,645.00 |
| 6/23/2008 | J. Walsh | Draft elements for proposed form of judgment(0.5) | 0.50 | 260.00 |
| 6/24/2008 | G. Fanger | Update form of judgment(0.5); correspondence to Greg Polous regarding form of judgment (0.1); prepare declaration for attorney's fees (2.0) | 2.60 | 910.00 |
| 6/24/2008 | J. Walsh | Final edit of proposed judgment (0.3). | 0.30 | 156.00 |
| 6/25/2008 | G. Fanger | Prepare declaration regarding attorney's fees | 0.50 | 175.00 |
| 6/26/2008 | G. Fanger | Prepare declaration regarding attorney's fees | 3.00 | 1,050.00 |
| 6/27/2008 | G. Fanger | Prepare declaration regarding attorney's fees (3.5); prepare motion regarding attorney's fees (1.0) | 4.50 | 1,575.00 |
| 6/29/2008 | G. Fanger | Prepare declaration regarding attorney's fees (2.0); conduct legal research regarding motion attorney's fees (1.5) | 3.50 | 1,225.00 |
| 6/30/2008 | G. Fanger | Prepare motion for attorney's fees (0.7); update declaration regarding attorney's fees (3.0) | 3.70 | 1,295.00 |

**Defendants' Attorney's Fees**

*Del Mar Seafoods v. Cohen*

| | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS | TOTAL |
|---|---|---|---|---|
| 6/30/2008 | J. Walsh | Conference with G. Fanger regarding legal fee and cost submission (0.2). | 0.20 | 104.00 |
| 7/2/2008 | G. Fanger | Prepare declaration regarding attorney's fees, including time entries by project (2.8); correspondence with Max Kelley regarding changes to proposed Form of Judgment and review same (0.3); correspondence with Greg Poulos regarding proposed Form of Judgment (0.2); update Form of Judgment for filing (2.3); prepare letter brief to Court regarding prejudgment interest (0.5) | 6.10 | 2,135.00 |
| 7/3/2008 | G. Fanger | Prepare declaration regarding attorney's fees, including time entries by project (2.1); correspondence to Mr. Cohen regarding proposed form of judgment (0.1); correspondence to Mrs. Cohen regarding proposed form of judgment (0.1) | 2.30 | 805.00 |
| 7/7/2008 | G. Fanger | Prepare declaration regarding attorney's fees, including time entries by project | 5.60 | 1,960.00 |
| 7/7/2008 | J. Walsh | Work on legal fees application | 3.10 | 1,612.00 |
| 7/8/2008 | G. Fanger | Prepare declaration regarding attorney's fees, including time entries by project (2.1); prepare declaration of M. Fineman in support of application for attorney's fees (1.0) | 3.10 | 1,085.00 |
| 7/8/2008 | J. Walsh | Work on legal fees application | 3.10 | 1,612.00 |
| 7/9/2008 | G. Fanger | prepare declaration and supporting exhibits regarding attorney's fees (1.5); prepare motion regarding amount of attorney's fees (2.7) | 4.20 | 1,470.00 |
| | | | | |
| | | | | |

<u>**TOTALS:**</u>

|  | <u>Hours</u> | <u>Fees</u> |
|---|---|---|
| | 1205.80 | $461,131.50 |

**Courtesy Discount Applied:**

|  |  |
|---|---|
| 9/17/07 Invoice | 1,500.00 |
| 1/9/08 Invoice | 2,000.00 |
| 4/9/08 Invoice | 2,000.00 |
| *Less Total Discount:* | *$5,500.00* |
| <u>**TOTAL FEES:**</u> | <u>**$455,631.50**</u> |