**Table of Defendants' Costs**
*Del Mar Seafoods v. Cohen*

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| 7-Aug-07 | Photocopy Charges | 275 | $ 41.25 |
| 7-Aug-07 | Outside delivery service-SPECIALIZED LEGAL SERVICES - 6/25/07 Delivery to Judge Alsup per P. Baron | | $ 35.00 |
| 7-Aug-07 | Outside delivery service-SPECIALIZED LEGAL SERVICES - 6/18/07 Delivery to Judge Alsup per P. Baron | | $ 35.00 |
| 17-Sep-07 | Photocopy charges | 26 | $ 3.90 |
| 17-Sep-07 | Lexis-Nexis (billed at cost) computerized legal research (July charges) | | $ 1,177.06 |
| 17-Sep-07 | Outside delivery service-SPECIALIZED LEGAL-7/10/07 Delivery to Hon. William H. Alsup per P. Baron | | $ 35.00 |
| 17-Sep-07 | Travel Expense - James Walsh - 8/16/07 cabs | | $ 20.00 |
| 17-Sep-07 | West Publishing (billed at cost) computerized legal research 07/29/074 per G. Fanger | | $ 37.58 |
| 5-Oct-07 | Photocopy charges | 411 | $ 61.65 |
| 5-Oct-07 | Lexis-Nexis (billed at cost) computerized legal research (August charges) | | $ 472.11 |
| 5-Oct-07 | Outside delivery service-SPECIALIZED LEGAL-8/01/07 Delivery to Hon. William H. Alsup per P. Baron | | $ 35.00 |
| 5-Oct-07 | Outside delivery service-SPECIALIZED LEGAL-8/22/07 Delivery to Hon. William H. Alsup per R. Huey | | $ 45.00 |
| 5-Oct-07 | Outside delivery service-SPECIALIZED LEGAL-8/23/07 Delivery to Hon. William H. Alsup per R. Huey | | $ 45.00 |
| 5-Oct-07 | Outside delivery service-SPECIALIZED LEGAL-8/23/07 Delivery to Hon. William H. Alsup per R. Huey | | $ 110.00 |
| 13-Nov-07 | Photocopy charges | 189 | $ 28.35 |
| 7-Dec-07 | Photocopy charges | 40 | $ 6.00 |
| 7-Dec-07 | Outside delivery service-WESTERN MESSENGER 11/13/07 Delivery per Y. Stahr | | $ 9.00 |
| 9-Jan-08 | Photocopy charges | 8,535 | $ 1,280.00 |
| 9-Jan-08 | Lexis-Nexis (billed at cost) computerized legal research (November charges) | | $ 83.83 |
| 6-Feb-08 | Photocopy charges | 2,564 | $ 384.60 |
| 6-Feb-08 | Court reporting service - Legallink, Inc. 1/9/08 1 certified copy of the transcript of Barry Allen Cohen per B. Walsh | | $ 588.65 |
| 6-Feb-08 | Lexis-Nexis (billed at cost) computerized legal research (December charges) | | $ 1,128.26 |
| 6-Feb-08 | Outside deliver Service - FEDERAL EXPRESS CORPORATION, tracking # 945706605356 12/14/07 (Poulos) | | $ 24.73 |
| 6-Feb-08 | Outside deliver Service - FEDERAL EXPRESS CORPORATION, tracking # 945706605367 12/14/07 (Wagner) | | $ 43.80 |
| 6-Feb-08 | Outside deliver Service - SPECIALIZED LEGAL 12/19/07 Delivery to Hon. William H. Alsup per R. Huey | | $ 35.00 |
| 6-Feb-08 | Outside deliver Service - FEDERAL EXPRESS CORPORATION, tracking # 945370005849 1/10/08 (Wagner) | | $ 38.20 |
| 6-Mar-08 | Photocopy charges | 106 | $ 15.90 |
| 6-Mar-08 | Airfare to Phoenix - Gwen Fanger 1/10-1/11/08 | | $ 511.00 |

Doc#11465555v1

1

Exhibit 3 to Walsh Dec.

Table of Defendants' Costs
*Del Mar Seafoods v. Cohen*

| Date | Description | | Amount |
|---|---|---|---|
| 6-Mar-08 | Court reporting service - McDaniel Shorthand Reporters, 1/10/08 1 Certified copy of the transcript of Leonard Cohen per G. Fanger | $ | 130.20 |
| 6-Mar-08 | Court reporting service - McDaniel Shorthand Reporters, 1/8/08 1 Certified copy of the transcript of Michael Cohen per G. Fanger | $ | 123.50 |
| 6-Mar-08 | Court reporting service - Nichols Court Reporters, 1/11/08 1 Certified copy of the transcript of Christene Cohen per G. Fanger | $ | 337.95 |
| 6-Mar-08 | Court reporting service - McDaniel Shorthand Reporters, 12/27/07 1 Certified copy of the transcript of David Paul Cantrell per J. Walsh | $ | 274.30 |
| 6-Mar-08 | Lexis-Nexis (billed at cost) computerized legal research (January charges) | $ | 20.08 |
| 6-Mar-08 | Working meal - Gwen Fanger 1/10/08 Lunch | $ | 10.77 |
| 6-Mar-08 | Working meal - Gwen Fanger 1/10/08 Lunch | $ | 12.99 |
| 6-Mar-08 | Working meal - Gwen Fanger 1/10/08 Dinner with Chris Cohen | $ | 77.77 |
| 6-Mar-08 | Working Meal - Bank of America 12/27/07 Dinner | $ | 59.49 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 1/11/08 Cab fare | $ | 44.00 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 1/10 - 1/11/08 lodging in Scottsdale | $ | 187.18 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 12/10/07 Cab fare | $ | 10.00 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 12/8/07 Cab fare | $ | 8.00 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 1/10- 1/11/08 Car rental in AZ | $ | 142.13 |
| 6-Mar-08 | Travel Expense - Gwen Fanger 1/28/08 Cab fare | $ | 10.00 |
| 9-Apr-08 | Photocopy charges 1,284 | $ | 192.60 |
| 9-Apr-08 | Court reporting service - Jane Grossman 12/13/07 Original and 1 certified copy of the transcript of Joe Roggio per J. Walsh | $ | 1,208.24 |
| 9-Apr-08 | Court reporting service - Jane Grossman 12/14/07 Original and 1 certified copy of the transcript of Joe Frank Cappuccio per J. Walsh | $ | 512.00 |
| 9-Apr-08 | Lexis-Nexis (billed at cost) computerized legal research (February charges) | $ | 544.36 |
| 9-Apr-08 | Outside deliver Service - SPECIALIZED LEGAL 01/25/08 Delivery to Poulos per R. Huey | $ | 35.00 |
| 9-Apr-08 | Outside deliver Service - SPECIALIZED LEGAL 01/25/08 Delivery to Hon. William H. Alsup per R. Huey | $ | 47.50 |
| 9-Apr-08 | Outside deliver Service - SPECIALIZED LEGAL 01/10/08 Delivery to Poulos per R. Huey | $ | 22.50 |
| 9-Apr-08 | Outside deliver Service - SPECIALIZED LEGAL 01/11/08 Delivery to Poulos per R. Huey | $ | 22.50 |
| 12-May-08 | Photocopy charges 811 | $ | 121.65 |
| 12-May-08 | Court reporting service - Jeri Cain CSR Inc. 11/16/05 1 certified copy of the Avila Beach deposition transcript of Barry Cohen vol. 3 per G. Fanger | $ | 589.05 |
| 12-May-08 | Court reporting service - Monterey Peninsula Court Reporting 03/14/08 (Avila Beach deposition transcripts) per J. Walsh | $ | 1,132.00 |
| 12-May-08 | Court Reporting service - Monterey Peninsula Court Reporting 04/17/08 (Avila Beach deposition transcripts) per G. Fanger | $ | 450.00 |
| 12-May-08 | Lexis-Nexis (billed at cost) computerized legal research (March charges) | $ | 785.83 |

**Table of Defendants' Costs**
*Del Mar Seafoods v. Cohen*

| Date | Description | Amount |
|---|---|---|
| 12-May-08 | Law Library - Pacer Service Center | $ 7.20 |
| 12-May-08 | West Publishing (billed at cost) computerized legal research 03/04/08 per J. Callan | $ 17.15 |
| 10-Jun-08 | Photocopy charges | $ 997.05 |
| 10-Jun-08 | Court reporting service - Monterey Peninsula Court Reporters - 4/24/08 (Avila Beach deposition transcripts) per G. Fanger | $ 537.00 |
| 10-Jun-08 | Court reporting service - Katherine Wyatt 5/15/08 Daily trial transcripts per G. Fanger | $ 1,500.00 |
| 10-Jun-08 | Lexis-Nexis (billed at cost) computerized legal research (April charges) | $ 208.56 |
| 10-Jun-08 | Outside deliver Service -- SPECIALIZED LEGAL 03/14/08 Delivery to Hon. William H. Alsup per R. Huey | $ 45.00 |
| 10-Jun-08 | Outside deliver Service -- SPECIALIZED LEGAL 04/29/08 Delivery to Hon. William H. Alsup per R. Huey | $ 35.00 |
| 10-Jun-08 | Outside deliver Service -- SPECIALIZED LEGAL 04/24/08 Delivery to Hon. William H. Alsup per R. Huey | $ 35.00 |
| 10-Jun-08 | Parking - 04/10/08 per J. Walsh | $ 30.00 |
| 10-Jun-08 | Travel expense - Gwen Fanger Cab 4/10/08 | $ 10.00 |
| 10-Jun-08 | Travel expense - Gwen Fanger Cab 5/5/08 | $ 10.00 |
| 10-Jun-08 | Witness fee 2008 5/5/08 Mileage per G. Fanger | $ 128.84 |
| 10-Jun-08 | Witness fee 2008 5/5/08 Mileage per G. Fanger | $ 128.84 |
| Pending for July: | | |
| 1-Jul-08 | Lexis-Nexis (billed at cost) computerized legal research (May charges) | $ 897.68 |
| 1-Jul-08 | Travel expense - Gwen Fanger Cabs (5/19/08, 5/20/08, 5/22/08, 5/23/08, 5/27/08) | $ 90.00 |
| 1-Jul-08 | Parking - 4/26/08 per Gwen Fanger | $ 10.00 |
| 1-Jul-08 | Parking - 5/17/08 per Gwen Fanger | $ 10.00 |
| 1-Jul-08 | Court reporting service - Katherine Wyatt 5/20, 5/22, 5/23/08 Original and 1 copy of daily trial proceedings per G. Fanger | $ 2,044.56 |
| 1-Jul-08 | Parking - 5/20 & 5/22/08 at Civic Center Plaza per J. Walsh | $ 36.00 |
| 1-Jul-08 | Parking - 5/5, 5/17, 5/18, 5/20 & 5/26/08 at Embarcadero Center per J. Walsh | $ 126.00 |
| 1-Jul-08 | Photocopy charges | $ 46.65 |
| 8-Jul-08 | Court reporting service - LEGALINK INC - 1/8/08 1 Certified copy of the transcript of David Alan Kobak per G. Fanger | $ 335.70 |
| 9-Jul-08 | Outside delivery service -- SPECIALIZED LEGAL SERVICES - 5-8-08 to Judge Alsup per R. Huey | $ 35.00 |
| 9-Jul-08 | Legal process server service -- SPECIALIZED LEGAL SERVICES - 5/8/08 on Joe Roggio per R. Huey | $ 294.72 |
| 9-Jul-08 | Outside delivery service -- SPECIALIZED LEGAL SERVICES - 5-16-08 to Max Kelley per R. Huey | $ 32.50 |
| 9-Jul-08 | Outside delivery service -- SPECIALIZED LEGAL SERVICES - 5/21/08 to the Honorable William Alsup per R. Huey | $ 35.00 |
| 9-Jul-08 | Outside delivery service -- SPECIALIZED LEGAL SERVICES - 5/23/08 to the Honorable William Alsup per R. Huey | $ 35.00 |
| 9-Jul-08 | Outside delivery service -- SPECIALIZED LEGAL SERVICES - 5/27/08 to Kathy Wyatt per E. Wyatt | $ 45.00 |
| | **TOTAL COSTS** | **$ 21,205.91** |