James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. | No. C-07-2952-WHA <br><br> **DECLARATION OF MARTIN L. FINEMAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR REASONABLE ATTORNEYS FEES AND COSTS** |

I, Martin L. Fineman, declare as follows:

1. I am a member in the law firm of Davis Wright Tremaine LLP and our firm serves as counsel to Defendants in this lawsuit. I make this declaration in support of Defendants' Application for Attorney's Fees and Costs. The facts set forth in this declaration are personally known to me to be true and correct and, if called and sworn as a witness, I would and would testify to the following:

2. I am an attorney at law and have practiced civil litigation in San Francisco,

California for more than 23 years. I was a judicial law clerk to the Honorable Robert Boochever of the Ninth Circuit Court of Appeals for one year prior to that. I am a member of the law firm of Davis Wright Tremaine LLP and practice in the San Francisco, California office.

3. Since December 1999, I have served as Partner-in-Charge of the San Francisco office of Davis Wright Tremaine LLP. I have also served as Co-Chair of the entire firm's Commercial Litigation Department. In these roles, one of my responsibilities is to help establish billing rates for the attorneys in the San Francisco office of Davis Wright Tremaine LLP. In order to do so effectively, I must and do monitor and stay aware of billing rates charged in the San Francisco market. I am aware of billing rates charged in the San Francisco market through a variety of means, including court filings, information in the press, anecdotal information, and surveys.

4. Davis Wright Tremaine LLP is a large, general practice law firm with more than 400 attorneys in eight offices in the United States and one in Shanghai, China. Davis Wright Tremaine LLP is one of the so-called AmLaw 200 law firms. The San Francisco office includes approximately 40 attorneys.

5. James P. Walsh is a litigation partner in the San Francisco office of Davis Wright Tremaine LLP. I am familiar with his work and his reputation. Mr. Walsh is a skilled litigation attorney, with special expertise in admiralty and maritime law.

6. Mr. Walsh's hourly rate for each of the years of this litigation is as follows: 2007 ($490) and 2008 ($520). It is my opinion that these rates, in each of the years, were below market rates prevailing in San Francisco for someone of Mr. Walsh's tenure and experience as a litigation partner in a large law firm. Accordingly, it is my opinion that Mr. Walsh's rate is not only reasonable in comparison to the market for legal services in San Francisco, it is somewhat low in comparison to a lawyer in San Francisco with Mr. Walsh's tenure and experience.

7. Gwen Fanger is a litigation associate in the San Francisco office of Davis Wright Tremaine, LLP. She has been an associate with Davis Wright Tremaine LLP since October 2006. Prior to joining the firm, she was a staff attorney with the Federal Trade Commission office in

FINEMAN DEC. ISO DEFS. APPLIC. FOR ATTORNEY'S FEES
Case No. C-07-2952-WHA

DWT 11465672v1 0084289-000001

San Francisco for nearly eight years. I am familiar with her work at the firm.

8.  Ms. Fanger's hourly rate for each of the years in this litigation is as follows: 2007 ($275) and 2008 ($350). It is my understanding and opinion that these rates, in each of these years, were below market rates prevailing in San Francisco for someone of Ms. Fanger's years and level of experience as an associate in a large law firm. Accordingly, it is my opinion that Ms. Fanger's rate is not only reasonable in comparison to the market for legal services in San Francisco, it is somewhat low in comparison to a lawyer in San Francisco with Ms. Fanger's tenure and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of July, 2008 at San Francisco, California.

_____
Martin L. Fineman

DAVIS WRIGHT TREMAINE LLP

FINEMAN DEC. ISO DEFS. APPLIC. FOR ATTORNEY'S FEES
Case No. C-07-2952-WHA

DWT 11465672v1 0084289-000001