James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
budwalsh@dwt.com

Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10,<br><br>　　　　　Defendants. | No. C-07-2952-WHA<br><br>**DECLARATION OF L. KEITH GORDER, JR. IN SUPPORT OF DEFENDANTS' MOTION REGARDING AMOUNT OF REASONABLE ATTORNEY'S FEES AND COSTS** |

I, L. Keith Gorder, Jr., declare as follows:

1.　　I am the Chief Operating Officer of Davis Wright Tremaine LLP (DWT), and I have held this position for 10 years. The statements in this declaration are made on my personal knowledge, and are true and correct to the best of my knowledge and understanding. I am competent to testify to them.

2.　　Part of my job is to manage the process of setting billing rates for personnel who work at DWT and to determine which charges to pass onto clients. In the course of setting these

rates and policies, I evaluate our rates and policies against the rates and policies of other law firms in San Francisco – particularly those of comparable size, expertise, and reputation.

3. The billing rates as of January 1, 2008, for attorneys at DWT were generally at or below the third quartile of the range of rates as compared to fifty-two other large peer firms (151 or more attorneys firm-wide) with either their headquarters or branch offices in San Francisco, as measured by independently compiled survey data. The billing rate for associate Gwen Fanger, who graduated from law school in 1997 and whose rate is set at a level with associates who have been practicing for six years, was $350 as of January 1, 2008. The first quartile rate for associates of this tenure as of January 1, 2008, was $505, the median rate was $435, and the third quartile rate was $375. Ms. Fanger's rate ranked in the lowest quartile of rates for peer firms. The billing rate for partner James Walsh, who graduated from law school in 1970 and has been practicing approximately thirty-eight years, was $520 as of January 1, 2008. The first quartile rate for partners with greater than thirty-five years tenure as of January 1, 2008, was $776, the median rate was $673, and the third quartile rate was $591. Mr. Walsh's rate ranked in the bottom quartile of rates for peer firms.

4. DWT's policies regarding which costs and expenses to pass onto clients are typical of other law firms in San Francisco, and in some cases are more generous than such firms. DWT typically charges clients for copying expenses, travel expenses, expert fees, computerized research service, and in-house messenger services. The prices that DWT charges for those items are typical compared to other San Francisco firms. DWT, in contrast to some other firms, does not bill clients for long distance phone calls, and DWT bills for computerized legal research at "cost" instead of marking up such expenses.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 10th day of July, 2008 in Seattle, Washington.

By: _____
L. Keith Gorder, Jr.