**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10,<br><br>Defendants.<br><br>And Related Counterclaims | Case No.: CV 07-02952 WHA<br><br>**DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' APPLICATION FOR REASONABLE ATTORNEYS' FEES**<br><br><br><br><br><br>Hon. William H. Alsup |

I, Max L. Kelley, hereby declare:

1. I am an associate in the firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for Plaintiff Del Mar Seafoods, Inc. ("Del Mar"). I submit this

-1-   Case No.: CV 07-02952 WHA
DECLARATION OF COUNSEL IN SUPPORT OF OPPOSITION TO APPLICATION FOR ATTORNEYS' FEES

declaration in support of the plaintiff's Opposition to Defendants' Application for Reasonable Attorneys' Fees. I have personal knowledge of the facts stated below and if called to testify regarding those facts, I would and could competently testify thereto.

2. I have reviewed my firm's billing records for this matter and have created a table summarizing the hours and fees generated by myself and my supervising attorney and lead trial counsel, Gregory W. Poulos, as to specific legal work we have performed in furtherance of this litigation. I have also reviewed the defendants' Application for Attorneys' Fees and Costs and have generated tables of specific line items plaintiff is objecting to, and summaries of defendants' line items, where appropriate. The referenced tables are attached to this declaration as Exhibit 1.

3. Attached to this declaration as Exhibit 2 are true and correct copies of e-mails between myself and defense counsel G. Fanger leading up to our agreement to accept the service of each other's party-witness trial subpoenas on behalf of those witnesses.

4. On January 3, 2008 I attended the hearing in this Court on defendants' Motion for Protective Order regarding the deposition of defendant Chris Cohen. Attached to this declaration as Exhibit 3 is a true and correct copy of the transcript from that proceeding.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Dated July 28, 2008, at San Francisco, California.

_____
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

-2-    Case No.: CV 07-02952 WHA
DECLARATION OF COUNSEL IN SUPPORT OF OPPOSITION TO APPLICATION FOR ATTORNEYS' FEES

## D. EXCESSIVE HOURS

**PROJECT 16: DEPOSITION OF JOE CAPPUCCIO**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/07 | J. Walsh | Review matters regarding depositions (0.2); check rules (1.2); conference with G. Fanger regarding the same (0.1). | 1.6 | $490.00 | $ 784.00 |
| 12/27/07 | J. Walsh | Defend deposition of D. Cantrell. | 8.0 | 490.00 | 3,920.00 |
| | | *Project sub-total:* | *9.6* | | *$4,704.00* |

**PROJECT 24: PRETRIAL – DEFENDANTS' TRIAL BRIEF**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/07 to 4/28/08 | G. Fanger  J. Walsh | Various, including **conduct legal research re parol evidence rule** (G. Fanger: 1/30/08, 0.7; 2/1/08, 1.3); **conduct legal research regarding parol evidence rule and outline issues for preparation of trial brief** (G. Fanger: 2/4/08, 2.8); **conduct legal research regarding parol evidence rule** and promissory estoppel (G. Fanger: 2/5/08, 1.0). | 47.5 | 275.00  350.00 | $16,317.50 |

**PROJECT 27: DEFENDANTS' MOTION IN LIMINE RE PAROL EVIDENCE**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/08 to 4/25/08 | G. Fanger  J. Walsh | Various, including **conduct research regarding parol evidence rule** (G. Fanger: 3/20/08, 0.7); **legal research regarding parol evidence rule** (G. Fanger: 3/24/08, 3.0). | 28.6 | 350.00  520.00 | $10,078.00 |

**PROJECT 33: SETTLEMENT CONFERENCE**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/08 | G. Fanger | Correspondence with Mrs. Cohen regarding availability for settlement conference (0.2); **prepare settlement conference statement (5.1).** | 5.1 | 350.00 | 1,785.00 |
| 4/16/08 | G. Fanger | Calls with J. Larson's clerks regarding scheduling settlement conference (0.2); **prepare settlement conference statement (6.0).** | 6.0 | 350.00 | 2,100.00 |
| 4/17/08 | G. Fanger | **Prepare settlement statement (7.0);** prepare application for appearance by phone at settlement conference (1.0). | 7.0 | 350.00 | 2,450.00 |
| 4/18/08 | G. Fanger | **Prepare settlement statement (4.0);** prepare application for appearance by phone at settlement conference (1.5); prepare declaration of Chris Cohen in support of application for appearance by phone (1.0) | 4.0 | 350.00 | 1,400.00 |
| 4/18/08 | J. Walsh | Edit settlement documents. | 0.6 | 520.00 | 312.00 |
| 4/20/08 | G. Fanger | **Prepare settlement statement (1.0);** application for appearance by phone (0.5); update declaration of Chris Cohen in support of application for appearance by phone (0.5). | 1.0 | 350.00 | 350.00 |
| 4/21/08 | G. Fanger | Confer with B. Walsh regarding settlement statement and trial matters (0.2); update settlement statement (0.2); correspondence with Mrs. Cohen regarding settlement statement and appearance at conference | 0.4 | 350.00 | 140.00 |





| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (0.1). | | | |
| 4/21/08 | J. Walsh | Conference with G. Fanger regarding trial preparation (0.2); **settlement report edits (0.9)**; and communications with C. Cohen (0.1). | 0.9 | 520.00 | 468.00 |
| 4/22/08 | G. Fanger | Correspondence with Mr. Cohen regarding settlement statement (0.1); correspondence with Mrs. Cohen regarding settlement statement and appearance at conference (0.1). | 0.2 | 350.00 | 70.00 |
| 4/22/08 | J. Walsh | Telephone call from G. Fanger regarding settlement papers and damages (0.3). | 0.3 | 520.00 | 156.00 |
| 4/23/08 | G. Fanger | Correspondence with Mrs. Cohen regarding settlement conference (0.1); **update settlement conference statement (2.1)**. | 2.1 | 350.00 | 735.00 |
| 4/23/08 | J. Walsh | Review damage calculations (0.3); conference with G. Fanger regarding same (0.2). | 0.5 | 520.00 | 260.00 |
| 4/24/08 | G. Fanger | **Update settlement conference statement regarding attorney's fees (1.5)**; correspondence with Mrs. Cohen regarding application for phone appearance at settlement conference (0.2); **update settlement conference statement**, application for phone appearance and declaration in support of application **(2.5)**. | 4.0 | 350.00 | 1,400.00 |
| | | *Project sub-total:* | *32.1* | | *$11,626.00* |

**PROJECT 34: PREPARATION OF CROSS-EXAMINATION OF JOE ROGGIO**

*Prepare trial subpoena for J. Roggio:*

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/08 | G. Fanger | Analyze rules regarding issuance of trial subpoena to Roggio. | 0.2 | 350.00 | 70.00 |
| 5/2/08 | G. Fanger | Prepare trial subpoena. | 0.3 | 350.00 | 105.00 |
| 5/5/08 | G. Fanger | **Conduct legal research regarding service on trial subpoena on parties (3.0)**; prepare witness file (3.0); confer with B. Walsh regarding trial preparation (0.3); **prepare trial subpoena (0.3)**. | 3.3 | 350.00 | 1,155.00 |
| 5/6/08 | G. Fanger | **Update trial subpoena for Roggio (0.3)**; prepare trial exhibits and witness folder for Roggio (1.5). | 0.3 | 350.00 | 105.00 |
| 5/7/08 | G. Fanger | **Work on Roggio subpoena and send for service (0.5)**; prepare Roggio witness file (1.0). | 0.5 | 350.00 | 175.00 |
| | | *Sub-project sub-total:* | *4.6* | | *$1,610.00* |

*Prepare J. Roggio witness file/folder:*

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/5/08 | G. Fanger | Conduct legal research regarding service on trial subpoena on parties (3.0); **prepare witness file (3.0)**; confer with B. Walsh regarding trial preparation (0.3); prepare trial subpoena (0.3). | 3.0 | 350.00 | 1,050.00 |
| 5/6/08 | G. Fanger | Update trial subpoena for Roggio (0.3); **prepare trial exhibits and witness folder for Roggio (1.5)**. | 1.5 | 350.00 | 525.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/7/08 | G. Fanger | Work on Roggio subpoena and send for service (0.5); **prepare Roggio witness file (1.0).** | 1.0 | 350.00 | 350.00 |
| 5/9/08 | G. Fanger | Review exhibits for witness folder for Roggio. | 1.0 | 350.00 | 350.00 |
| 5/15/08 | G. Fanger | Prepare witness folders for Roggio. | 3.3 | 350.00 | 1,155.00 |
| | | *Sub-project sub-total:* | *9.8* | | *$3,430.00* |
| | | *Project sub-total:* | *14.4* | | *$5,040.00* |

### PROJECT 35: PREPARATION FOR CROSS EXAM OF JOE CAPPUCCIO

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/08 | G. Fanger | Analyze rules regarding issuance of trial subponea to Cappuccio. | 0.2 | 350.00 | 70.00 |
| 5/2/08 | G. Fanger | Prepare trial subpoena. | 0.3 | 350.00 | 105.00 |
| 5/5/08 | G. Fanger | Prepare trial subpoena. | 0.3 | 350.00 | 105.00 |
| 5/6/08 | G. Fanger | **Update trial subpoena for Cappuccio (0.3);** prepare trial exhibits and witness files for Cappuccio (1.5). | 0.3 | 350.00 | 105.00 |
| 5/9/08 | G. Fanger | **Update trial subpoena for Cappuccio and prepare for service (0.5);** review exhibits for witness folder for Cappuccio (1.0). | 0.5 | 350.00 | 175.00 |
| | | *Project sub-total:* | *1.6* | | *$560.00* |

### PROJECT 41: DEFENDANTS' DAMAGE ANALYSIS

*Prepare motion for travel expenses*

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/8/08 | G. Fanger | Prepare damages exhibit of analysis (0.6); **conduct legal research regarding travel expenses as damages (1.0).** | 1.0 | 350.00 | 350.00 |
| 5/9/08 | G. Fanger | Conduct research regarding travel expenses as damages (2.4). | 2.4 | 350.00 | 840.00 |
| 5/11/08 | G. Fanger | Prepare memo regarding travel expenses. | 0.7 | 350.00 | 245.00 |
| 5/12/08 | G. Fanger | Prepare damages exhibit (2.5); **prepare memo regarding travel expenses (2.5).** | 2.5 | 350.00 | 875.00 |
| 5/13/08 | G. Fanger | Prepare memo regarding travel expenses and payments to captain. | 3.4 | 350.00 | 1,190.00 |
| | | *Project total:* | *10.0* | | *$3,500.00* |

### PROJECT 2: RELEASE OF VESSEL AND RELATED MOTIONS

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/08 | J. Walsh | Telephone call from B. Cohen regarding nets. | 0.2 | 490.00 | 98.00 |
| 7/20/08 | J. Walsh | Telephone call from B. Cohen regarding net (0.3). | 0.3 | 490.00 | 147.00 |



| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/07 | G. Fanger | Prepare letter to US Marshal regarding damages. | 0.2 | 275.00 | 55.00 |
| 9/5/07 | G. Fanger | Update letter to US Marshal regarding damages. | 0.2 | 275.00 | 55.00 |
| | | *Project total:* | *0.9* | | *$355.00* |

**DUPLICATIVE HOURS RESULTING FROM ATTENDANCE OF TWO ATTORNEYS**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/07 to 5/19/08 | G. Fanger | Various, as described above, for Projects 20, 26, 31, 33, and 39. | *16.1* | 275.00 350.00 | *$5,522.00* |

| | | ***TOTAL FOR ALL EXCESSIVE HOURS:*** | ***165.4*** | | ***$59,312.50*** |



### E.  DUPLICATIVE HOURS

**PROJECT 20: DEPOSITION OF BARRY COHEN**

| 12/12/07 | G. Fanger | Attend deposition preparation discussions with Mr. Cohen and B. Walsh. | 1.5 | 275.00 | $412.50 |

**PROJECT 26: OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| 4/10/08 | G. Fanger | Attend and take notes at summary judgment hearing. | 4.5 | $350.00 | 1,575.00 |

**PROJECT 31: PRETRIAL CONFERENCE**

| 5/5/08 | G. Fanger | Attend and participate in pretrial conference. | 2.0 | 350.00 | 700.00 |

**PROJECT 33: SETTLEMENT CONFERENCE**

| 5/1/08 | G. Fanger | Prepare for and participate in settlement conference. | 3.1 | 350.00 | 1,085.00 |

**PROJECT 39: PREPARE DIRECT EXAM OF BARRY COHEN**

| 5/19/08 | G. Fanger | Meet with B. Walsh and Mr. Cohen to prepare for Mr. Cohen's testimony. | 5.0 | 350.00 | 1,750.00 |
| | | *TOTALS:* | *16.1* | | *$5,522.00* |

**F.      UNNECESSARY AND UNRELATED LEGAL WORK**

Revival of Defendant F/V Point Loma Fishing Co., Inc.'s corporate status

**PROJECT 2: RELEASE OF VESSEL AND RELATED MOTIONS**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/12/07 | G. Fanger | Conduct legal research regarding plea of abatement and lack of corporate capacity to bring motion (1.0); telephone conference with Mr. Cohen regarding status of corporate revivor application (0.2); telephone conference with Mr. Kennedy regarding status of corporate revivor application (0.3). | 1.5 | 275.00 | $412.50 |
| 7/17/07 | J. Walsh | Review email regarding revival of corporation. | 0.2 | 490.00 | 98.00 |
| 7/19/07 | J. Walsh | Review corporation reinstatement papers (0.2); draft letter regarding same (0.2) | 0.4 | 490.00 | 196.00 |
| 8/1/08 | G. Fanger | Conduct legal research regarding standing issues. | 1.0 | 275.00 | 275.00 |
| | | *Project sub-total:* | *3.1* | | *$981.50* |

**PROJECT 10: RESPOND TO PLAINTIFF'S DOCUMENT REQUESTS**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/07 | G. Fanger | Conduct research regarding obligation to produce tax returns in discovery. | 2.0 | $ 275.00 | $ 550.00 |
| 12/14/07 | G. Fanger | Conduct research regarding obligation to produce tax returns in discovery. | 1.0 | 275.00 | 275.00 |
| 1/22/08 | G. Fanger | Review letter from Del Mar regarding discovery of tax schedules (0.1); prepare summary of remaining issues regarding tax schedules and Del Mar's supplemental disclosures (0.3). | 0.4 | 350.00 | 140.00 |
| 1/23/08 | G. Fanger | Correspondence with Mr. Poulos regarding requests for tax documents (0.2); review Del Mar's request to court for motion to compel production of tax schedules (0.2); prepare outline of response (0.7). | 1.1 | 350.00 | 385.00 |
| 1/24/08 | G. Fanger | Calls with Mr. Cohen regarding tax schedules (0.4); Call with Mr. Poulos regarding production of tax schedules (0.1); prepare response to court regarding production of tax schedules (2.0); prepare draft declaration for Mr. Cohen in support of response to request for tax schedules (0.7). | 3.2 | 350.00 | 1,120.00 |
| 1/25/08 | G. Fanger | Review tax schedules for response to Del Mar's discovery request (1.0); confer with J. Walsh regarding producti0n of tax schedules (2.6); prepare response to Del mar regarding production of tax schedules (0.2); review Del Mar's additional request for tax documents (0.1); confer with Mr. Cantrell regarding additional summaries of tax schedules for 2004-2005 (0.4); review documents from Mr. Cantrell for response to Del Mar's request for additional tax documents (1.0); prepare response to Del Mar regarding production of additional summaries of tax documents (0.3). | 5.9 | 350.00 | 2,065.00 |
| | | *Project sub-total:* | *13.6* | | *$4,535.00* |



**PROJECT 19: PLAINTIFF'S DEPOSITION OF DAVE CANTRELL**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/07 | G. Fanger | Conduct legal research regarding accountant and taxpayer privilege under federal and state laws. | 2.0 | $ 275.00 | $ 550.00 |
| 12/26/07 | G. Fanger | Conduct research regarding discoverability of tax returns (0.9); conduct research regarding disclosure of tax information by accountants (1.0); prepare summary of research (0.4). | 2.3 | 275.00 | 632.50 |
| | | *Project sub-total:* | *4.3* | | *$1,182.50* |
| | | **TOTAL:** | **17.9** | | **$5,167.50** |

**PROJECT 15: DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE DEPOSITON OF CHRIS COHEN (Summary)**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/26/07 to 1/23/08 | G. Fanger J. Walsh | Various line items as set forth in defendants' Summary of Fees by Project, Project 15, all relating to defendants' improper motion for protective order. | 35.0 | | $11,681.00 |

**Erroneously included under PROJECT 16: DEPOSITION OF JOE CAPPUCCIO**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/26/07 | G. Fanger | Analyze opposition for reply to motion for protective order. | 0.3 | 275.00 | 82.50 |
| 12/27/07 | J. Walsh | **Prepare for discovery hearing (1.5); review new documents (0.3); respond to emails regarding discovery (0.2);** telephone conference with B. Cohen regarding various issues (0.8). | 2.0 | 490.00 | 980.00 |
| | | *Project sub-total:* | *2.3* | | *$1,062.50* |
| | | **TOTAL:** | **37.3** | | **$12,743.50** |

**PROJECT 43: DEPOSITION DESIGNATIONS FOR USE AT TRIAL**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/6/08 | G. Fanger | Correspondence with Mrs. Cohen regarding potential appearance at trial and conflicts (0.4); **conduct research rules for out of state subpoenas (2.5).** | 2.5 | 350.00 | $875.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTAL FOR ALL UNNECESSARY HOURS:** | **75.6** | | **$24,877.50** |
| | | | | | |
| | | *TOTAL FOR ALL EXCESSIVE HOURS* | *165.4* | | *$59,312.50* |
| | | *TOTAL FOR ALL DUPLICATIVE WORK* | *16.1* | | *5,522.00* |
| | | *TOTAL FOR ALL UNNECESSARY HOURS:* | *75.6* | | *24,877.50* |
| | | ***GRAND TOTAL*** | ***257.1*** | | ***$89,712.00*** |



"Fanger, Gwen"
&lt;GwenFanger@dwt.com&gt;

To: &lt;mkelley@cwghp.com&gt;
Subject: RE: Del Mar v. Cohen

05/06/2008 11:36 AM

Max,

We are not authorized to accept service of a trial subpoena on behalf of Chris Cohen. In the interest of saving some costs, our initial offer still stands that we are authorized to accept service for Barry if you can accept service for Joe Cappuccio and Joe Roggio. Please let me know by this afternoon.

Gwen

-----Original Message-----
From: mkelley@cwghp.com [mailto:mkelley@cwghp.com]
Sent: Monday, May 05, 2008 12:03 PM
To: Fanger, Gwen
Cc: Walsh, James; gpoulos@cwghp.com
Subject: RE: Del Mar v. Cohen


We have a deal if you are also authorized to accept service of a trial subpoena for Chris Cohen. Let me know.

Thank you.

Max L. Kelley
Attorney
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Voice: (415) 438-4600 x214
Fax: (415) 438-4601
E-Mail: mailto:mkelley@cwghp.com
Website: http://www.cwghp.com

****************************************************
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for named recipients only. It may contain privileged or confidential matter. If you received this electronic mail in error, please notify the sender immediately by replying to this electronic mail or by collect telephone call to (415) 438-4600. Do not disclose the contents of this electronic mail to anyone.

****************************************************



|  | "Fanger, Gwen" &lt;GwenFanger@dwt.com&gt; | To: | &lt;mkelley@cwghp.com&gt; &lt;budwalsh@dwt.com&gt;, |
|---|---|---|---|
|  |  | cc: | "Walsh, James" &lt;gpoulos@cwghp.com&gt; |

EXHIBIT 2

Cohen                    05/05/2008 11:57         Subject:   RE: Del Mar v.
                                  AM

Max,

We will be issuing trial subpoenas for Joe Cappuccio and Joe Roggio - we are authorized to accept service on behalf of Barry if you agree to accept service on behalf of both Joe Cappuccio and Joe Roggio as well.

Please let us know.

Thanks,
Gwen

-----Original Message-----
From: mkelley@cwghp.com [mailto:mkelley@cwghp.com]
Sent: Monday, May 05, 2008 11:16 AM
To: Fanger, Gwen
Cc: Walsh, James; gpoulos@cwghp.com
Subject: RE: Del Mar v. Cohen


Hi Gwen,

We are issuing a trial subpoena for Barry Cohen.  Are you authorized to accept service on his behalf?

Thanks.

Max L. Kelley
Attorney
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Voice: (415) 438-4600 x214
Fax:   (415) 438-4601
E-Mail: mailto:mkelley@cwghp.com
Website: http://www.cwghp.com

***********************************************
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for named recipients only. It may contain privileged or confidential matter. If you received this electronic mail in error, please notify the sender immediately by replying to this electronic mail or by collect telephone call to (415) 438-4600. Do not disclose the contents of this electronic mail to anyone.

***********************************************

PAGES 1 - 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

| | |
|---|---|
| DEL MAR SEAFOODS, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | NO. C 07-2952 WHA |
| ) | |
| BARRY COHEN, CHRIS COHEN (AKA ) | |
| CHRISTENE COHEN), IN PERSONAM AND, ) | |
| F/V POINT LOMA, OFFICIAL NUMBER ) | |
| 515298, A 1968 STEEL-HULLED, 126 ) | |
| GROSS TON, 70.8 FOOT LONG FISHING ) | |
| VESSEL, HER ENGINES, TACKLE, ) | |
| FURNITURE, APPAREL, ETC., IN REM, ) | |
| AND DOES 1-10, ) | |
| ) | SAN FRANCISCO, CALIFORNIA |
| DEFENDANTS. ) | THURSDAY |
| ) | JANUARY 3, 2008 |
| ) | |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR PLAINTIFF        COX, WOOTTON, GRIFFIN, HANSEN & POULOS
                        190 THE EMBARCADERO
                        SAN FRANCISCO, CALIFORNIA 94105
             BY: **GREGORY W. POULOS, ESQUIRE**
                 **MAX L. KELLEY, ESQUIRE**

FOR DEFENDANT        DAVIS, WRIGHT, TREMAINE
                        505 MONTGOMERY STREET
                        SUITE 800
                        SAN FRANCISCO, CALIFORNIA 94111
             BY: **JAMES P. WALSH, ESQUIRE**

*REPORTED BY:*    JOAN MARIE COLUMBINI, CSR 5435, RPR
                   OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

*JOAN MARIE COLUMBINI, CSR, RPR*
*OFFICIAL COURT REPORTER, USDC, 415-255-6842*


EXHIBIT 3

```
                    PROCEEDINGS; THURSDAY, JANUARY 3, 2008
```

1
2
3       **THE CLERK:** THE CASE NO. IS 07-2952, DEL MAR SEAFOOD
4  VERSUS BARRY COHEN.
5       **MR. POULOS:** GOOD MORNING, YOUR HONOR. GREGORY
6  POULOS AND MAX KELLEY APPEARING FOR DEL MAR SEAFOODS.
7       **MR. WALSH:** JAMES WALSH, YOUR HONOR, FOR THE
8  DEFENDANTS BARRY AND CHRISTENE COHEN.
9       **THE COURT:** ALL RIGHT. WE ARE HERE ON A MOTION FOR
10 PROTECTIVE ORDER CONCERNING DISCOVERY, AND I ASKED YOU IN AN
11 ORDER YESTERDAY TO BRING THE DISCLOSURE AND RULE 26. DID
12 ANYBODY DO THAT?
13      **MR. POULOS:** YES, YOUR HONOR. WE BROUGHT -- THERE
14 ARE TWO DISCLOSURES AT ISSUE. THE FIRST ONE IS AN AUGUST 21,
15 2007 LETTER, SIGNED BY MS. GWEN FANGER OF DAVIS, WRIGHT
16 TREMAINE, AND I BROUGHT THE ORIGINAL OF THAT.
17      WE ALSO BROUGHT ANOTHER COPY OF THE SUBSEQUENT
18 SECOND INITIAL DISCLOSURE, AMENDED DISCLOSURE, DATED SEPTEMBER
19 5TH, 2007. WE HAVE THE COPY OF THAT, BECAUSE IT'S A RULE 26
20 DISCLOSURE, AND I DID ASK THE DEFENSE COUNSEL TO BRING THE
21 ORIGINAL OF THAT.
22      **THE COURT:** LET ME SEE BOTH OF THE ONES YOU BROUGHT.
23      THESE BOTH SEEM TO DISCLOSE MS. CHRISTENE COHEN AS A
24 WITNESS THAT THE DEFENDANTS MAY RELY UPON, SO WHY SHOULDN'T
25 THEY BE ALLOWED TO TAKE HER DEPOSITION?

1           **MR. WALSH:** YOUR HONOR.

2           **THE COURT:** WAIT. LET ME ASK IT MORE PRECISELY.

3      YOU DISCLOSED THEM. YOU MUST HAVE HAD A GOOD

4  REASON. HOW COULD YOU POSSIBLY TAKE THE POSITION THAT THEY

5  CAN'T DEPOSE ONE OF YOUR WITNESSES THAT YOU DISCLOSED?

6           **MR. WALSH:** YOUR HONOR, IN THE DISCLOSURE WE

7  IDENTIFIED MRS. COHEN AS AN INDIVIDUAL WHO WOULD BE -- WHO WAS

8  LIKELY TO HAVE DISCOVERABLE INFORMATION ABOUT THE CASE. WE

9  KNEW THAT SHE'D SIGNED A NOTE.

10          WE THEN CONDUCTED ADDITIONAL DISCOVERY. WE

11 DISCOVERED, IN PARTICULAR BECAUSE OF THE DEPOSITION OF

12 MR. POULOS' CLIENTS THAT THEY HAD NO BUSINESS DEALINGS WITH

13 CHRIS COHEN. SHE SIGNED A NOTE. SHE SIGNED A MORTGAGE. BUT,

14 OTHERWISE, DID NOT PARTICIPATE IN ANY OF THE BUSINESS DEALINGS

15 BETWEEN THE PARTIES.

16          THEREFORE, WITH RESPECT -- AND WE DON'T PLAN TO CALL

17 HER AS A WITNESS IN THE CASE, YOUR HONOR. WE ARE GOING -- WE

18 STIPULATE SHE SIGNED THE DOCUMENT. WE STIPULATE THAT SHE

19 SIGNED THE MORTGAGE AND THAT SHE WAS A -- THAT SHE'S A PART

20 OWNER OF THE VESSEL IN THE CORPORATION.

21          BUT THE CENTRAL ISSUES IN THIS CASE, YOUR HONOR,

22 HAVE TO DO WITH ORAL DEALINGS WITH RESPECT TO THE NOTE, WHETHER

23 ADDITIONAL -- WHETHER ADDITIONAL OBLIGATIONS WERE ADDED TO THE

24 NOTE BY THE PARTIES. AND THE DEPOSITIONS MADE VERY CLEAR THAT

25 HIS CLIENTS NEVER DEALT WITH MS. COHEN. SHE HAD NOTHING TO

```
 1  OFFER IN THAT REGARD, AND WE DON'T PLAN TO CALL HER AS A
 2  WITNESS.
 3           THE COURT:  YOU DON'T PLAN TO.  YOU ARE NOT SAYING
 4  YOU NEVER WILL.
 5           MR. WALSH:  I WILL STIPULATE --
 6           THE COURT:  CLAIMS CHANGE.  I HAVE LEARNED THE HARD
 7  WAY IN THIS JOB.  LAWYERS TELL ME ALL THE TIME THEY DON'T PLAN
 8  TO DO SOMETHING, THE NEXT WEEK THEY CHANGE THEIR MIND, JUST
 9  LIKE YOU PLANNED TO USE HER AS A WITNESS WHEN YOU DISCLOSED
10  HER.
11           LISTEN, THIS IS EASY.  THEY ARE GOING TO BE ALLOWED
12  TO TAKE HER DEPOSITION.  YOU SHOULD NEVER HAVE BROUGHT THIS
13  MOTION.  I AM HANDING THESE DOWN.  YOU DISCLOSED HER AS A
14  WITNESS.  SHE'S A DEFENDANT IN THE CASE.  AND BOTH SIDES HAVE A
15  RIGHT TO GET AT THE TRUTH, AND I'M VERY SUSPICIOUS OF YOUR
16  MOTIVES HERE.
17           YOU'RE WILLING TO GO DOWN TO PHOENIX, RIGHT?
18           MR. POULOS:  YES, WE ARE.
19           THE COURT:  YOU GO DOWN THERE AND TAKE HER
20  DEPOSITION ON THE DAY DESIGNATED.
21           IF THERE'S MONKEY BUSINESS OVER PRIVILEGES, YOU
22  BETTER BE RIGHT ON EVERY ASSERTION OF THE PRIVILEGE; OTHERWISE,
23  YOU ARE GOING TO PAY FOR THEM TO GO BACK AND DO IT AGAIN.  IT
24  SOUNDS LIKE YOU'RE TRYING TO COVER SOMETHING UP HERE.  THAT'S
25  THE AROMA THAT COMES OUT OF THIS.
```

1        THEY ARE WILLING TO GO DOWN THERE AT THEIR EXPENSE
2   AND DEPOSE HER WHERE SHE LIVES FOR ONE DAY.  THAT'S VERY
3   REASONABLE.  SHE IS A DEFENDANT IN THIS CASE.  YOU DISCLOSED
4   HER.  NOW YOU'RE TRYING TO GET OUT OF THE DISCLOSURE FOR
5   REASONS I DON'T FULLY UNDERSTAND AND DON'T NEED TO.  ALL I KNOW
6   IS WHEN SOMEBODY DISCLOSES A WITNESS, YOU HAVE GOT TO HAVE A
7   VERY GOOD REASON TO WITHDRAW THAT DISCLOSURE AND TRY TO STOP
8   THE DEPOSITION.  HERE YOU DON'T HAVE A VERY GOOD REASON.  I AM
9   NOT SURE YOU HAVE A REASON AT ALL THAT HOLDS UP.
10       ANYWAY, THE MOTION FOR PROTECTIVE ORDER IS DENIED.
11  I WANT THAT DEPOSITION TO GO FORWARD ON TIME.  AND IF THERE'S
12  ANY PROBLEM WITH A WRONGFUL ASSERTION OF PRIVILEGE, YOU COME
13  BACK HERE WITH A NEW MOTION, AND WE'LL SORT IT OUT.
14       **MR. POULOS:**  THANK YOU, YOUR HONOR.
15       **THE COURT:**  ALL RIGHT.  MOTION IS OVER.
16       (PROCEEDINGS ADJOURNED.)

### CERTIFICATE OF REPORTER

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 07-2952 WHA, DEL MAR SEAFOODS V. BARRY COHEN, ET AL., WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

_____

JOAN MARIE COLUMBINI, CSR 5435, RPR

MONDAY JULY 21ST, 2008