**COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8- foot long fishing vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and Does 1-10, <br><br> Defendants. <br><br> And Related Counterclaims | Case No.: CV 07-02952 WHA <br><br> **IN ADMIRALTY** <br><br> **DECLARATION OF JOSHUA KIRSCH REGARDING ATTORNEYS' FEES** |

I, Joshua Kirsch, hereby declare:

1. I am a Partner in the law firm of Gibson, Robb & Lindh, LLP. I have been practicing law for thirteen years, and for most of that time I have specialized in handling maritime cases including cases involving ship arrests. I am an Associate Member of the Maritime Law Association of the United States. I have tried numerous cases in state and federal courts, and have reported decisions on maritime matters in *Caravel/Woodwind Charters,*

-1-    Case No.:
DECLARATION OF JOSHUA E. KIRSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR ATTORNEYS' FEES

From: 415 348 6001    Page: 3/4    Date: 7/24/2008 3:44:01 PM

Inc. v. Tahoe Keys Marina, LLC, 438 F.Supp.2d 1174 (E.D. Cal. 2006); Deltak, LLC v. Industrial Maritime Carriers Worldwide, 2004 AMC 1781 (N.D.Cal. 2004); and LG Electronics, Inc. v. Fritz Transportation International, 2002 AMC 106 (N.D. Cal. 2001).

2. I am the hiring Partner for Gibson Robb & Lindh.

3. The other partners in my law firm are Stan Gibson, Geoff Robb, Peter Lindh, Michael Cummins, Jennifer Sanchez, and Marker Lovell. All of these Partners also have substantial maritime litigation experience including handling vessel arrest cases and other commercial disputes. Together the Partners in our firm have a combined 134 years of experience practicing maritime law in San Francisco.

4. Gibson Robb & Lindh, LLP also employs four Associate attorneys. Our Associates are given training in maritime law and are familiar with the special rules of practice applicable to maritime cases in general and ship arrest practice in particular.

5. Gibson Robb & Lindh LLP represents both plaintiffs and defendants in maritime matters.

6. For reasons of commercial privacy, I do not want to reveal my firm's exact rates or range of rates in this document. However, in 2007 and 2008, the billing rates for Partners applicable to maritime arrests ranged from the low $200's to low $300's per hour. The change in rates per partner was approximately $10 - $15 per hour from 2007 to 2008. The hourly rates our firm charged for Associates during 2007 and 2008 range between the mid to high $100's and low $200's per hour. Associate rates went up by approximately the same percentage as partner rates from 2007 to 2008. I am willing to attest to more precise information in camera or under seal if called to do so.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-2-    Case No.:
DECLARATION OF JOSHUA E. KIRSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR ATTORNEYS' FEES

From: 415 348 6001   Page: 4/4   Date: 7/24/2008 3:44:01 PM

1     I declare under penalty of perjury under the laws of the United States of America
2     that the forgoing is true and correct.
3     Dated July 24, 2008 at San Francisco, California.

                                            *[signature]*
                                            Joshua Kirsch

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-3-  Case No.:
DECLARATION OF JOSHUA E. KIRSCH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
REQUEST FOR ATTORNEYS' FEES

TOTAL P.04