**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

**LAW OFFICES OF RICHARD P. WAGNER**
Richard P. Wagner (SBN 166792)
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960

Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BARRY COHEN, CHRIS COHEN (aka ) <br> CHRISTENE COHEN), *in personam* and ) <br> F/V POINT LOMA, Official Number ) <br> 515298, a 1968 steel-hulled, 126-gross ton, ) <br> 70.8- foot long fishing vessel, her engines, ) <br> tackle, furniture, apparel, etc., *in rem*, and ) <br> Does 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ─────────────────────────── ) <br> ) <br> And Related Counterclaims ) <br> ) <br> ─────────────────────────── | Case No.: CV 07-02952 WHA <br><br> **SUPPLEMENTAL DECLARATION OF MAX L. KELLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' APPLICATION FOR REASONABLE ATTORNEYS' FEES** <br><br><br><br><br><br><br> Hon. William H. Alsup |

I, Max L. Kelley, hereby declare:

    1.    I am an associate in the firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for Plaintiff Del Mar Seafoods, Inc. ("Del Mar"). I submit this

supplemental declaration in support of the plaintiff's Opposition to Defendants' Application for Reasonable Attorneys' Fees. I have personal knowledge of the facts stated below and if called to testify regarding those facts, I would and could competently testify thereto.

2. Yesterday I e-filed my Declaration in Support of Plaintiff's Opposition to Defendants' Application for Attorneys' Fees and Costs. However, I inadvertently neglected to include a table in Exhibit 1 to that Declaration. As I previously declared, I have reviewed my firm's billing records for this case and created a table summarizing the hours and fees generated by myself and my supervising attorney and lead trial counsel, Gregory W. Poulos, for specific legal work we have performed in furtherance of this litigation. That table is now attached to this declaration as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Dated July 29, 2008, at San Francisco, California.

_____
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

DelMarSeafoods/2504

**PLAINTIFF'S SUMMARY OF FEES BY PROJECT**

**PLAINTIFF'S TRIAL BRIEF:**

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 4/28/08 | GWP | Drafting trial brief. | 4.9 | $350.00 | $1,715.00 |
| | | *Project Total:* | *4.9* | | *$1,715.00* |

**PREPARE OPPOSITION TO DEFENDANTS' MOTION IN LIMINE RE PAROL EVIDENCE:**

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 4/21/08 | MLK | Prepare Opposition to defendants' motion in limine No. 1 to exclude parol evidence (1.7) | 1.7 | 250.00 | 425.00 |
| 4/22/08 | MLK | Prepare opposition to motion in limine (5.3) | 5.3 | 250.00 | 1,325.00 |
| 4/23/08 | MLK | Prepare opposition to motion in limine (1.2) | 1.2 | 250.00 | 300.00 |
| | GWP | Revise opposition to motion in limine (0.5); work on settlement conf. statement (0.5). | 0.5 | 350.00 | 175.00 |
| 4/24/08 | GWP | Review and revise opposition to motion in limine (0.6); review Cohen's draft Joint Pre-Trial conference statement and revise same (0.5). | 0.6 | 350.00 | 210.00 |
| 4/24/08 | MLK | Prepare opposition to defendants' motion in limine and supporting documents (3.7). | 3.7 | 250.00 | 925.00 |
| 4/25/08 | MLK | Finalize opposition to defendants' motion in limine and serve (0.4). | 0.4 | 250.00 | 100.00 |
| | | *Project Total:* | *13.7* | | *$3,565.00* |

**SETTLEMENT CONFERENCE:**

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 4/23/08 | MLK | Prepare draft Settlement Conference Statement. | 4.2 | $ 250.00 | $ 1,050.00 |
| | GWP | Revise opposition to motion in limine (0.5); work on settlement conf. statement (0.5). | 0.5 | 350.00 | 175.00 |
| 4/24/08 | MLK | Prepare draft Settlement Conference Statement. | 1.3 | 250.00 | 325.00 |
| 4/25/08 | GWP | Telephone call from Judge Larson's clerk regarding upcoming MSC (0.1); review proposed joint final pretrial order (0.7). | 0.1 | 350.00 | 35.00 |
| 4/28/08 | MLK | Prepare and finalize pretrial pleadings for filing (1.0) | 1.0 | 250.00 | 250.00 |
| 4/29/08 | GWP | Telephone conference call with Joe R. and Joe C. (0.7). | 0.7 | 350.00 | 245.00 |

1


EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| | MLK | Teleconference with GWP, J. Roggio, and J. Cappuccio regarding the upcoming Settlement Conference and trial preparation, discuss further case handling with GWP. | 1.0 | 250.00 | 250.00 |
| 4/30/08 | MLK | Prepare trial binders, exhibits, and documents for upcoming Settlement Conference and trial (1.0) | 1.0 | 250.00 | 250.00 |
| 5/1/08 | GWP | Prepare for and attend Mandatory Settlement Conference. | 3.5 | 350.00 | 1,225.00 |
| | | *Project Total:* | *13.3* | | *$3,805.00* |

**PREPARE TRIAL SUBPOENAS:**

| | | | | | |
|---|---|---|---|---|---|
| 5/5/08 | MLK | Exchange e-mails with defense counsel regarding service of trial subpoenas (0.2) and prepare same (0.2). | 0.2 | $ 250.00 | $ 50.00 |
| 5/8/08 | MLK | Prepare defendants' trial subpoenas. | 1.00 | 250.00 | 250.00 |
| 5/9/08 | GWP | Trial preparation including reviewing deposition transcripts (2.0) and trial subpoenas (0.5). | 0.5 | 350.00 | 175.00 |
| | | *Project Total:* | *1.7* | | *$475.00* |

**OPPOSITION TO DEFENDANTS' MOTION IN LIMINE FOR TRAVEL EXPENSES:**

| | | | | | |
|---|---|---|---|---|---|
| 5/13/08 | JMT | Research Memo of P&A re: whether plaintiff can recover for the costs incurred in attending court hearings as part of damages. | 5.8 | $ 92.50 | $ 536.50 |
| 5/15/08 | JMT | Draft MIL to exclude costs of Defendant's travel. | 1.3 | 185.00 | 240.50 |
| | | *Project Total:* | *7.1* | | *$777.00* |

2