IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR CLARIFICATION OF ORDER RE MOTION FOR ATTORNEY'S FEES AND COSTS** |
| BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10, | |
| Defendant. | |

The Court's understanding is that the time for filing a notice of appeal must be thirty days from the entry of judgment, which was July 3, 2008. The time for filing the notice is *not* extended by the filing of a motion for attorney's fees.

**IT IS SO ORDERED.**

Dated: July 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE