| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS LLP** |
| 2 | Gregory W. Poulos  (SBN 131428) |
|   | Max L. Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | **LAW OFFICES OF RICHARD P. WAGNER** |
|   | Richard P. Wagner (SBN 166792) |
| 7 | 700 Oceangate, Suite 700 |
|   | Long Beach, CA 90802 |
| 8 | Telephone: (562) 216-2946 |
|   | Facsimile:  (562) 216-2960 |
| 9 | |
|   | Attorneys for Plaintiff and Appellant |
| 10 | DEL MAR SEAFOODS, INC. |



FILED
08 JUL 31 PM 3: 17

PAID
MO
GIVEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DEL MAR SEAFOODS, INC. | ) | Case No.: CV 07-02952 WHA |
|  | ) |  |
| Plaintiff/Appellant | ) | **NOTICE OF APPEAL TO THE** |
|  | ) | **UNITED STATES COURT OF** |
| vs. | ) | **APPEALS FOR THE NINTH** |
|  | ) | **CIRCUIT** |
| BARRY COHEN, CHRIS COHEN (aka | ) |  |
| CHRISTENE COHEN), *in personam* and | ) |  |
| F/V POINT LOMA, Official Number | ) |  |
| 515298, a 1968 steel-hulled, 126-gross ton, | ) |  |
| 70.8- foot long fishing vessel, her engines, | ) |  |
| tackle, furniture, apparel, etc., *in rem*, and | ) |  |
| Does 1-10, | ) |  |
|  | ) |  |
| Defendants/Appellees. | ) |  |
|  | ) |  |
|  | ) |  |
| And Related Counterclaims | ) |  |
|  | ) |  |

Plaintiff DEL MAR SEAFOODS, INC. ("Del Mar") appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered in this case on July 3, 2008, and all interlocutory orders that gave rise to that judgment including but not limited to the August 16, 2007 Order on Motion to Vacate, the April 11,

1  2008 Order on Motion for Summary Judgment, and the June 19, 2008 Findings of Fact and
2  Conclusions of Law After Bench Trial.
3  Dated: July 31, 2008

                                      COX, WOOTTON, GRIFFIN,
                                      HANSEN & POULOS, LLP
                                      Attorneys for Plaintiff/Appellant
                                      DEL MAR SEAFOODS, INC.

By: _____
       Gregory W. Poulos
       Max L. Kelley

NOTICE OF APPEAL