1   James P. Walsh, CSB. No. 184620
2   Gwen Fanger, CSB No. 191161
    DAVIS WRIGHT TREMAINE LLP
3   505 Montgomery Street, Suite 800
    San Francisco, California 94111-3611
4   Telephone: (415) 276-6500
    Facsimile: (415) 276-6599
5   budwalsh@dwt.com

FILED

08 AUG -1 PM 3: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6   Attorneys for Defendants and Counterclaimants
7   BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and
    Claimant, F/V POINT LOMA Fishing Company, Inc.

8                   UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  DEL MAR SEAFOODS, INC.,                    )  No. CV 07-2952-WHA
                                               )
12          Plaintiff/Appellant                )
                                               )
13                                             )
            v.                                 )
14                                             )
    BARRY COHEN, CHRIS COHEN (aka              )  **NOTICE OF CROSS APPEAL**
15  CHRISTENE COHEN), *in personam* and,       )
    F/V POINT LOMA, Official Number            )  **[FED. R. APP. PROC. 4(a)(3)]**
16  515298, a 1968 steel-hulled, 126-gross ton,)
    70.8 foot long fishing vessel, her engines,)
17  tackle, furniture apparel, etc., *in rem*, )
                                               )
18          Defendants/Cross Appellant,        )
                                               )
19  F/V POINT LOMA FISHING COMPANY,            )
    INC.,                                      )
20                                             )
            Counterclaimant/Cross              )
21          Appellant                          )
                                               )
22                                             )
    And Related Counterclaims                  )
23                                             )
                                               )
24
        Notice is hereby given that Defendants Barry Cohen, Chris Cohen (aka Christene Cohen),
25
    the F/V Point Loma, *in rem*, and Counterclaimant F/V Point Loma Fishing Company, Inc., in the
26
    above named case, hereby cross appeal to the United States Court of Appeals for the Ninth
27
    Circuit from the final Judgment entered in this action on the 3rd day of July, 2008, and all
28

1

1    interlocutory orders that gave rise to that judgment, including but not limited to the June 19, 2008

2    Findings of Fact and Conclusions of Law After Bench Trial. Plaintiff filed its appeal on July 31,

3    2008 in the same case.

4        DATED this 1st day of August, 2008.

6                                    Respectfully submitted,

7                                    DAVIS WRIGHT TREMAINE LLP

9                                    _____
                                     James P. Walsh (CSB No. 184620)

11                                   Attorneys for Defendants/Cross Appellants
                                     BARRY COHEN, CHRIS COHEN, F/V
12                                   POINT LOMA and the F/V POINT LOMA
                                     FISHING COMPANY, INC.

DAVIS WRIGHT TREMAINE LLP

2