1  James P. Walsh, CSB. No. 184620
2  Gwen Fanger, CSB No. 191161
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-3611
4  Telephone: (415) 276-6500
   Facsimile:  (415) 276-6599
5  budwalsh@dwt.com

6  Attorneys for Defendants and Counterclaimants
   BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), the F/V POINT LOMA and
7  Claimant, F/V POINT LOMA Fishing Company, Inc.

FILED

RECEIVED

AUG - 1 PH 3: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG  1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8            UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  DEL MAR SEAFOODS, INC.,                )  No. CV 07-2952-WHA
                                           )
12            Plaintiff/Appellant          )
                                           )
13                                         )
          v.                               )
14                                         )  **CERTIFICATE OF SERVICE RE**
    BARRY COHEN, CHRIS COHEN (aka          )  **NOTICE OF CROSS APPEAL**
15  CHRISTENE COHEN), *in personam* and,   )
    F/V POINT LOMA, Official Number        )  **[FED. R. APP. PROC. 4(a)(3)]**
16  515298, a 1968 steel-hulled, 126-gross ton, )
    70.8 foot long fishing vessel, her engines, )
17  tackle, furniture apparel, etc., *in rem*, )
                                           )
18           Defendants/Cross Appellant,   )
                                           )
19  F/V POINT LOMA FISHING COMPANY,        )
    INC.,                                  )
20                                         )
             Counterclaimant/Cross         )
21           Appellant                     )
                                           )
22  ─────────────────────────────────      )
                                           )
23  And Related Counterclaims              )
                                           )
24  ─────────────────────────────────      )

25

26

27

28

1

1

## Proof of Service

2        I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

3

4        I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee

5   of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800 San Francisco, California 94111.

6

     I caused to be served the following document:

7

### NOTICE OF APPEAL and
8   ### CIVIL APPEALS DOCKETING STATEMENT& ATTACHMENTS;
### REPRESENTATION STATEMENT

9

     I caused the above document to be served on each person listed below by the following

10   means and as indicated on the attached list:

11   ☑   **I enclosed a true and correct copy of said document in an envelope, and caused it to be hand delivered on August 1, 2008, to the following parties indicated on the attached list.**

12        *(Indicated on the attached address list by a* **[H]** *next to the address.)*

13   ☑   **I enclosed a true and correct copy of said document in an envelope and caused it to be delivered to the United States Post Office for mailing by U.S. Mail on August 1, 2008,**

14   **following the ordinary business practice.**
     *(Indicated on the attached address list by a* **[M]** *next to the address.)*

15

16   ☐   I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on     for guaranteed delivery on  , following the ordinary business practice.

17        *(Indicated on the attached address list by an* [FD] *next to the address.)*

18   ☐   I consigned a true and correct copy of said document for facsimile transmission on August 1, 2008. *(Indicated on the attached address list by an* [F] *next to the address.)*

19

20   ☐   I enclosed a true and correct copy of said documents via email
     *(Indicated on the attached address list by an* [E] *next to the address.)*

21        I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be

22   deposited for collection in the above-described manner this same day in the ordinary course of business.

23

     Executed on August 1, 2008, at San Francisco, California.

24

25

26                            Farshid Arjam

27

28

DWT 11605395v1 0084289-000001

1

2

# Service List

| Key: | [M] Delivery by Mail | [FD] | Delivery by Federal Express | [H] Delivery by Hand |
|------|---------------------|------|-----------------------------|----------------------|
|      | [F] Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | [E] Delivery by E-Mail |
|      |                     | [E&M] | Delivery by E-Mail and Mail |                      |

**[H**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: gpoulos@cwghp.com
Email: mkelley@cwghp.com

**[M]**
Richard P. Wagner (SBN 166792)
LAW OFFICES OF RICHARD P.
WAGNER
700 Oceangate, Suite 700
Long Beach, CA 90802
Telephone: (562) 216-2946
Facsimile: (562) 216-2960
Email: richwagner@wagnerattorneys.com