UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 5, 2008

**CASE INFORMATION:**
Short Case Title:  <u>DEL MAR SEAFOODS INC</u>-v- <u>BARRY COHEN</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge William Alsup</u>
Criminal and/or Civil Case No.: <u>CV 07-02952 WHA</u>
Date Complaint/Indictment/Petition Filed: <u>06/07/07</u>
Date Appealed order/judgment *entered* <u>07/03/08</u>
Date NOA *filed* <u>08/01/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>08/01/08</u>        Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  <u>X</u>no              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   x no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:      James Patrick Walsh         Appellee Counsel: Gregory William Poulos
         Davis Wright Tremaine LLP                            Cox, Wootton, Griffin, Hansen & Poulos
         505 Montgomery St., Suite 800                         190 The Embarcadero
         San Francisco, CA 94111-6533                          San Francisco, CA 94105
         415-276-6500                                          415-438-4600
         Fax: (415) 276-6599                                   Fax: 415-438-4601
         Email: budwalsh@dwt.com                               Email: gpoulos@cwghp.com

<u>X</u> retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    (415) 522-2061