1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Gregory W. Poulos  (SBN 131428)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.:  415-438-4600
   Facsimile No.:  415-438-4601
5
   **LAW OFFICES OF RICHARD P. WAGNER**
6  Richard P. Wagner (SBN 166792)
   700 Oceangate, Suite 700
7  Long Beach, CA 90802
   Telephone: (562) 216-2946
8  Facsimile:  (562) 216-2960
9  Attorneys for Plaintiff and Appellants
   DEL MAR SEAFOODS, INC.
10
11                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13                      SAN FRANCISCO DIVISION
14
   DEL MAR SEAFOODS, INC.              )   Case No.: CV 07-02952 WHA
15                                     )
           Plaintiff/Appellant,        )   **NOTICE OF TRANSCRIPTS TO BE**
16                                     )   **ORDERED AND STATEMENT OF**
       vs.                             )   **ISSUES ON APPEAL**
17                                     )
   BARRY COHEN, CHRIS COHEN (aka       )
18 CHRISTENE COHEN), *in personam* and )
   F/V POINT LOMA, Official Number      )
19 515298, a 1968 steel-hulled, 126-gross ton, )
   70.8- foot long fishing vessel, her engines, )
20 tackle, furniture, apparel, etc., *in rem*, and )
   Does 1-10,                          )
21                                     )
           Defendants/Appellees.       )
22                                     )
                                       )
23 _____ )
                                       )
24 And Related Counterclaims           )
                                       )
25 _____ )

26 **I.    TRANSCRIPTS DESIGNATED AND ORDERED**

27      Appellants hereby give notice that the following transcripts of the proceedings below

28 will be designated for the record on appeal:

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DMS1 Point Loma/2501

1   • August 16, 2007 hearing on defendants' Motion to Vacate Order of Arrest;

2   • January 3, 2008 hearing on defendants' Motion for Protective Order regarding the

3   deposition of Chris Cohen;

4   • April 10, 2008 hearing on plaintiff's Motion for Summary Judgment;

5   • May 20, 2008 trial proceedings;

6   • May 22, 2008 trial proceedings;

7   • May 23, 2008 trail proceedings; and

8   • June 16, 2008 hearings on closing arguments after trial.

9   Of these transcripts, plaintiff has already ordered and received every one except, the

10  April 10, 2008 hearing on plaintiff's Motion for Summary Judgment and the June 16, 2008

11  hearing on closing arguments after trial. Those two transcripts will be ordered.

12  **II.     STATEMENT OF THE ISSUES ON APPEAL**

13  • Whether the district courts' Order Vacating the Arrest was based on improper

14  factual findings, and/or was improper as a matter of law, including its finding of

15  fact/conclusion of law that there was insufficient evidence of defendants' default

16  to warrant the arrest;

17  • Whether the district court's Order Granting and Denying in Part plaintiff's Motion

18  for Summary Judgment was based on proper factual findings and conclusions of

19  law, including whether the defendants' lump-sum payment was a prepayment of

20  defendants' monthly payment obligations under the note; and if so, were

21  defendants therefore in default and the arrest lawful.

22  • Whether the district court's Judgment was based on proper factual findings and

23  conclusions of law, including whether defendants' lump-sum payment was a

24  prepayment of defendants' monthly payment obligations under the note;

25  / / /

26  / / /

27  / / /

28  / / /

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

DMSLPoint Local2501

1    and if so, were defendants therefore in default and the arrest lawful; whether the attorneys'

2    fees provision in the note was reciprocal; and whether the defendants were the prevailing

3    party, given the court's findings that defendants owed plaintiff all of its claimed amounts

4    under the note.

5

6    Dated: August 11, 2008                          COX, WOOTTON, GRIFFIN,
                                                     HANSEN & POULOS, LLP
7                                                    Attorneys for Plaintiff
                                                     DEL MAR SEAFOODS, INC.

8

9

10   By: _____
                   Max L. Kelley
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN    26
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA    27
94105
TEL 415-438-4600
FAX 415-438-4601

28

DMSLPrint Locas/2504