IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendant.

No. C 07-02952 WHA

**ORDER APPOINTING SPECIAL MASTER RE ATTORNEY'S FEES**

Counsel have filed and served a declaration pursuant to the order dated June 19, 2008. No agreement has been reached, so a special master shall be appointed. Both parties desire that Magistrate Judge Larson should be appointed. However, he is very busy, so a private lawyer shall be appointed whose fees shall be apportioned as per the order dated June 19, 2008, as was the intent of the order. This order hereby appoints Tom Klitgaard, Esq. (415-397-2700) as the special master and he and counsel shall submit a form of reference by **AUGUST 25, 2008.** The special master shall complete his determination by **OCTOBER 2, 2008.**

**IT IS SO ORDERED.**

Dated: August 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE