**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP**
Gregory W. Poulos (SBN 131428)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Attorneys for Plaintiff
DEL MAR SEAFOODS, INC.

James P. Walsh, CSB. No. 184620
Gwen Fanger, CSB No. 191161
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
Attorneys for Defendants and Claimant
BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN),
the F/V POINT LOMA and Claimant, F/V POINT LOMA Fishing Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL MAR SEAFOODS, INC., | ) |
| Plaintiff, | ) No. C-07-2952-WHA |
| v. | ) [~~PROPOSED~~] ORDER OF REFERENCE TO SPECIAL MASTER |
| BARRY COHEN, CHRIS COHEN (aka CHRISTENE COHEN), *in personam* and, F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and Does 1-10, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Re Motion For Attorney's Fees and Costs dated June 19, 2008 and the further Order Appointing Special Master Re Attorney's Fees, dated August 19, 2008, the parties to the above captioned action and Thomas J. Klitgaard, Esq. met by telephone on August 21, 2008 and discussed the appointment of Mr. Klitgaard as special master. No

conflicts having been identified, Mr. Klitgaard accepted the assignment and the parties agreed. The parties and Mr. Klitgaard therefore submit the following Proposed Order of Reference:

### [PROPOSED] ORDER OF REFERENCE

Pursuant to Fed. R. Civ. P. 53, the Court appoints Thomas J. Klitgaard, Esq. as the special master to determine a reasonable amount of attorney's fees and costs to award to Defendants, including any fees on fees, in accordance with the Judgment and the Court's June 19, 2008 Order Re Motion for Attorney's Fees and Costs. The special master shall have all the powers set forth in Fed. R. Civ. P. 53(c) and 54(d)(2)(D).

The special master will review the briefs and declarations filed by the parties related to Defendants' pending Application for Reasonable Attorney's Fees and Costs and hear argument as needed. There will be no replies unless allowed by the special master and any further submissions for the special master's use should not be filed with the Court. The special master shall also determine the extent to which any discovery should be permitted. The special master shall complete his determination and file a report on the recommended findings and amount by October 2, 2008.

If objections are made to the special master's report, the objecting party must file a declaration submitting to the Court a complete appendix of relevant communications with the special master.

The Court will allocate the fees of the special master in a fair and reasonable manner, taking into account the reasonableness of the parties' respective positions and the special master's recommendation in this regard. If the movant must pay, then the special master's compensation shall be deducted from the attorney's fee award. If the opposing party must pay the special master, then it shall pay the special master and pay the award. The Court will, however, reserve final judgment on allocation of the expense of the special master until a final determination of the fee issue.

Costs will be determined in strict compliance with the local rules, and if a review is sought regarding taxable costs, then the issue will also be referred to Mr. Klitgaard.

1  Mr. Klitgaard has offered to accept $175.00 per hour (below his normal rate) for this
2  service, and the parties have agreed to pay that amount allocated as per the above.
3  Respectfully submitted this 25th day of August, 2008,

/s/ James P. Walsh
James P. Walsh
Gwen Fanger
DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendants BARRY COHEN, CHRIS COHEN, F/V POINT LOMA and the F/V POINT LOMA FISHING COMPANY, INC.

/s/ Gregory W. Poulos
Gregory W. Poulos
Max L. Kelley
COX, WOOTTON, GRIFFIN, HANSEN & POULOS

Attorneys for Plaintiff, DEL MAR SEAFOODS, INC.

Thomas J. Klitgaard, Esq.
DILLINGHAM & MURPHY LLP
Appointed as Special Master

August 27, 2008



IT IS SO ORDERED
Judge William Alsup

HON. WILLIAM H. ALSUP
United States District Judge