# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16784 / 08-16785    U.S. District Court Case No. 3:07-CV-02952 WHA

Short Case Title: DEL MAR SEAFOODS v. COHEN

Date Notice of Appeal Filed by Clerk of District Court: 7-31-08

---

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | | COURT REPORTER | |
|---|---|---|---|
| 8/16/07 | Motion to Vacate Order of Arrest | Already ordered and received | |
| 1/3/08 | Motion for Protective Order | " " " " |
| 5/20/08 | } TRIAL TRANSCRIPTS | " " " " |
| 5/22/08 | | | |
| 5/23/08 | | | |
| 4/10/08 | Hearings on plaintiff's Motion for Summary Judgment | Joan Columbini |
| 6/16/08 | hearing on closing arguments after trial | |

ORDER:

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: August 29, 2008

Print or type requestor's name: Max L. Kelly

Signature of Attorney: /s/ Max L. Kelly    Phone Number: (415) 438-4600

Address: COX, WOOTTON et al., 190 The Embarcadero, San Francisco, CA 94105

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.