IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING SPECIAL MASTER'S REQUEST TO CHANGE DATE TO SUBMIT REPORT** |
| BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10, | |
| Defendant. | |
| _____/ | |

The Court is in receipt of Special Master Thomas J. Klitgaard's request to change the date to submit the special master's report from October 2, 2008 to **November 4, 2008**. The request is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 10, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE