IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEL MAR SEAFOODS INC.,

    Plaintiff,

  v.

BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10,

    Defendant.

No. C 07-02952 WHA

**NOTICE RE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS**

The special master's report and recommendations regarding attorney's fees was served on the parties on November 18, 2008. Pursuant to FRCP 53(f), the parties have until Monday, December 8, 2008, to file any objections to, or motions to adopt or modify, the report and recommendations.

**IT IS SO ORDERED.**

Dated: November 24, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE