IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL MAR SEAFOODS INC., | No. C 07-02952 WHA |
| Plaintiff, | |
| v. | **ORDER REMANDING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS** |
| BARRY COHEN, CHRIS COHEN (a/k/a CHRISTINE COHEN), *in personam*, and F/V POINT LOMA, Official Number 515298, a 1968 steel-hulled, 126-gross ton, 70.8 foot long fishing vessel, her engines, tackle, furniture apparel, etc., *in rem*, and DOES 1–10, | |
| Defendant. | |

The special master's report and recommendations are remanded to the special master, without prejudice to other objections, to consider the effect of the alleged arithmetic error regarding fees for the special master proceedings and further to deduct at least three percent from the fee award for billing judgment. The special master should file a new report within one week. The Court is not restricting the special master from reaching other objections to the report and recommendations. Please take the time needed to avoid mathematical errors.

**IT IS SO ORDERED.**

Dated: December 10, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE